Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

GPNE CORP.

Plaintiff(s),

v.

APPLE INC.

Defendant(s).

Case No: 5:12-CV-02885

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, AAMIR A. KAZI, an active member in good standing of the bar of GEORGIA, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: APPLE INC. in the above-entitled action. My local co-counsel in this case is ENRIQUE DUARTE, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Fish & Richardson P.C. - 1180 Peachtree Street, 21st Floor, Atlanta, GA 30309 | Fish & Richardson P.C. - 500 Arguello Street, Suite 500, Redwood City, CA 94063 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (404) 892-5005 | (650) 839-5070 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| kazi@fr.com | duarte@fr.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 104235.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/18/12

Aamir A. Kazi
Digitally signed by Aamir A. Kazi
DN: cn=Aamir A. Kazi, o, ou, email=kazi@fr.com, c=US
Date: 2012.09.14 17:22:36 -04'00'

APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of AAMIR A. KAZI is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 19, 2012

*Lucy H. Koh*
UNITED STATES DISTRICT/MAGISTRATE JUDGE
Lucy H. Koh