UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GNPE Corp., <br>     Plaintiff, <br>  v. <br> Apple, Inc., <br>     Defendant. | Case No.: 12-CV-02885-LHK <br> and Related Case Nos. 12-CV-02884-SBA, 12-CV-03055-PJH, 12-CV-03056-PJH, and 12-CV-03057-YGR <br><br> ORDER REGARDING CASE MANAGEMENT CONFERENCE |

As set forth in the Court's September 21, 2012 Related Case Order, the Court has related Case Nos. 12-CV-02885-LHK, 12-CV-02884-SBA, 12-CV-03055-PJH, 12-CV-03056-PJH, and 12-CV-03057-YGR. All parties in the aforementioned matters are ORDERED to attend a case management conference on October 10, 2012 at 2:00 p.m. The case management conference scheduled for September 26, 2012, in GNPE Corp. v. Apple (Case No. 12-CV-2885), is hereby CONTINUED to October 10, 2012 at 2:00 p.m.

The parties are also ORDERED to file a joint case management conference statement by October 3, 2012. The Court will consolidate the cases through claim construction. In the parties' joint case management conference statement, the parties should propose case schedules through

//

//

//

1

Case No.: 12-CV-02885-LHK
ORDER REGARDING JOINT CASE MANAGEMENT CONFERENCE

1  trial and state their respective positions as to whether the cases should be consolidated for trial.

2  **IT IS SO ORDERED.**

3  Dated:  September 21, 2012

   *Lucy H. Koh*
   LUCY H. KOH
   United States District Judge