Reset Form

1
2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GPNE Corp., | ) Case No: 5:12-cv-02885-L |
| Plaintiff(s), | ) **APPLICATION FOR** |
| v. | ) **ADMISSION OF ATTORNEY** |
| Apple Inc. | ) **PRO HAC VICE** |
| Defendant(s). | ) (CIVIL LOCAL RULE 11-3) |

I, Barry J. Bumgardner, an active member in good standing of the bar of The State of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: GPNE Corp. in the above-entitled action. My local co-counsel in this case is Randall Garteiser, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Nelson Bumgardner Casto, P.C., 3131 West 7th Street, Suite 300, Fort Worth, TX 76107 | Garteiser Honea, P.C., 44 N. San Pedro Road, San Rafael, CA 94903 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (817) 377-9111 | (415) 785-3762 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| barry@nbclaw.net | randall.garteiser@sftrialattorneys.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 00793424.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/21/12                                            Barry J. Bumgardner
                                                                        APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Barry J. Bumgardner is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 24, 2012

*Lucy H. Koh*
UNITED STATES DISTRICT ~~/ MAGISTRATE~~ JUDGE
JUDGE LUCY H. KOH