UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GPNE Corp.,

        Plaintiff(s),

v.

Apple Inc.

        Defendant(s).

Case No: 5:12-cv-02885-L

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3)

    I, Steven W. Hartsell, an active member in good standing of the bar of The State of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: GPNE Corp. in the above-entitled action. My local co-counsel in this case is Randall Garteiser, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Nelson Bumgardner Casto, P.C., 3131 West 7th Street, Suite 300, Fort Worth, TX 76107 | Garteiser Honea, P.C., 44 N. San Pedro Road, San Rafael, CA 94903 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (817) 377-9111 | (415) 785-3762 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| shartsell@nbclaw.net | randall.garteiser@sftrialattorneys.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24040199.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/21/12                                 Steven W. Hartsell

                                                         APPLICANT

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of Steven W. Hartsell is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 24, 2012

                                             Lucy H. Koh
                                UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE
                                JUDGE LUCY H. KOH