Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys at Law
A Law Corporation

LOUISE K.Y. ING
MALIA E. KAKOS
1001 Bishop Street, 18th Floor
Honolulu, Hawaii 96813
Telephone: (808) 524-1800
Fax: (808) 524-4591

Attorneys for Defendant
**APPLE, INC.**

*Additional counsel listed on last page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| GPNE Corp., <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Case No. C 5:12-cv-02885-LHK <br><br> **STIPULATION FOR WITHDRAWAL OF ALSTON HUNT FLOYD & ING AS COUNSEL FOR DEFENDANT APPLE, INC. and ORDER** |

**STIPULATION FOR WITHDRAWAL OF ALSTON HUNT FLOYD & ING AS COUNSEL FOR DEFENDANT APPLE, INC. and ORDER**

WHEREAS, this case was initially filed in the United States District Court for the District of Hawai`i and included several different defendants;

WHEREAS, Defendant Apple, Inc. was represented by Alston Hunt Floyd & Ing as local counsel, and Fish & Richardson P.C. as *pro hac vice* counsel;

WHEREAS, the case was severed and transferred from the United States District Court for the District of Hawai`i to the United States District Court for the Northern District of California, San Jose Division;

WHEREAS, there is no related case pending in the District of Hawai`i;

WHEREAS, law firm of Alston Hunt Floyd & Ing does not maintain offices in

1  California and desires to withdraw as counsel for Defendant Apple, Inc.;

2  WHEREAS, Defendant Apple is still represented by its lead counsel, Fish &
3  Richardson P.C.;

4  WHEREAS, pursuant to United States District Court Rules for the Northern District of
5  California, Civil Local Rule ("LR") 11-5, Defendant Apple, Inc., Fish & Richardson, P.C., and
6  Plaintiff GPNE Corp. were given notice of Alston Hunt Floyd & Ing's intent to withdraw as
7  counsel, and Defendant Apple Inc. consented to such withdrawal on September 17, 2012;

8  IT IS HEREBY STIPULATED by and between all parties appearing in this case,
9  through their respective undersigned counsel, that pursuant to LR 11-5 and 7-12, Louise K.Y.
10 Ing, Malia E. Kakos, and the law firm of Alston Hunt Floyd & Ing withdraw as counsel for
11 Defendant Apple, Inc.

13 DATED: October 16, 2012          APPLE INC.

15              By: /s/ Malia E Kakos

16              ALSTON HUNT FLOYD & ING

17              LOUISE K.Y. ING
                MALIA E. KAKOS

19              FISH & RICHARDSON PC

                Kelly C. Hunsaker
21              (CSB No. 168307 / hunsaker@fr.com)
                Enrique D. Duarte
22              (CSB No. 247523 / duarte@fr.com)
                Erin E. Kaiser
23              (CSB No. 259926 / kaiser@fr.com)
                FISH & RICHARDSON P.C.
24              500 Arguello Street, Suite 500
                Redwood City, CA 94063
25              Phone: (650) 839-5070
                Fax: (650) 839-5071

                Ruffin B Cordell
27              (Admitted pro hac vice/ cordell@fr.com)
                FISH & RICHARDSON P.C.
28              1425 K St, NW, Suite 1100

| | |
|---|---|
| 1 | California and desires to withdraw as counsel for Defendant Apple, Inc.; |
| 2 | WHEREAS, Defendant Apple is still represented by its lead counsel, Fish & |
| 3 | Richardson P.C.; |
| 4 | WHEREAS, pursuant to United States District Court Rules for the Northern District of |
| 5 | California, Civil Local Rule ("LR") 11-5, Defendant Apple, Inc., Fish & Richardson, P.C., and |
| 6 | Plaintiff GPNE Corp. were given notice of Alston Hunt Floyd & Ing's intent to withdraw as |
| 7 | counsel, and Defendant Apple Inc. consented to such withdrawal on September 17, 2012; |
| 8 | IT IS HEREBY STIPULATED by and between all parties appearing in this case, |
| 9 | through their respective undersigned counsel, that pursuant to LR 11-5 and 7-12, Louise K.Y. |
| 10 | Ing, Malia E. Kakos, and the law firm of Alston Hunt Floyd & Ing withdraw as counsel for |
| 11 | Defendant Apple, Inc. |

DATED: October 10, 2012           APPLE INC.

By: _____

ALSTON HUNT FLOYD & ING

LOUISE K.Y. ING
MALIA E. KAKOS

By: _____

FISH & RICHARDSON PC

Kelly C. Hunsaker
(CSB No. 168307 / hunsaker@fr.com)
Enrique D. Duarte
(CSB No. 247523 / duarte@fr.com)
Erin E. Kaiser
(CSB No. 259926 / kaiser@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Phone: (650) 839-5070
Fax: (650) 839-5071

Ruffin B Cordell
(Admitted *pro hac vice*/ cordell@fr.com)
FISH & RICHARDSON P.C.

```
1                               Washington, DC 20005
                                Phone: (202) 783-5070
2                               Fax: (202) 783-2331

3
                                Christopher O. Green
4                               (Admitted pro hac vice / cgreen@fr.com)
                                Aamir A. Kazi
5                               (Admitted pro hac vice/ kazi@fr.com)
                                FISH & RICHARDSON PC
6                               1180 Peachtree Street, 21st Floor
                                Atlanta, GA 30309
7                               Phone: (404) 892-5005
                                Fax: (404) 892-5002
8
                                Attorneys for Defendant
9                               APPLE, INC.

10

11   DATED: October 9, 2012     GPNE CORP.

12                              By: [signature]

13
                                _____
14                              NELSON BUMGARDNER CASTO, P.C.

15                              BARRY J. BUMGARDNER
                                barry@nbclaw.net
16                              STEVEN W. HARTSELL
                                shartsell@nbclaw.net
17                              3131 West 7th Street, Suite 300
                                Fort Worth, Texas 76107
18                              Tel. No.: (817) 377-9111
                                Fax No.: (817) 377-3485
19

20                              BURNS & LEVINSON LLP

21                              HOWARD J. SUSSER
                                hsusser@burnslev.com
22                              PAUL T. MUNIZ
                                pmuniz@bmnlev.com
23                              ALEXANDRA CAPACHIETTI
                                acapachietti@bmnlev.com
24                              MERTON E. THOMPSON
                                mthompson@bmnlev.com
25                              STEPHEN Y. CHOW
                                schow@bmnlev.com
26                              ZACHARY R. GATES
                                zgates@bmnlev.com
27                              125 Summer Street
                                Boston, Massachusetts 02110-1624
28                              Tel. No.: (617) 345-3000
```

McCORRISTON MILLER MUKAI
MACKINNON LLP

ROBERT G. KLEIN
klein@m4law.com
SHAUN M. MUKAI
smm@m4law.com
KENNETH J. MANSFIELD
mansfield@m4law.com
JORDON J. KIMURA
kimura@m4law.com
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
Tel. No.: (808) 529-7300
Fax No.: (808) 524-8293


GARTEISER HONEA, P.C.

RANDALL GARTEISER
randall.garteiser@sftrialattorneys.com
CHRISTOPHER ALAN HONEA
Chris.honea@sftrialattorneys.com
44 North San Pedro Road
San Rafael, California 94903
Tel. No.: (415) 785-3762
Fax No.: (415) 785-3805

Attorneys for Plaintiff GPNE CORP.

1  I, Malia E. Kakos, attest that the concurrence in the filing of this document has
2  been obtained from each of the other signatories.

4  Dated: October 16, 2012   */s/ Malia E. Kakos*
                              LOUISE K.Y. ING
5                             MALIA E. KAKOS

6                             Attorneys for Defendant
                              APPLE INC.

10  PURSUANT TO STIPULATION, IT IS SO ORDERED

13  Dated: October 19, 2012   */s/ Lucy H. Koh*
                              Hon. Lucy H. Koh