| | |
|---|---|
| **GARTEISER HONEA, P.C.**<br>Randall T. Garteiser (SBN 231821)<br>randall.garteiser@sftrialattorneys.com<br>Christopher A. Honea (SBN 232473)<br>chris.honea@sftrialattorneys.com<br>44 North San Pedro Road<br>San Rafael, California 94903<br>[Tel.] (415) 785-3762<br>[Fax] (415) 785-3805<br><br>**NELSON BUMGARDNER CASTO, P.C.**<br>Barry J. Bumgardner (*pro hac vice*)<br>barry@nbclaw.net<br>Steven W. Hartsell (*pro hac vice*)<br>shartsell@nbclaw.net<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>[Tel.] (817) 377-9111<br>[Fax] (817) 377-3485<br><br>**BURNS & LEVINSON LLP**<br>Howard J. Susser (*pro hac vice*)<br>hsusser@burnslev.com<br>Paul T. Muniz (*pro hac vice*)<br>pmuniz@burnslev.com<br>Zachary R. Gates (*pro hac vice*)<br>zgates@burnslev.com<br>Alexandra Capachietti (*pro hac vice*)<br>acapachietti@burnslev.com<br>125 Summer Street<br>Boston, Massachusetts<br>[Tel.] 617-345-3000<br>[Fax] 617-345-3299<br>**Attorneys for Plaintiff GPNE Corp.**<br><br>**KLARQUIST SPARKMAN, LLP**<br>Robert T. Cruzen (State Bar No. 203658)<br>rob.cruzen@klarquist.com<br>Jeffrey S. Love (State Bar No. 195068)<br>jeffrey.love@klarquist.com<br>Kristin Cleveland (State Bar No. 184639)<br>kristincleveland@klarkquist.com<br>One World Trade Center<br>121 S.W. Salmon Street<br>Suite 1600<br>Portland, Oregon 97204<br>[Tel.] (503) 595-5300<br>[Fax] (503) 595-5301<br>**Attorneys for Defendant Amazon.com, Inc.** | **KING & SPALDING LLP**<br>Alexas D. Skucas (*pro hac vice*)<br>askucas@sklaw.com<br>Erik J. Dykema (*pro hac vice*)<br>edykema@kslaw.com<br>1185 Avenue of the Americas<br>New York, New York 10036<br>[Tel.] (212) 556-2100<br>[Fax] (212) 556-2222<br><br>Steven T. Snyder (*pro hac vice*)<br>ssnyder@kslaw.com<br>100 N. Tryon Street<br>Suite 3900<br>Charlotte, North Carolina 28202<br>[Tel.] (704) 503-2600<br>[Fax] (704) 503-2622<br><br>Sanjeet Dutta (CA Bar No. 203463)<br>sdutta@kslaw.com<br>333 Twin Dolphin Drive, Suite 400<br>Redwood Shores, CA 94065<br>[Tel.] (650) 590-0700<br>[Fax] (650) 590-1900<br><br>**Attorneys for Defendants Nokia Corp. and Nokia Inc.**<br><br>**GORDON & REES LLP**<br>Gordon I. Endow (SBN 99638)<br>gendow@gordonrees.com<br>Anna Rassouli (CSB No. 260911)<br>arassouli@gordonrees.com<br>275 Battery Street, Suite 2000<br>San Francisco, California 94111<br>[Tel.] (415) 986-5900<br>[Fax] (415) 986-8054<br><br>**H.C. PARK & ASSOCIATES PLC**<br>Alan A. Wright (*pro hac vice*)<br>awright@park-law.com<br>1894 Preston White Drive<br>Reston, VA 20191<br>[Tel.] (703) 288-5105<br>[Fax] (703) 288-5139<br><br>**Attorneys for Defendants Pantech Co. Ltd. and Pantech Wireless, Inc.** |

Patent Local Rule 4-3 Joint Claim Construction and Prehearing Statement
Case Nos. 5:12-cv-02885, 5:12-cv-03055, 5:12-cv-03056, and 5:12-cv-03057       Page 1

**FISH & RICHARDSON, P.C.**
Kelly C. Hunsaker (State Bar No. 168307)
hunsaker@fr.com
Enrique Duarte (State Bar No. 247523)
duarte@fr.com
500 Arguello Street, Ste. 500
Redwood City, CA 94063
[Tel.] (650) 839-55070
[Fax] (650) 839-5071

Ruffin B. Cordell (*pro hac vice*)
cordell@fr.com
1425 K Street, NW
Suite 1100
Washington, DC 20005
[Tel.] (207) 783-5070
[Fax] (207) 783-2331

Christopher O. Green (*pro hac vice*)
cgreen@fr.com
Aamir A. Kazi (*pro hac vice*)
kazi@fr.com
1180 Peachtree Street, 21st Floor
Atlanta, GA 30309
[Tel.] (404) 892-5005
[Fax] (404) 892-5002
**Attorneys for Defendant Apple, Inc.**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| GPNE CORP., <br><br> Plaintiff, <br><br> vs. <br><br> APPLE INC., <br><br> Defendant. | Case No. 5:12-cv-02885-LHK <br><br> JURY TRIAL DEMANDED <br><br> **PATENT LOCAL RULE 4-3 JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT** |
| GPNE CORP., <br><br> Plaintiff, <br><br> vs. <br><br> AMAZON.COM, INC., | Case No. 5:12-cv-03055-LHK <br><br> JURY TRIAL DEMANDED |

| | | |
|---|---|---|
| | Defendant. | |
| | GPNE CORP.,<br><br>Plaintiff,<br><br>vs.<br><br>NOKIA CORP. AND NOKIA INC.,<br><br>Defendants. | Case No. 5:12-cv-03056-LHK<br><br>JURY TRIAL DEMANDED |
| | GPNE CORP.,<br><br>Plaintiff,<br><br>vs.<br><br>PANTECH CO., LTD AND PANTECH WIRELESS, INC.,<br><br>Defendants. | Case No. 5:12-cv-03057-LHK<br><br>JURY TRIAL DEMANDED |

Plaintiff GPNE Corp. ("GPNE") and Defendants Apple Inc. ("Apple"), Amazon.com, Inc. ("Amazon"), Nokia Corp and Nokia Inc. ("Nokia") and Pantech Co. Ltd. and Pantech Wireless, Inc. ("Pantech") (collectively, "Defendants") hereby submit the following Joint Claim Construction and Prehearing Statement per Patent Local Rule 4-3 and the Court's Case Management Order:

**A. Agreed Constructions**

The parties have agreed on the following constructions:

| | Term/Phrase | Agreed Construction |
|---|---|---|
| 1 | "downstream" | in the direction from controllers to nodes |
| 2 | "upstream" | in the direction from nodes to controllers |
| 3 | "simultaneous with" | at the same time |
| 4 | "aligning signal" | The parties agree that the construction for "aligning signal" will be the same as the construction for "clocking signal." The parties have herein identified "clocking signal" for construction and agreed that it is one of the most significant terms. |

B. **Proposed Constructions and Supporting Evidence**

GPNE's proposed constructions and identification of supporting evidence for the terms identified in Sections C and D are set forth in Exhibit A. Defendants' proposed constructions and identification of supporting evidence for the terms identified in Sections C and D are set forth in Exhibit B.

C. **Identification of the Most Significant and Dispositive Terms**

The parties have agreed that the following terms will be most significant to the resolution of the case.[1] Terms with an asterisk (*) indicate terms whose constructions GPNE believes could be case dispositive. Terms with a carat (^) indicate terms whose constructions one or more of the Defendants believe will be case dispositive.

1) "node"*^

2) "frequency"*^

3) "randomly generated information"

4) "count value"

5) "providing code to"^

6) "first grant signal including information relating to an allocation of a second slot to the first node for transmitting the reserve access request signal"

7) "interface [configured/controlled] by the at least one processor to [functional language]"^

8) "allocation of additional resources for transmitting the data packets/allocation of additional resources for transmitting the first data packets"

9) "clocking signal"

D. **Other Terms**

The following terms were identified in the parties' Patent Local Rule 4-2 Disclosures as terms requiring construction, but were not among the "top ten" selected for briefing:

1) "allocation of resources to transmit a reserve access request signal"

---

[1] Defendants believe there are additional disputes significant to their respective cases and therefore reserve their right to seek the construction of additional terms at the appropriate time.

2) "authorization signal"

3) "first grant"

4) "first request signal"

5) "information relating to an allocation of additional resources"

6) "second grant"

7) "subsequent acknowledgement"

8) "terminal indication information"

9) "random access request signal"

10) "transmit the first data packets in response to the second grant signal / transmit the data packets in response to the second grant signal"

11) "reserve request signal/reserve access request signal"

12) "configured by"

13) "controlled by"

14) "message / communication message"

15) "touch sensitive display input device"

16) "transmit the first request signal…when the first node has a communication message to transmit"

### E. Anticipated Length of Hearing

The parties understand that the Court has already set a Claim Construction Hearing from 2:00 pm to 4:00 pm on June 6, 2013, and a Claim Construction Tutorial from 10:00 am to 12:00 pm on the same day.

### F. Claim Construction Witnesses

The parties do not anticipate calling any witnesses at the Claim Construction Hearing.

Dated:  March 1, 2013                                            GARTEISER HONEA P.C.

/s/  Randall Garteiser
Randall T. Garteiser

*Attorneys for Plaintiff GPNE Corp.*

| | | |
|---|---|---|
| 1 | Dated:  March 1, 2013 | KLARQUIST SPARKMAN, LLP |
| 2 | | /s/ Robert T. Cruzen<br>Robert T. Cruzen |
| 3 | | |
| 4 | | *Attorneys for Defendant Amazon.com Inc.* |
| 5 | Dated:  March 1, 2013 | FISH & RICHARDSON, P.C. |
| 6 | | /s/ Enrique Duarte<br>Enrique Duarte |
| 7 | | |
| 8 | | *Attorneys for Defendant Apple Inc.* |
| 9 | Dated:  March 1, 2013 | KING & SPALDING |
| 10 | | /s/ Steven T. Snyder<br>Steven T. Snyder |
| 11 | | |
| 12 | | *Attorneys for Defendants Nokia Corp. and Nokia Inc.* |
| 13 | Dated:  March 1, 2013 | H.C. PARK & ASSOCIATES, PLC |
| 14 | | |
| 15 | | /s/ Alan A. Wright<br>Alan A. Wright |
| 16 | | |
| 17 | | *Attorneys for Defendants Pantech Co. Ltd. and Pantech Wireless Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2013, I electronically submitted the foregoing PATENT LOCAL RULE 4-3 JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT using the electronic case files system of the court.  The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Randall Garteiser