<u>**EXHIBIT A**</u>

<u>**SECTION I**</u>

Below are the proposed constructions and supporting evidence for the nine Most Significant Terms identified in Section C of

the Joint Claim Construction and Prehearing Statement, which will be the subject of the parties' upcoming claim construction briefing.

In addition to the intrinsic and extrinsic support identified below, GPNE reserves the right to rely on the Rebuttal Declaration

of Esmael H. Dinan in Response to the November 7, 2012 Declaration of Gerald Labedz (GPNE-APP00021230 – GPNE-

APP00021273, GPNE-AMZN00021651 – GPNE-AMZN00021694, GPNE-NOK00022927 – GPNE-NOK00022970, GPNE-

PAN00025000 – GPNE-PAN00025043) and the December 7, 2012 deposition testimony of Esmael H. Dinan (GPNE-APP00021001 –

GPNE-APP00021229, GPNE-AMZN00021422 – GPNE-AMZN00021650, GPNE-NOK00022698 – GPNE-NOK00022926, GPNE-

PAN00024771 – GPNE-PAN00024999) in its case-in-chief.  GPNE also reserves the right to submit a rebuttal declaration in response

to any expert declaration that may be submitted by Amazon, Apple, Nokia or Pantech ("NDCA Defendants") in support of their claim

constructions.  GPNE also reserves the right to rely on the deposition of Gabriel Wong dated November 13, 2012 *in GPNE v. RIM*,

Case No. 3:12-cv-01658-K (N.D. Tex.).

| | Term/Phrase | GPNE's Preliminary | Identification of Intrinsic and Extrinsic Evidence[1,2] |
|---|---|---|---|

---

[1] GPNE also identifies the claim language of the asserted and unasserted claims of the patents-in-suit.  GPNE also identifies any intrinsic or extrinsic evidence offered by the NDCA Defendants.  GPNE further reserves the right to present additional intrinsic or extrinsic evidence necessary to rebut any arguments proffered by the NDCA Defendants (including, if necessary, a rebuttal expert declaration in response to any expert declaration submitted by the NDCA Defendants).

[2] The patents-in-suit all share a specification.  As a result, and to reduce unnecessary duplication, GPNE's intrinsic citations are to the '492 patent.

|   |   | **Proposed Construction** |   |
|---|---|---|---|
| 1 | clocking signal | A signal that contains timing information used for allocating resources. | **Intrinsic Support**: <br><br> Figures 1, 2, 6, 7, 8, 9, 13. <br><br> Col. 3:27-29 <br><br> Col. 4:33-35 <br><br> Col. 4:47-50 <br><br> Col. 4:67-Col. 5:2 <br><br> Col. 6:50-55 <br><br> Col. 9:62-65 <br><br> Col. 10:24-29 <br><br> Col. 11:24-28 <br><br> **Extrinsic Support**: <br><br> *McGraw-Hill Dictionary of Scientific and Technical Terms,* 5th ed. (1994), definition of "signal" at p. 1823. <br><br> *Chambers Science and Technology Dictionary* (1988), definition of "signal" at p. 813. <br><br> *Webster's Encyclopedic Unabridged Dictionary of the English Language* (1996), definition of "signal" at p. 1779. <br><br> *McGraw-Hill Dictionary of Scientific and Technical Terms,* 5th ed. (1994), |

| | | | definition of "clock" at p. 387.

Esmael H. Dinan will submit a declaration explaining that one of ordinary in the art would understand that the term "clocking signal" means "a signal that contains timing information used for allocating resources." Mr. Dinan's declaration will be submitted to Defendants on March 6, 2013 in accordance with the parties' agreement. |
|---|---|---|---|
| 2 | allocation of additional resources for transmitting the data packets / allocation of additional resources for transmitting the first data packets | *Plaintiff does not believe that a specific construction is necessary. To the extent the Court determines that a specific construction is warranted, however, Plaintiff proposes:* Providing additional opportunities for transmitting the/first data packets. | **Intrinsic Support**:

Figures 4, 5, 6, 9.

Col. 2:3-7

Col. 2:30-44

Col. 4:35-38

Col. 5:56-63

Col. 6:12-20

Col. 6:28-38

Col 7:5 – 15

Col. 7:28-39

**Extrinsic Support**:

*McGraw-Hill Dictionary of Scientific and Technical Terms,* 5th ed. (1994), definition of "allocate" at p. 66.

*Webster's Encyclopedic Unabridged Dictionary of the English Language* (1996), |

| | | | definition of "allocate" at p. 56. |
|---|---|---|---|
| | | | *Webster's Encyclopedic Unabridged Dictionary of the English Language* (1996), definition of "allocation" at p. 56. |
| | | | *McGraw-Hill Dictionary of Scientific and Technical Terms,* 5th ed. (1994), definition of "resource" at p. 1697. |
| | | | Esmael H. Dinan will submit a declaration explaining that one of ordinary in the art would understand that the term "allocation of additional resources for transmitting the data packets / allocation of additional resources for transmitting the first data packets" means "providing additional opportunities for transmitting the/first data packets," to the extent any construction is actually necessary.  Mr. Dinan's declaration will be submitted to Defendants on March 6, 2013 in accordance with the parties' agreement. |
| 3 | count value | A numeric representation of the amount of remaining data to be transmitted. | **Intrinsic Support**: <br><br> Col. 5:17-30 <br><br> Col. 7:52-59 <br><br> '492 Prosecution History: Office Action dated November 27, 2009, and response thereto (dated March 3, 2010) <br><br> **Extrinsic Support**: <br> *Webster's Encyclopedic Unabridged Dictionary of the English Language* (1996), definition of "count" at pp. 460-461. <br><br> Esmael H. Dinan will submit a declaration explaining that one of ordinary in the art would understand that the term "count value" means "a numeric representation of the amount of remaining data to be transmitted."  Mr. Dinan's declaration will |

| | | | be submitted to Defendants on March 6, 2013 in accordance with the parties' agreement. |
|---|---|---|---|
| 4 | frequency | *Plaintiff does not believe that a specific construction is necessary. To the extent the Court determines that a specific construction is warranted, however, Plaintiff proposes:* The center point in a finite, contiguous band of the electromagnetic spectrum, generally expressed in Hertz (number of cycles per second). | **Intrinsic Support**: <br><br> Figure 1, 2, 3, 4, 5, 6. <br><br> Col. 3:1-9 <br><br> Col.4:33- 43 <br><br> Col. 8:62-65 <br><br> **Extrinsic Support**: <br><br> *McGraw-Hill Dictionary of Scientific and Technical Terms,* 5th ed. (1994), definition of "frequency" at p. 805. <br><br> *Webster's Encyclopedic Unabridged Dictionary of the English Language* (1996), definition of "frequency" at p. 766. <br><br> James L. Sinclair, How Radio Signals Work, Chp. 2 (1997). <br><br> Goff Hill, The Cable and Telecommunications Professionals Reference, Volume 1: PSTN, IP and Cellular Networks and Mathematical Techniques, Chps. 10&12 (2007). <br><br> In re: Amendment of Part 73 of the Commission's Rules to Clarify the Definition and Measurement of Aural Modulation Limits in the Broadcast Services, MM Docket No. 93.225, 8 FCC Rcd No. 17 (1993) (available at http://transition.fcc.gov/Bureaus/Mass_Media/Databases/documents_collection/93-370.pdf) |

| | | | Michel Mouly, et al., "The GSM System for Mobile Communications," Cell & Sys. Correspondence 1992 at pp. 37, 188, 195-196, 218, and 250. Esmael H. Dinan will submit a declaration explaining that one of ordinary in the art would understand that the term "frequency" means "The center point in a finite, contiguous band of the electromagnetic spectrum, generally expressed in Hertz (number of cycles per second)," to the extent any construction is actually necessary.  Mr. Dinan's declaration will be submitted to Defendants on March 6, 2013 in accordance with the parties' agreement. |
|---|---|---|---|
| 5 | randomly generated information | *Plaintiff does not believe that a specific construction is necessary.  To the extent the Court determines that a specific construction is warranted, however, Plaintiff proposes:* Information that is randomly generated. | **Intrinsic Support**: Figures 9, 10, 11. Col. 10:1-2 Col. 11:43-51 Col. 11:52 – Col. 12:2 **Extrinsic Support**: *McGraw-Hill Dictionary of Scientific and Technical Terms,* 5th ed. (1994), definition of "information" at p. 1013. *Webster's Encyclopedic Unabridged Dictionary of the English Language* (1996), definition of "generate" at p. 795. *Webster's Encyclopedic Unabridged Dictionary of the English Language* (1996), definition of "random" at p. 1599. Esmael H. Dinan will submit a declaration explaining that one of ordinary in the |

| | | | art would understand that the term "randomly generated information" means "information that is randomly generated," to the extent any construction is actually necessary.  Mr. Dinan's declaration will be submitted to Defendants on March 6, 2013 in accordance with the parties' agreement. |
|---|---|---|---|
| 6 | first grant signal including information relating to an allocation of a second slot to the first node for transmitting the reserve access request signal | *Plaintiff does not believe that a specific construction is necessary.  To the extent the Court determines that a specific construction is warranted, however, Plaintiff proposes:* a "first grant signal" (i.e., an initial signal that gives the node permission to transmit additional signals) includes information relating to allocating a second slot to the first [node] for transmitting the "reserve access | **Intrinsic Support:**<br><br>Figures 4, 5, 6, 9, 10, 11, 13.<br><br>Col. 2:1-7<br><br>Col. 4:39-41<br><br>Col. 4:44-56<br><br>Col. 5:64 – Col. 6:11<br><br>Col. 6:57-Col. 7:4<br><br>Col. 8:34-46<br><br>Col. 9:64 – Col. 10:4<br><br>Col. 12:2-17<br><br>Col. 8:18 – 20<br><br>Col 8:34-46<br><br>Col. 13:66 – Col. 13:15<br><br>Col. 13:22-38<br><br>**Extrinsic Support**: |

| | | request signal" (i.e., a signal sent by the node using resources that are not shared with other nodes which includes information related to a node's request for the provision of additional resources for transmitting data packets). | *McGraw-Hill Dictionary of Scientific and Technical Terms,* 5th ed. (1994), definition of "allocate" at p. 66.<br><br>*Webster's Encyclopedic Unabridged Dictionary of the English Language* (1996), definition of "allocate" at p. 56.<br><br>*Webster's Encyclopedic Unabridged Dictionary of the English Language* (1996), definition of "allocation" at p. 56.<br><br>*McGraw-Hill Dictionary of Scientific and Technical Terms,* 5th ed. (1994), definition of "information" at p. 1013.<br><br>*Webster's Encyclopedic Unabridged Dictionary of the English Language* (1996), definition of "slot" at p. 1800.<br><br>*McGraw-Hill Dictionary of Scientific and Technical Terms,* 5th ed. (1994), definition of "signal" at p. 1823.<br><br>*Chambers Science and Technology Dictionary* (1988), definition of "signal" at p. 813.<br><br>*Webster's Encyclopedic Unabridged Dictionary of the English Language* (1996), definition of "signal" at p. 1779.<br><br>Esmael H. Dinan will submit a declaration explaining that one of ordinary in the art would understand that the term "first grant signal including information relating to an allocation of a second slot to the first node for transmitting the reserve access request signal" means "a 'first grant signal' (i.e., an initial signal that gives the node permission to transmit additional signals) includes information relating to allocating a second slot to the first [node] for transmitting the 'reserve access request signal' (i.e., a signal sent by the node using resources that are not shared with other nodes which includes information related to a node's request for the |

| | | | provision of additional resources for transmitting data packets)," to the extent any construction is actually necessary.  Mr. Dinan's declaration will be submitted to Defendants on March 6, 2013 in accordance with the parties' agreement. |
|---|---|---|---|
| 7 | interface [configured/controlled] by the at least one processor to [transmit and receive terms][3] | Electronic circuitry capable of being configured / controlled by the processor(s) according to instructions in the memory, that allows the processor(s) to communicate with a transceiver. | **Intrinsic Support**:<br><br>Figures 1-5, 7, 8, 10, 11.<br><br>Col. 3:10-26<br><br>Col. 3:62 – 4:27<br><br>Col. 4:57- 5:11<br><br>Col. 6:38-8:61<br><br>Col. 7:27 – 8:61<br><br>Col. 10:38-64<br><br>Col. 11:6-13:48<br><br>**Extrinsic Support**:<br><br>*Microsoft Computer Dictionary,  5th ed. (2002)* definition of "interface" at p. 279;<br><br>*Webster's Encyclopedic Unabridged Dictionary of the English Language (1996)*, definition of "control" at p. 442; |

---

[3] In the parties' 4-2 disclosures, the term submitted by Defendants was "interface [configured/controlled] by the at least one processor to [functional language]."  GPNE believes that in light of the claim language, "[functional language]" should be replaced with "[transmit and receive terms]."

|  |  |  | *Webster's Encyclopedic Unabridged Dictionary of the English Language (1996)*, definition of "interface" at p. 993.

*Webster's New College Dictionary, 3rd ed. (2008)* definition of "configuration" at p. 242;

*Webster's Encyclopedic Unabridged Dictionary of the English Language (1996)*, definition of "configure" at p. 428.

251-252;

*Webster's Encyclopedic Unabridged Dictionary of the English Language (1996)*, definition of "control" at p. 442.

Esmael H. Dinan will submit a declaration explaining that one of ordinary in the art would understand that the term "interface [configured/controlled] by the at least one processor to [transmit and receive terms]" means "electronic circuitry capable of being configured / controlled by the processor(s) according to instructions in the memory, that allows the processor(s) to communicate with a transceiver."  Mr. Dinan's declaration will be submitted to Defendants on March 6, 2013 in accordance with the parties' agreement. |
|---|---|---|---|
| 8 | node | A device in a network that can transmit and receive information. | **Intrinsic Support**:

Abstract

Figures 2, 6, 8.

Col. 3:51-4:7

Col. 14:14-49

Wong Declaration, '267 File History |

| | | | **Extrinsic Support**:<br>*McGraw-Hill Dictionary of Scientific and Technical Terms, 5th ed. (1994)* definition of "node" at p. 1349.<br><br>*Microsoft Computer Dictionary, 5th ed. (2002)* definition of "node" at p. 366.<br><br>*McGraw-Hill Dictionary of Scientific and Technical Terms*, 6th ed. (2002) definition of "pager" at p. 1515 and "radio-paging system" on p. 1739.<br><br>U.S. Patent No. 5,677,909 at Col. 5:15-19; 13:29-35; 14:9-12<br><br>U.S. Patent No. 5,297,144 at Col 5:41-46, 13:40-46; 14:15-19<br><br>Esmael H. Dinan will submit a declaration explaining that one of ordinary in the art would understand that the term "node" means "A device in a network that can transmit and receive information." Mr. Dinan's declaration will be submitted to Defendants on March 6, 2013 in accordance with the parties' agreement. |
| 9 | providing code to | *Plaintiff does not believe that a specific construction is necessary. To the extent the Court determines that a specific construction is warranted, however, Plaintiff proposes:* capable of making | **Intrinsic Support:**<br><br>Figures 1-5, 7, 8, 10, 11.<br><br>Col. 3:10-26<br><br>Col. 3:62 – 4:27<br><br>Col. 4:57- 5:11<br><br>Col. 6:38-8:61<br><br>Col. 10:38-64<br><br>Col. 11:6-13:48 |

| | | instructions available to | **Extrinsic Support**:<br><br>*Webster's Encyclopedic Unabridged Dictionary of the English Language (1996)*, definition of "provide" at p. 1556.<br><br>Esmael H. Dinan will submit a declaration explaining that one of ordinary in the art would understand that the term "providing code to" means "capable of making instructions available to," to the extent any construction is actually necessary.  Mr. Dinan's declaration will be submitted to Defendants on March 6, 2013 in accordance with the parties' agreement. |

## SECTION II

Below are the proposed constructions and supporting evidence for the terms that were identified in the parties' Patent Local

Rule 4-2 Disclosures but that are not being briefed pursuant to the Court's ten term limit.

| | Term/Phrase | GPNE's Preliminary Proposed Construction | Identification of Intrinsic and Extrinsic Evidence[4,5] |
|---|---|---|---|
| 1 | aligning signal / clocking signal | A signal that contains timing information used for allocating | **Intrinsic Support**:<br><br>Figures 1, 2, 6, 7, 8, 9, 13. |

---

[4] GPNE also identifies the claim language of the asserted and unasserted claims of the patents-in-suit.  GPNE also identifies any intrinsic or extrinsic evidence offered by the NDCA Defendants.  GPNE further reserves the right to present additional intrinsic or extrinsic evidence necessary to rebut any arguments proffered by the NDCA Defendants (including, if necessary, a rebuttal expert declaration in response to any expert declaration submitted by the NDCA Defendants).

[5] The patents-in-suit all share a specification.  As a result, and to reduce unnecessary duplication, GPNE's intrinsic citations are to the '492 patent.

| | | | |
|---|---|---|---|
| | | resources. | Col. 3:27-29 |
| | | | Col. 4:33-35 |
| | | | Col. 4:47-50 |
| | | | Col. 4:67-Col. 5:2 |
| | | | Col. 6:50-55 |
| | | | Col. 9:62-65 |
| | | | Col. 10:24-29 |
| | | | Col. 11:24-28 |
| | | | **Extrinsic Support**: |
| | | | *McGraw-Hill Dictionary of Scientific and Technical Terms,* 5th ed. (1994), definition of "signal" at p. 1823. |
| | | | *Chambers Science and Technology Dictionary* (1988), definition of "signal" at p. 813. |
| | | | *Webster's Encyclopedic Unabridged Dictionary of the English Language* (1996), definition of "signal" at p. 1779. |
| | | | *McGraw-Hill Dictionary of Scientific and Technical Terms,* 5th ed. (1994), definition of "clock" at p. 387. |
| 2 | allocation of resources to transmit a reserve access request signal | *Plaintiff does not believe that a specific construction is* | **Intrinsic Support**: Figures 4, 5, 6, 9, 10, 11. |

| | | *necessary. To the extent the Court determines that a specific construction is warranted, however, Plaintiff proposes:* Providing a node opportunities to transmit a signal using resources that are not shared with other nodes, the signal including information related to a node's request for the provision of additional resources for transmitting data packets. | Col. 2:1-7<br><br>Col. 9:64 – Col. 10:4<br><br>Col. 12:2-17<br><br>Col. 8:18 – 20<br><br>Col 8:34-46<br><br>Col. 13:66 – Col. 13:15<br><br>Col. 13:22-38<br><br>**Extrinsic Support**:<br><br>*McGraw-Hill Dictionary of Scientific and Technical Terms,* 5th ed. (1994), definition of "allocate" at p. 66.<br><br>*Webster's Encyclopedic Unabridged Dictionary of the English Language* (1996), definition of "allocate" at p. 56.<br><br>*Webster's Encyclopedic Unabridged Dictionary of the English Language* (1996), definition of "allocation" at p. 56.<br><br>*McGraw-Hill Dictionary of Scientific and Technical Terms,* 5th ed. (1994), definition of "resource" at p. 1697.<br><br>*Webster's Encyclopedic Unabridged Dictionary of the English Language* (1996), definition of "signal" at p. 1779. |
| 3 | authorization signal | A signal received by a node that gives the node | **Intrinsic Support**:<br><br>Figures 4, 5, 6. |

| | | permission to transmit additional signals. | Col. 7:5-12<br><br>**Extrinsic Support**:<br><br>*Webster's New World Dictionary of Computer Terms,* 5th ed. (1994), definition of "authorization" at p. 32.<br><br>*McGraw-Hill Dictionary of Scientific and Technical Terms,* 5th ed. (1994), definition of "signal" at p. 1823.<br><br>*Chambers Science and Technology Dictionary* (1988), definition of "signal" at p. 813.<br><br>*Webster's Encyclopedic Unabridged Dictionary of the English Language* (1996), definition of "signal" at p. 1779. |
|---|---|---|---|
| 4 | first grant | *Plaintiff does not believe that a specific construction is necessary.  To the extent the Court determines that a specific construction is warranted, however, Plaintiff proposes:* A first signal received by a node that gives the node | **Intrinsic Support**:<br><br>Figures 4, 5, 6, 9, 10, 11.<br><br>Col. 2:1-7<br><br>Col. 9:64 – Col. 10:4<br><br>Col. 12:2-17<br><br>Col. 8:18 – 20<br><br>Col 8:34-46<br><br>Col. 13:66 – Col. 13:15 |

| | | permission to transmit additional signals. | Col. 13:22-38<br><br>**Extrinsic Support**:<br><br>*McGraw-Hill Dictionary of Scientific and Technical Terms*, 5th ed. (1994), definition of "signal" at p. 1823.<br><br>*Chambers Science and Technology Dictionary* (1988), definition of "signal" at p. 813.<br><br>*Webster's Encyclopedic Unabridged Dictionary of the English Language* (1996), definition of "signal" at p. 1779. |
|---|---|---|---|
| 5 | first request signal | *Plaintiff does not believe that a specific construction is necessary. To the extent the Court determines that a specific construction is warranted, however, Plaintiff proposes:* A signal that allows a determination that a node has a communication message it wishes to transmit. | **Intrinsic Support**:<br><br>Figures 4, 6, 13.<br><br>Col. 2:1-7<br><br>Col. 4:39-41<br><br>Col. 4:44-56<br><br>Col. 5: 64 – Col. 6:11<br><br>Col. 6: 57 - Col. 7:4<br><br>Col. 8:34-46<br><br>**Extrinsic Support**:<br><br>*McGraw-Hill Dictionary of Scientific and Technical Terms*, 5th ed. (1994), definition of "signal" at p. 1823. |

| | | | |
|---|---|---|---|
| | | | *Chambers Science and Technology Dictionary* (1988), definition of "signal" at p. 813.<br><br>*Webster's Encyclopedic Unabridged Dictionary of the English Language* (1996), definition of "signal" at p. 1779. |
| 6 | information relating to an allocation of additional resources | *Plaintiff does not believe that a specific construction is necessary. To the extent the Court determines that a specific construction is warranted, however, Plaintiff proposes:* Information relating to providing additional opportunities to transmit and/or receive information. | **Intrinsic Support**:<br><br>Figures 4, 5, 6, 9.<br><br>Col. 2:30-44<br><br>Col. 4:35-37<br><br>Col. 5:56-63<br><br>Col. 6:12-20<br><br>Col. 6:28-38<br><br>Col 7:5 – 15<br><br>Col. 7:28-39<br><br>**Extrinsic Support**:<br><br>*McGraw-Hill Dictionary of Scientific and Technical Terms,* 5th ed. (1994), definition of "allocate" at p. 66.<br><br>*Webster's Encyclopedic Unabridged Dictionary of the English Language* (1996), definition of "allocate" at p. 56.<br><br>*Webster's Encyclopedic Unabridged Dictionary of the English Language* (1996), definition of "allocation" at p. 56. |

| | | | |
|---|---|---|---|
| | | | *McGraw-Hill Dictionary of Scientific and Technical Terms,* 5th ed. (1994), definition of "information" at p. 1013.<br><br>*McGraw-Hill Dictionary of Scientific and Technical Terms,* 5th ed. (1994), definition of "resource" at p. 1697. |
| 7 | second grant | *Plaintiff does not believe that a specific construction is necessary.  To the extent the Court determines that a specific construction is warranted, however, Plaintiff proposes:* A second signal received by a node that gives the node permission to transmit additional signals. | **Intrinsic Support**:<br><br>Figures 4, 5, 6, 9.<br><br>Col. 2:30-44<br><br>Col. 4:35-37<br><br>Col. 5:56-63<br><br>Col. 6:12-20<br><br>Col. 6:28-38<br><br>Col 7:5 – 15<br><br>Col. 7:28-39<br><br>**Extrinsic Support**:<br><br>*McGraw-Hill Dictionary of Scientific and Technical Terms,* 5th ed. (1994), definition of "signal" at p. 1823.<br><br>*Chambers Science and Technology Dictionary* (1988), definition of "signal" at p. 813.<br><br>*Webster's Encyclopedic Unabridged Dictionary of the English Language* (1996), |

| | | definition of "signal" at p. 1779. |
|---|---|---|
| 8 | subsequent acknowledgement | *Plaintiff does not believe that a specific construction is necessary.  To the extent the Court determines that a specific construction is warranted, however, Plaintiff proposes:* a confirmation that occurs afterwards | **Intrinsic Support**:<br><br>Figures 4, 5, 6.<br><br>**Extrinsic Support**:<br><br>*Webster's New World Dictionary of Computer Terms,* 5th ed. (1994), definition of "acknowledgement" at p. 5.<br><br>*Webster's New College Dictionary,* 3rd ed. (2008), definition of "subsequent" at p. 1125. |
| 9 | terminal indication information | *Plaintiff does not believe that a specific construction is necessary.  To the extent the Court determines that a specific construction is warranted, however, Plaintiff proposes:* Information indicating that a final data packet | **Intrinsic Support**:<br><br>Col. 5:17-30<br><br>**Extrinsic Support**:<br><br>*McGraw-Hill Dictionary of Scientific and Technical Terms,* 5th ed. (1994), definition of "information" at p. 1013. |

| | | is the last data packet. | |
|---|---|---|---|
| 10 | random access request signal | A random signal transmitted by a node using resources shared with other nodes. | **Intrinsic Support**:<br><br>Figures 9, 10, 11.<br><br>Col.11:43-51<br><br>Col.10:1-2<br><br>Col.11:43-51<br><br>**Extrinsic Support**:<br><br>http://www.networkdictionary.com/wireless/r.php "random access";<br><br>*McGraw-Hill Dictionary of Scientific and Technical Terms, 5th ed. (1994)* definition of "signal" at p. 1823;<br><br>*Chambers Science and Technology Dictionary* (1988) definition of "signal" at p. 813;<br><br>*Webster's Encyclopedic Unabridged Dictionary of the English Language (1996)*, definition of "random" at p. 1599;<br><br>*Webster's Encyclopedic Unabridged Dictionary of the English Language (1996)*, definition of "random access" at p. 1599;<br><br>*Webster's Encyclopedic Unabridged Dictionary of the English Language (1996)*, definition of "signal" at p. 1779;<br><br>Michel Mouly, et al., "The GSM System for Mobile Communications," Cell & |

| | | | Sys.<br>Correspondence 1992 at pp. 317-318 and 368-369. |
|---|---|---|---|
| 11 | transmit the first data packets in response to the second grant signal / transmit the data packets in response to the second grant signal | *Plaintiff does not believe that a specific construction is necessary.  To the extent the Court determines that a specific construction is warranted, however, Plaintiff proposes:* transmit the first data packets as a consequence of receiving the [second grant] signal | **Intrinsic Support**:<br><br>Figures 4, 5, 6, 9, 12.<br><br>Col. 4:37-39<br><br>Col. 6:21-27<br><br>Col. 7:15-17<br><br>**Extrinsic Support**:<br><br>*McGraw-Hill Dictionary of Scientific and Technical Terms,* 5th ed. (1994), definition of "signal" at p. 1823.<br><br>*Chambers Science and Technology Dictionary* (1988), definition of "signal" at p. 813.<br><br>*Webster's Encyclopedic Unabridged Dictionary of the English Language* (1996), definition of "signal" at p. 1779. |
| 12 | reserve request signal/reserve access request signal | A signal transmitted by a node using resources that are not shared with other nodes which includes information related to a | **Intrinsic Support**:<br><br>Figures 4, 6, 13.<br><br>Col. 2:1-7<br><br>Col. 4:39-41 |

| | | node's request for the provision of additional resources for transmitting data packets. | Col. 4:44-56<br><br>Col. 5:64 – Col. 6:11<br><br>Col. 6:57-Col. 7:4<br><br>Col. 8:34-46<br><br>**Extrinsic Support**:<br><br>*McGraw-Hill Dictionary of Scientific and Technical Terms, 5th ed. (1994)* definition of "signal" at p. 1823;<br><br>*Chambers Science and Technology Dictionary* (1988) definition of "signal" at p. 813;<br><br>*Webster's Encyclopedic Unabridged Dictionary of the English Language (1996)*, definition of "signal" at p. 1779. |
| 13 | configured by | *Plaintiff does not believe that a specific construction is necessary.  To the extent the Court determines that a specific construction is warranted, however, Plaintiff proposes:* arranged by | **Extrinsic Support**:<br><br>*Webster's New College Dictionary, 3rd ed. (2008)* definition of "configuration" at p. 242;<br><br>*Webster's Encyclopedic Unabridged Dictionary of the English Language (1996)*, definition of "configure" at p. 428. |

| 14 | controlled by | *Plaintiff does not believe that a specific construction is necessary.  To the extent the Court determines that a specific construction is warranted, however, Plaintiff proposes:* directed by | **Extrinsic Support**:<br><br>*Webster's New College Dictionary, 3rd ed. (2008)* definition of "control" at pp. 251-252;<br><br>*Webster's Encyclopedic Unabridged Dictionary of the English Language (1996)*, definition of "control" at p. 442. |
| 15 | message / communication message | *Plaintiff does not believe that a specific construction is necessary.  To the extent the Court determines that a specific construction is warranted, however, Plaintiff proposes:* a message to be communicated from one point to another. | **Intrinsic Support**:<br><br>Figures 3, 4.<br><br>Abstract<br><br>Col. 5:12-26<br><br>Col. 5:56-61<br><br>Col. 6:12-33<br><br>**Extrinsic Support**:<br><br>*Webster's New College Dictionary, 3rd ed. (2008)* definition of "communicate" at p. 233; definition of "communication" at p. 233;<br><br>*Webster's Encyclopedic Unabridged Dictionary of the English Language (1996)*, |

|   |   |   | definition of "communication" at p. 414. |
|---|---|---|---|
| 16 | touch sensitive display input device | *Plaintiff does not believe that a specific construction is necessary. To the extent the Court determines that a specific construction is warranted, however, Plaintiff proposes:* A display that can receive user input by the user touching the display. | **Extrinsic Support**:<br><br>*Webster's Encyclopedic Unabridged Dictionary of the English Language (1996),* definition of "display" at p. 568;<br><br>*Webster's Encyclopedic Unabridged Dictionary of the English Language (1996),* definition of "touchscreen" at p. 2001. |
| 17 | transmit the first request signal…when the first node has a communication message to transmit | *Plaintiff does not believe that a specific construction is necessary. To the extent the Court determines that a specific construction is warranted, however, Plaintiff* | GPNE incorporates the intrinsic and extrinsic support identified above for: (1) first request signal, (2) node, and (3) message/communication message. |

| | | | |
|---|---|---|---|
| | | *proposes* : send the [first request signal]…when the first [node] has a [message/ communication message] to send | |