**GARTEISER HONEA, P.C.**
Randall T. Garteiser (SBN 231821)
Christopher A. Honea (SBN 232473)
44 North San Pedro Road
San Rafael, California 94903
Tel.: (415) 785-3762
Fax: (415) 785-3805
randall.garteiser@sftrialattorneys.com
chris.honea@sftrialattorneys.com

**ATTORNEYS FOR PLAINTIFF GPNE CORP.**

Additional counsel listed on signature page.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| GPNE CORP.,<br><br>                    Plaintiff,<br><br>     vs.<br><br>APPLE INC.,<br><br>                    Defendant. | Case No. 5:12-cv-02885-LHK<br><br>**AGREED TO MOTION AND [PROPOSED] ORDER TO EXTEND TIME FOR GPNE CORP. TO SUBMIT MARKMAN REPLY BRIEF** |
| GPNE CORP.,<br><br>                    Plaintiff,<br><br>     vs.<br><br>AMAZON.COM, INC.,<br>                    Defendant. | Case No. 5:12-cv-03055-LHK |
| GPNE CORP.,<br><br>                    Plaintiff,<br><br>     vs.<br><br>NOKIA CORP. AND NOKIA INC.,<br><br>                    Defendants. | Case No. 5:12-cv-03056-LHK |

| | |
|---|---|
| GPNE CORP., <br><br> Plaintiff, <br><br> vs. <br><br> PANTECH CO., LTD AND PANTECH WIRELESS, INC., <br><br> Defendants. | Case No. 5:12-cv-03057-LHK |

**AGREED TO MOTION AND [PROPOSED] ORDER TO EXTEND TIME FOR GPNE CORP. TO SUBMIT MARKMAN REPLY BRIEF FROM MAY 6 TO MAY 10**

Pursuant to Civil L.R. 6-1 and 6-2, Plaintiff GPNE Corp. ("GPNE") and Defendants Apple, Inc., Amazon.com, Inc., Nokia Corp., Nokia Inc., Pantech Co., Ltd. and Pantech Wireless, Inc. ("Defendants"), defendants in the above-captioned related actions pending in this District, by and through their respective counsel, stipulate to extend the time for GPNE to submit its Markman Reply Brief from May 6, 2013 to May 10, 2013.

1.  On February 20, 2013, a Minute Order and Case Management Order was filed by this Court [Dkt. No. 63] for Claim Construction Replies to be filed by May 6, 2013.

2.  The parties have agreed to extend the time that GPNE will file its Markman Reply Brief to May 10, 2013.

5.  No previous extensions of time have been requested or granted with respect to the Motion to Extend Time to Submit Markman Briefs; and

6.  This change will not alter the date of any event or any deadline already fixed by Court order.

THEREFORE, IT IS HEREBY STIPULATED by and between GPNE and Defendants that GPNE will have until May 10, 2013, to submit its Markman Reply Brief.

| | | | |
|---|---|---|---|
| By: | */s/ Alan A. Wright* | By: | */s/ Robert T. Cruzen* |

**H.C. PARK & ASSOCIATES, P.C.**
Alan A. Wright (*Pro Hac Vice*)
awright@park-law.com
1894 Preston White Drive
Reston, VA 20191
Phone: (703) 288-5105
Fax: (703) 288-5139

**GORDON & REES LLP**
Gordon I. Endow (CSB No. 99638)
gendow@gordonrees.com
Anna Rassouli (CSB No. 260911)
arassouli@gordonrees.com
275 Battery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 986-5900
Fax: (415) 986-8054

**Attorneys for Defendants,**
**PANTECH CO. LTD. And**
**PANTECH WIRELESS, INC.**

**KLARQUIST SPARKMAN, LLP**
Robert T. Cruzen (CSB No. 203658)
rob.cruzen@klarquist.com
Jeffrey S. Love (CSB No. 195068)
jeffrey.love@klarquist.com
Kristin Cleveland (CSB No. 184639)
kristin.cleveland@klarquist.com
One World Trade Center, Suite 1600
121 S.W. Salmon Street
Portland, OR 97204
Tel: (503) 595-5300
Fax: (503) 595-5301

**Attorneys for Defendant**
**AMAZON.COM, INC.**

| | | | |
|---|---|---|---|
| By: | /s/ Alexas D. Skucas | By: | /s/ Christopher O. Green |

**KING & SPAULDING LLP**  
Alexas D. Skucas (*pro hac vice*)  
askucas@kslaw.com  
Erik J. Dykema (*pro hac vice*)  
edykema@kslaw.com  
1185 Avenue of the Americas  
New York, New York 10036  
[Tel.] (212) 556-2100  
[Fax] (212) 556-2222  

Steven T. Snyder (*pro hac vice*)  
ssnyder@kslaw.com  
100 N. Tryon Street  
Suite 3900  
Charlotte, North Carolina 28202  
[Tel.] (704) 503-2600  
[Fax] (704) 503-2622  

Sanjeet Dutta (*pro hac vice*)  
sdutta@kslaw.com  
333 Twin Dolphin Drive, Suite 400  
Redwood Shores, CA 94065  
[Tel.] (650) 590-0700  
[Fax] (650) 590-1900  

**Attorneys for Defendants**  
**NOKIA INC. and NOKIA CORP.**

**FISH & RICHARDSON P.C.**  
Christopher O. Green (*pro hac vice*)  
cgreen@fr.com  
Aamir A. Kazi (*pro hac vice*)  
kazi@fr.com  
1180 Peachtree Street, 21st Floor  
Atlanta, GA 30309  
Tel.: (404) 892-5005  
Fax: (404) 892-5002  

Kelly C. Hunsaker  
(State Bar No. 168307)  
hunsaker@fr.com  
Enrique Duarte  
(State Bar No. 247523)  
duarte@fr.com  
500 Arguello Street, Ste. 500  
Redwood City, CA 94063  
Tel.: (650) 839-55070  
Fax: (650) 839-5071  

Ruffin B. Cordell (*Pro Hac Vice*)  
cordell@fr.com  
1425 K Street, NW  
Suite 1100  
Washington, DC 20005  
Tel.: (207) 783-5070  
Fax: (207) 783-2331  

**Attorneys for Defendant**  
**APPLE, INC.**

---

AGREED TO MOTION AND [PROPOSED] ORDER TO EXTEND TIME FOR GPNE CORP. TO SUBMIT MARKMAN REPLY BRIEF  
Case Nos. 5:12-cv-02885, 5:12-cv-03055, 5:12-cv-03056, and 5:12-cv-03057                                Page 2

By: /s/ Randall T. Garteiser
**GARTEISER HONEA, P.C.**
Randall T. Garteiser (SBN 231821)
randall.garteiser@sftrialattorneys.com
Christopher A. Honea (SBN 232473)
chris.honea@sftrialattorneys.com
44 North San Pedro Road
San Rafael, California 94903
Tel.: (415) 785-3762
Fax: (415) 785-3805

**NELSON BUMGARDNER CASTO, P.C.**
Barry J. Bumgardner (*Pro Hac Vice*)
barry@nbclaw.net
Steven W. Hartsell (*Pro Hac Vice*)
shartsell@nbclaw.net
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Tel.: (817) 377-9111
Fax: (817) 377-3485

**BURNS & LEVINSON LLP**
Howard J. Susser (*Pro Hac Vice*)
hsusser@burnslev.com
Paul T. Muniz (*Pro Hac Vice*)
pmuniz@burnlev.com
Zachary R. Gates (*Pro Hac Vice*)
zgates@burnslev.com
Alexandra Capachietti (*Pro Hac Vice*)
acapachietti@burnslev.com
125 Summer Street
Boston, Massachusetts 02110-1624
Tel.: (617) 345-3000
Fax: (617) 345-3299

**Attorneys for Plaintiff**
**GPNE CORP.**

I, Randall Garteiser, whose ECF User ID filed this document, attest that the other signatories listed above have concurred in me electronically signing this document on their behalf.

Dated: May 1, 2013

　　　　　　　　　　　　　　　　　　　　　*/s/ Randall Garteiser*
　　　　　　　　　　　　　　　　　　　　　Randall Garteiser

1

**[PROPOSED] ORDER**

2

Pursuant to the stipulation of the Parties, and good cause appearing therefore;

3

**IT IS SO ORDERED**

4

5  Dated: May 6, 2013

*Lucy H. Koh*

Lucy H. Koh

6

United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28