1   ALAN A. WRIGHT (*Pro Hac Vice*)
    NISHAT HASAN *(Pro Hac Vice)*
2   H.C. PARK & ASSOCIATES, PLC
    1894 Preston White Drive
3   Reston, VA  20191
    Telephone:     (703) 544-9256
4   Facsimile:     (703) 288-5139
    Email: awright@park-law.com
5
    GORDON I. ENDOW  (SBN:  099638)
6   LYNDY CHANG STEWART  (SBN:  196455)
    GORDON & REES LLP
7   275 Battery Street, Suite 2000
    San Francisco, CA  94111
8   Telephone:     (415) 986-5900
    Facsimile:     (415) 986-8054
9   Email   gendow@gordonrees.com
            lstewart@gordonrees.com
10
    Attorneys for Defendants PANTECH CO., LTD.
11   and PANTECH WIRELESS, INC.

**Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111**

12

13                  UNITED STATES DISTRICT COURT

14          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

15

16   GPNE CORP.,                          )   CASE Nos. 12-CV-02885-LHK; 12-CV-03056-
                                          )   LHK; 12-CV-03057-LHK
17                      Plaintiff,        )
                                          )   **JOINDER OF DEFENDANTS PANTECH**
18        vs.                             )   **CO., LTD., AND PANTECH WIRELESS,**
                                          )   **INC., IN MOTION FOR PROTECTIVE**
19   APLE, INC., NOKIA CORP., NOKIA       )   **ORDER OF APPLE COMPUTER**
     INC., PANTECH CO., LTD., and         )
20   PANTECH WIRELESS, INC.,              )   Civil. L.R. 7-1(b), Civil L.R. 7-4(a)(1)
                                          )
21                      Defendants.       )   Hrg. Date:     January 7, 2014
                                          )   Hrg. Time:     10:00 a.m.
22   ─────────────────────────────────── )   Judge:         Magistrate Judge Paul Grewal
                                              Courtroom 5, U.S. Dist. Ct., San Jose, CA
23

24       Defendants Pantech Co., Ltd., and Pantech Wireless, Inc. (collectively, "Pantech"), hereby

25   join the Motion for Protective Order (Case No. 12-cv-02885, Docket No. 124) of Apple Inc.

26   ("Apple"), objecting to the Notice of plaintiff GPNE Corp. ("GPNE") of its intent to disclose to

27   GPNE's experts, Dr. Kamran Etmad and Dr. Ghobad Heidari, documents and information

28   designated as "Confidential – Attorneys' Eyes Only" under the Agreed Upon Protective Order

Page 1

1    (Case No. 12-cv-03057, Docket No. 86). The documents and information that are the subject

2    matter of Apple's Motion for Protective Order have been produced in these actions, and any relief

3    sought by Apple would necessarily need to apply to the remaining actions. Accordingly, Pantech

4    joins in Apple's Motion for Protective Order to preclude GPNE from disclosing the Confidential –

5    Attorneys' Eyes Only documents and information to GPNE's experts.

6

7    Dated:  November 20, 2013             H. C. PARK & ASSOCIATES, PLC

8                                         By ____/s/  Alan A. Wright_____
                                                  Alan A. Wright
9                                         Attorneys for Defendants PANTECH CO., LTD., and
                                          PANTECH WIRELESS, INC.
10

11   Dated:  November 20, 2013             GORDON & REES LLP

12

13                                        By ____/s/  Gordon I. Endow_____
                                                  Gordon I. Endow
                                                  Lyndy Chang Stewart
14                                        Attorneys for Defendants PANTECH CO., LTD., and
                                          PANTECH WIRELESS, INC.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

1082041/17471385v.1

PANTECH'S JOINDER IN APPLE'S MOTION FOR PROTECTIVE ORDER   Case No. CV 12-03057 LHK