| | |
|---|---|
| GARTEISER HONEA, P.C. | FISH & RICHARDSON P.C. |
| Randall Garteiser (CSB No. 231821 / Randall.Garteiser@sftrialattorneys.com) | Kelly C. Hunsaker (CSB No. 168307 / hunsaker@fr.com) |
| Christopher Alan Honea (CSB No. 232473 / Chris.Honea@sftrialattorneys.com) | Enrique Duarte (CSB No. 247523 / duarte@fr.com) |
| 44 N. San Pedro Road | 500 Arguello Street, Suite 500 |
| San Rafael, CA 94903 | Redwood City, CA 94063 |
| Phone: (415) 785-3762 | Tel: (650) 839-5070 Fax: (650) 839-5071 |
| Fax: (415) 785-3805 | |
| | Ruffin B. Cordell (*pro hac vice*) |
| BURNS & LEVINSON LLP | cordell@fr.com |
| | 1425 K Street, NW, Suite 1100 |
| Alexandra Capachietti (Acapachietti@burnslev.com) | Washington, DC 20005 |
| Howard J. Susser | Tel: (207) 783-5070 Fax: (207) 783-2331 |
| (Hsusser@burnslev.Com) | Christopher O. Green (*pro hac vice*) |
| Paul Thomas Muniz (Pmuniz@burnslev.com) | cgreen@fr.com |
| Zachary R. Gates | Aamir A. Kazi (*pro hac vice*) |
| (Zgates@burnslev.com) | kazi@fr.com |
| 125 Summer Street | Jacqueline Tio (*pro hac vice*) |
| Boston, MA 02110 | tio@fr.com |
| | 1180 Peachtree Street, 21st Floor |
| NELSON BUMGARDNER CASTO, P.C. | Atlanta, GA 30309 |
| | Tel: (404) 892-5005 Fax: (404) 892-5002 |
| Barry J. Bumgardner (Barry@nbclaw.net) | Benjamin C. Elacqua (*pro hac vice*) |
| Steven W. Hartsell (Shartsell@nbclaw.net) | elacqua@fr.com |
| 3131 W 7th St Suite 300 | 1221 McKinney Street, Suite 2800 |
| Ft Worth, TX 76107 | Houston, TX 77010 |
| | Tel: (713) 654-5300 Fax: (713) 652-0109 |
| Attorneys for Plaintiff GPNE Corp. | |
| | Attorneys for Defendant APPLE INC. |

JOINT STIPULATION FOR EXTENSION OF TIME TO FILE REPLY REGARDING GPNE CORP.'S MOTION FOR LEAVE TO AMEND/SUPPLEMENT ITS INFRINGEMENT CONTENTIONS POST-*MARKMAN*

Case Nos.5:12-cv-02885-LHK, 5:12-cv-03056-LHK, and 5:12-cv-03057-LHK

| | |
|---|---|
| KING & SPALDING LLP | GORDON & REES LLP |
| Cheryl A. Sabnis (SBN 224323)<br>csabnis@kslaw.com<br>101 Second Street, Suite 2300<br>San Francisco, California 94105<br>Tel: (415) 318-1300 Fax: (415) 318-1300 | Gordon I. Endow  (CSB No. 99638)<br>gendow@gordonrees.com<br>Lyndy Chang Stewart (CSB: 196455)<br>lstewart@gordonrees.com<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>Tel: (415) 986-5900 Fax: (415) 986-8054 |
| Sanjeet Dutta (CSB No. 203463)<br>sdutta@kslaw.com<br>333 Twin Dolphin Drive, Suite 400<br>Redwood Shores, CA 94065<br>Tel: (650) 590-0700 Fax: (650) 590-1900 | H.C. PARK & ASSOCIATES, P.C. |
| Alexas D. Skucas (*pro hac vice*)<br>askucas@kslaw.com<br>1185 Avenue of the Americas<br>New York, NY 10036-4003<br>Tel: (212) 556-2100 Fax: (212) 556-2222 | Alan A. Wright (*pro hac vice*)<br>awright@park-law.com<br>1894 Preston White Drive<br>Reston, VA 20191<br>Tel: (703) 944-9256 / Fax: (703) 288-5139<br><br>Attorneys for Defendants PANTECH CO. LTD. and PANTECH WIRELESS, INC. |
| Steven T. Snyder (*pro hac vice*)<br>ssnyder@kslaw.com<br>100 N. Tryon Street, Suite 3900<br>Charlotte, North Carolina 28202<br>Tel: (704) 503-2600 Fax: (704) 503-2622 | |
| Attorneys for Defendants NOKIA INC. and NOKIA CORP. | |

JOINT STIPULATION FOR EXTENSION OF TIME TO FILE REPLY REGARDING GPNE CORP.'S MOTION FOR LEAVE TO AMEND/SUPPLEMENT ITS INFRINGEMENT CONTENTIONS POST-*MARKMAN*

Case Nos.5:12-cv-02885-LHK, 5:12-cv-03056-LHK, and 5:12-cv-03057-LHK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)

| | |
|---|---|
| GPNE Corp.,<br>      Plaintiff,<br><br>v.<br><br>APPLE INC.<br>      Defendant. | **JOINT STIPULATION FOR EXTENSION OF TIME FOR GPNE CORP. TO FILE REPLY REGARDING ITS MOTION FOR LEAVE TO AMEND/SUPPLEMENT ITS INFRINGEMENT CONTENTIONS POST-*MARKMAN***<br><br>Case No. 5:12-cv-02885-LHK |
| GPNE Corp.,<br>      Plaintiff,<br><br>v.<br><br>NOKIA CORP. AND NOKIA INC.,<br>      Defendant, | Case No. 5:12-cv-03056-LHK |
| GPNE Corp.,<br>      Plaintiff,<br><br>v.<br><br>PANTECH CO., LTD AND PANTECH WIRELESS, INC.,<br>      Defendant. | Case No. 5:12-cv-03057-LHK |

**JOINT STIPULATION FOR EXTENSION OF TIME FOR GPNE CORP. TO FILE REPLY REGARDING ITS MOTION FOR LEAVE TO AMEND/SUPPLEMENT ITS INFRINGEMENT CONTENTIONS POST-*MARKMAN***

Pursuant to Civil L.R. 6-1 and 6-2, Plaintiff GPNE Corp. ("GPNE") and defendants Apple Inc., Nokia Corp., Nokia Inc., Pantech Co. Ltd., and Pantech Wireless, Inc. ("Defendants"), defendants in three separately pending actions pending in this District, by and through their respective counsel, stipulate to set the time for GPNE to reply to Defendant Apple and Pantech's Opposition to GPNE Corp.'s Motion for Leave to Amend/Supplement Its Infringement Contentions Post-*Markman* and Nokia Corporation's and Nokia Inc.'s Opposition, In Part, To GPNE Corp.'s Motion for Leave to Amend/Supplement Its Infringement Contentions Post-*Markman* (collectively, the "Defendants' Oppositions") as follows:[1]

    1.    On September 26, 2013, GPNE filed its Motion for Leave to Amend/Supplement its Infringement Contentions Post-*Markman* ("Motion to Amend") (Dkt. No. 93);

    2.    On October 9, 2013, GPNE renoticed its Motion to Amend before Magistrate Judge Grewal for a hearing date on November 5, 2013 (Dkt. No. 100);

    3.    On October 10, 2013, the Parties filed a Joint Stipulation for Extension of Time to File Response and Reply Regarding GPNE's Motion for Leave to Amend/Supplement its Infringement Contentions Post-*Markman* ("Joint Stipulation") requesting an extension of the

---

[1] The co-pending actions are: *GPNE Corp. v. Apple Inc.*, Case No. 5:12-cv-02885-LHK (N.D. Cal.); *GPNE Corp. v. Nokia Corp. et al.*, Case No. 5:12-cv-03056-LHK (N.D. Cal.); and *GPNE Corp. v. Pantech Co. Ltd. et al.*, Case No. 5:12-cv-03057-LHK (N.D. Cal.). The docket citations contained herein are to the lead case of *GPNE Corp. v. Apple Inc.*, Case No. 5:12-cv-02885-LHK.

JOINT STIPULATION FOR EXTENSION OF TIME FOR GPNE CORP. TO FILE REPLY REGARDING ITS MOTION FOR LEAVE TO AMEND/SUPPLEMENT ITS INFRINGEMENT CONTENTIONS POST-*MARKMAN*

Case Nos.5:12-cv-02885-LHK, 5:12-cv-03056-LHK, and 5:12-cv-03057-LHK

deadline for Defendants' Oppositions to October 15, 2013 and GPNE's Reply to October 25, 2013 (Dkt. No. 102);

4. On October 10, 2013, the Court granted the Joint Stipulation (Dkt. No. 103);

5. The Defendants' Oppositions were filed on October 15, 2013 (Dkt. No. 104);

6. On October 21, 2013 the Parties filed a Joint Stipulation to Change November 5, 2013 Hearing Date to November 19, 2013 (Dkt. No. 109) and such request remains pending;

7. As set forth in the accompanying declaration of Alexandra Capachietti, one previous extension of time regarding this Motion for Leave has been requested and granted; and

8. This requested modification will not alter the date of any event or any deadline already fixed by Court order.

THEREFORE, IT IS HEREBY STIPULATED by and between GPNE and Defendants that GPNE will have until November 1, 2013 to file a Reply with respect to its Motion.

Dated: October 23, 2013

GARTEISER HONEA, P.C.

By: /s/ Randall Garteiser

Attorneys for Defendants
PANTECH CO. LTD. and PANTECH WIRELESS, INC.

Dated: October 23, 3013

KING & SPALDING LLP

By: /s/Alexas Skucas

Attorneys for Defendants

Dated: October 23, 2013

FISH & RICHARDSON P.C.

By: /s/Benjamin C. Elacqua

Attorneys for Defendant
APPLE INC.

Dated: October 23, 2013

H.C. PARK & ASSOCIATES, PLC

By: /s/ Alan Wright

Attorneys for Defendants

JOINT STIPULATION FOR EXTENSION OF TIME FOR GPNE CORP. TO FILE REPLY REGARDING ITS MOTION FOR LEAVE TO AMEND/SUPPLEMENT ITS INFRINGEMENT CONTENTIONS POST-*MARKMAN*

Case Nos.5:12-cv-02885-LHK, 5:12-cv-03056-LHK, and 5:12-cv-03057-LHK

| NOKIA INC. and NOKIA CORP. | PANTECH CO. LTD. and PANTECH WIRELESS, INC. |

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and good cause appearing therefore;

**IT IS SO ORDERED.**

Dated: __November 22__, 2013

*/s/ Paul S. Grewal*

Paul S. Grewal
United States Magistrate Judge

**ATTESTATION**

I attest that concurrence in the filing of this document has been obtained from the other signatories listed above.

　　　　　　　　　　　　　　　　　　　/s/ Randall T. Garteiser
　　　　　　　　　　　　　　　　　　　Randall T. Garteiser

JOINT STIPULATION FOR EXTENSION OF TIME FOR GPNE CORP. TO FILE REPLY REGARDING ITS MOTION FOR LEAVE TO AMEND/SUPPLEMENT ITS INFRINGEMENT CONTENTIONS POST-*MARKMAN*

Case Nos.5:12-cv-02885-LHK, 5:12-cv-03056-LHK, and 5:12-cv-03057-LHK

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2013, I electronically submitted the foregoing JOINT STIPULATION FOR EXTENSION OF TIME FOR GPNE CORP. TO FILE REPLY REGARDING ITS MOTION FOR LEAVE TO AMEND/SUPPLEMENT ITS INFRINGEMENT CONTENTIONS POST-MARKMAN & [PROPOSED] ORDER using the electronic case files system of the court.  The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means.

      /s/ Randall T. Garteiser
Randall T. Garteiser

---

JOINT STIPULATION FOR EXTENSION OF TIME FOR GPNE CORP. TO FILE REPLY REGARDING ITS MOTION FOR LEAVE TO AMEND/SUPPLEMENT ITS INFRINGEMENT CONTENTIONS POST-*MARKMAN*

Case Nos.5:12-cv-02885-LHK, 5:12-cv-03056-LHK, and 5:12-cv-03057-LHK