# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| GPNE CORP., <br><br> Plaintiff, <br><br> vs. <br><br> APPLE, INC., <br><br> Defendant. | Civil No. 5:12-CV-02885-LHK <br><br> [~~PROPOSED~~] ORDER ON PLAINTIFF'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT |

Before the Court is Plaintiff's motion to remove the incorrectly filed document #117. Having considered the motion, the Court orders that document #117 be permanently removed from the docket.

Date: November 22, 2013

_____
U.S. Magistrate Judge