| | |
|---|---|
| **GARTEISER HONEA, P.C.** | **FISH & RICHARDSON P.C.** |
| Randall Garteiser (CSB No. 231821 / Randall.Garteiser@sftrialattorneys.com) | Kelly C. Hunsaker (CSB No. 168307 / hunsaker@fr.com) |
| Christopher Alan Honea (CSB No. 232473 / Chris.Honea@sftrialattorneys.com) | Enrique Duarte (CSB No. 247523 / duarte@fr.com) |
| 44 N. San Pedro Road | 500 Arguello Street, Suite 500 |
| San Rafael, CA 94903 | Redwood City, CA 94063 |
| Phone: (415) 785-3762 | Tel: (650) 839-5070 Fax: (650) 839-5071 |
| Fax: (415) 785-3805 | |
| | Ruffin B. Cordell (*pro hac vice*) |
| **BURNS & LEVINSON LLP** | cordell@fr.com |
| | 1425 K Street, NW, Suite 1100 |
| Alexandra Capachietti | Washington, DC 20005 |
| (acapachietti@burnslev.com) | Tel: (207) 783-5070 Fax: (207) 783-2331 |
| Howard J. Susser | |
| (hsusser@burnslev.com) | Christopher O. Green (*pro hac vice*) |
| Paul Thomas Muniz | cgreen@fr.com |
| (pmuniz@burnslev.com) | Aamir A. Kazi (*pro hac vice*) |
| Zachary R. Gates | kazi@fr.com |
| (zgates@burnslev.com) | Jacqueline Tio (*pro hac vice*) |
| 125 Summer Street | tio@fr.com |
| Boston, MA 02110 | 1180 Peachtree Street, 21st Floor |
| | Atlanta, GA 30309 |
| **NELSON BUMGARDNER CASTO, P.C.** | Tel: (404) 892-5005 Fax: (404) 892-5002 |
| Barry J. Bumgardner | Benjamin C. Elacqua (*pro hac vice*) |
| (barry@nbclaw.net) | elacqua@fr.com |
| Steven W. Hartsell | 1221 McKinney Street, Suite 2800 |
| (shartsell@nbclaw.net) | Houston, TX 77010 |
| 3131 W. 7th St., Suite 300 | Tel: (713) 654-5300 Fax: (713) 652-0109 |
| Ft Worth, TX 76107 | |
| | **Attorneys for Defendant APPLE INC.** |
| **Attorneys for Plaintiff GPNE Corp.** | |

JOINT STIPULATION FOR EXTENSION OF TIME TO FILE REPLY REGARDING GPNE CORP.'S MOTION TO COMPEL (DKT. NO. 120)

Case No.5:12-cv-02885-LHK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GPNE Corp.,<br><br>        Plaintiff,<br><br>v.<br><br>APPLE INC.<br><br>        Defendant. | Case No. 5:12-cv-02885-LHK<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO FILE REPLY REGARDING GPNE CORP.'S MOTION TO COMPEL (DKT. NO. 120)**<br><br>Date:    December 17, 2013<br>Time:   10:00 AM<br>Place:  Courtroom 5, 4th Floor<br>Judge:  Hon. Paul S. Grewal |

**JOINT STIPULATION FOR EXTENSION OF TIME TO FILE
REPLY REGARDING GPNE CORP.'S MOTION TO COMPEL (NO. 120)**

Pursuant to Civil L.R. 6-1 and 6-2, Plaintiff GPNE Corp. ("GPNE") and Defendant Apple Inc. ("Apple"), by and through their respective counsel, stipulate to set the time for GPNE to file a Reply to GPNE's Motion to Compel (Dkt. No. 120), as follows:

1.  On November 7, 2013, GPNE filed its Motion to Compel (Dkt. No. 117);

2.  On November 12, 2012 a corrected document replacing Dkt. No. 117 was filed (Dkt. No. 120);

3.  The current deadline for Apple to file its Opposition is November 26, 2013, and the deadline for GPNE to file its Reply is December 3, 2013;

4.  In light of the Thanksgiving holidays, GPNE has requested a brief extension of time to file its Reply and Apple agreed to give GPNE until December 5, 2013.

5.  No previous extension of time regarding this Motion has been requested or granted; and

6.  This requested modification will not alter the date of any event or any deadline already fixed by Court order.

THEREFORE, IT IS HEREBY STIPULATED by and between GPNE and Apple, that GPNE will have until December 5, 2013, to file a Reply to GPNE's Motion (Dkt. No. 120).

| | |
|---|---|
| Dated: November 26, 2013 | Dated: November 26, 2013 |
| NELSON BUMGARDNER CASTO, P.C. | FISH & RICHARDSON P.C. |
| By: /s/ Steven W. Hartsell | By: /s/ Christopher O. Green |
| Attorneys for Plaintiff GPNE Corp. | Attorneys for Defendant APPLE INC. |

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing therefore;

**IT IS SO ORDERED.**

Dated: <u>November 26</u>, 2013        *[signature]*

                                        Paul S. Grewal
                                        United States Magistrate Judge

I attest that concurrence in the filing of this document has been obtained from the other signatories listed above.

Dated: November 26, 2013            NELSON BUMGARDNER CASTO, P.C.

                                        By: <u>/s/ Steven W. Hartsell</u>

                                        Steven W. Hartsell

## CERTIFICATE OF SERVICE

    I hereby certify that on November 26, 2013, I electronically submitted the foregoing JOINT STIPULATION FOR EXTENSION OF TIME TO FILE REPLY REGARDING GPNE CORP.'S MOTION TO COMPEL (DKT. NO. 120) along with the Supporting Declaration of Steven W. Hartsell, using the electronic case files system of the Court.  The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means.

                                          /s/ Randall T. Garteiser
                                          Randall T. Garteiser

JOINT STIPULATION FOR EXTENSION OF TIME TO FILE REPLY
REGARDING GPNE CORP.'S MOTION TO COMPEL (DKT. NO. 120)    Case No.5:12-cv-02885-LHK

3