| | |
|---|---|
| **GARTEISER HONEA, P.C.** | **FISH & RICHARDSON P.C.** |
| Randall Garteiser (CSB No. 231821 / Randall.Garteiser@sftrialattorneys.com) | Kelly C. Hunsaker (CSB No. 168307 / hunsaker@fr.com) |
| Christopher Alan Honea (CSB No. 232473 / Chris.Honea@sftrialattorneys.com) | Enrique Duarte (CSB No. 247523 / duarte@fr.com) |
| 44 N. San Pedro Road | 500 Arguello Street, Suite 500 |
| San Rafael, CA 94903 | Redwood City, CA 94063 |
| Phone: (415) 785-3762 | Tel: (650) 839-5070  Fax: (650) 839-5071 |
| Fax: (415) 785-3805 | |
| | Ruffin B. Cordell (*pro hac vice*) |
| **BURNS & LEVINSON LLP** | cordell@fr.com |
| | 1425 K Street, NW, Suite 1100 |
| Alexandra Capachietti | Washington, DC 20005 |
| (acapachietti@burnslev.com) | Tel: (207) 783-5070  Fax: (207) 783-2331 |
| Howard J. Susser | |
| (hsusser@burnslev.com) | Christopher O. Green (*pro hac vice*) |
| Paul Thomas Muniz | cgreen@fr.com |
| (pmuniz@burnslev.com) | Aamir A. Kazi (*pro hac vice*) |
| Zachary R. Gates | kazi@fr.com |
| (zgates@burnslev.com) | Jacqueline Tio (*pro hac vice*) |
| 125 Summer Street | tio@fr.com |
| Boston, MA 02110 | 1180 Peachtree Street, 21st Floor |
| | Atlanta, GA 30309 |
| **NELSON BUMGARDNER CASTO, P.C.** | Tel: (404) 892-5005  Fax: (404) 892-5002 |
| Barry J. Bumgardner | Benjamin C. Elacqua (*pro hac vice*) |
| (barry@nbclaw.net) | elacqua@fr.com |
| Steven W. Hartsell | 1221 McKinney Street, Suite 2800 |
| (shartsell@nbclaw.net) | Houston, TX 77010 |
| 3131 W. 7th St., Suite 300 | Tel: (713) 654-5300  Fax: (713) 652-0109 |
| Ft Worth, TX 76107 | |
| | **Attorneys for Defendant APPLE INC.** |
| **Attorneys for Plaintiff GPNE Corp.** | |

JOINT STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO APPLE INC.'S MOTION FOR PROTECTIVE ORDER (DKT. NO. 124)

Case No.5:12-cv-02885-LHK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| GPNE Corp., | | Case No. 5:12-cv-02885-LHK |
| | Plaintiff, | |
| v. | | **JOINT STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO APPLE INC.'S MOTION FOR PROTECTIVE ORDER (DKT. NO. 124)** |
| APPLE INC. | | |
| | Defendant. | |
| | | Date:    January 7, 2014<br>Time:    10:00 AM<br>Place:   Courtroom 5, 4th Floor<br>Judge:  Hon. Paul S. Grewal |

**JOINT STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO APPLE INC.'S MOTION FOR PROTECTIVE ORDER (DKT. NO. 124)**

Pursuant to Civil L.R. 6-1 and 6-2, Plaintiff GPNE Corp. ("GPNE") and Defendant Apple Inc. ("Apple"), by and through their respective counsel, stipulate to set the time for GPNE to file an Opposition to Apple Inc.'s Motion for Protective Order (Dkt. No. 124), as follows:

1. On November 15, 2013, Apple filed its Motion for Protective Order (Dkt. No. 124).

2. The current deadline for GPNE to file its Opposition is December 2, 2013;

3. In light of the intervening Thanksgiving holidays, which have delayed preparation of its Opposition, GPNE has requested a brief extension of time to file its opposition, and Apple agreed to give GPNE until December 4, 2013.

4. No previous extension of time regarding this Motion has been requested or granted; and

5. This requested modification will not alter the date of any event or any deadline already fixed by Court order.

JOINT STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITION   Case No.5:12-cv-02885-LHK
TO APPLE INC.'S MOTION FOR PROTECTIVE ORDER (DKT. NO. 124)

1

1  THEREFORE, IT IS HEREBY STIPULATED by and between GPNE and Apple, that
2  GPNE will have until December 4, 2013, to file an Opposition to Apple's Motion for Protective
3  Order (Dkt. No. 124).

Dated: December 2, 2013

BURNS & LEVINSON LLP

By: /s/ Zachary R. Gates

Attorneys for Plaintiff GPNE Corp.

Dated: December 2, 2013

FISH & RICHARDSON P.C.

By: /s/ Jacqueline Tio

Attorneys for Defendant APPLE INC.

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation of the parties and good cause appearing therefore;

**IT IS SO ORDERED.**

Dated:  __December 3__, 2013

*[signature: Paul S. Grewal]*

Paul S. Grewal
United States Magistrate Judge

I attest that concurrence in the filing of this document has been obtained from the other signatories listed above.

Dated: December 2, 2013         BURNS & LEVINSON LLP

By: /s/ Zachary R. Gates

Zachary R. Gates

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2013, I electronically submitted the foregoing JOINT STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO APPLE INC.'S MOTION FOR PROTECTIVE ORDER (DKT. NO. 124) along with the Supporting Declaration of Zachary R. Gates, using the electronic case files system of the Court. The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Randall T. Garteiser
Randall T. Garteiser