# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

GPNE Corp.,

        Plaintiff,

v.

APPLE INC.

        Defendant.

Case No. 5:12-cv-02885-LHK

**DECLARATION OF ZACHARY R. GATES IN SUPPORT OF GPNE CORP.'S OPPOSITION TO APPLE'S MOTION FOR PROTECTIVE ORDER (DKT. NO. 124) & OBJECTION TO PANTECH'S JOINDER IN SAME (DKT. NO. 132)**

Date: January 7, 2014
Time: 10:00 AM
Place: Courtroom 5, 4th Floor
Judge: Hon. Paul S. Grewal

## DECLARATION OF ZACHARY R. GATES IN SUPPORT OF GPNE CORP.'S OPPOSITION TO APPLE'S MOTION FOR PROTECTIVE ORDER (DKT. NO. 124) & OBJECTION TO PANTECH'S JOINDER IN SAME (DKT. NO. 132)

I, Zachary R. Gates, declare as follows:

1. I am an associate with the firm Burns & Levinson LLP, counsel of record in Case No. 5:12-cv-02885-LHK for Plaintiff GPNE Corp. I am a member of the Bars of the States of Vermont and New Hampshire and the Commonwealths of Pennsylvania and Massachusetts, and have been admitted *pro hac vice* for this action in this Court. I have personal knowledge of the matters stated in this Declaration and would testify truthfully to them if called upon to do so.

2. Attached hereto as Exhibit 1 is a true and correct copy of a court order dated December 13, 2011, from the District of Minnesota in *AGA Medical Corp. v. W.L. Gore & Associates*, Case No. 10-cv-3734 (JNE/JSM) (D. Minn. Dec. 13, 2011).

GATES DECLARATION IN SUPPORT OF GPNE CORP.'s OPPOSITION TO APPLE INC.'S MOTION FOR PROTECTIVE ORDER (DKT. NO. 124) & OBJECTION TO PANTECH'S JOINDER IN SAME (DKT. NO. 132)

Case No.5:12-cv-02885-LHK

1

1   I declare under penalty of perjury under the laws of the United States of America that the
2   foregoing is true and correct.  Executed at Boston, Massachusetts this 4th day of December,
3   2013.

                                                           */s/ Zachary R. Gates*
                                                           Zachary R. Gates

4832-7532-7511.1

GATES DECLARATION IN SUPPORT OF GPNE CORP.'s
OPPOSITION TO APPLE INC.'S MOTION FOR PROTECTIVE
ORDER (DKT. NO. 124) & OBJECTION TO PANTECH'S JOINDER IN
SAME (DKT. NO. 132)

Case No.5:12-cv-02885-LHK

2