1
2
3
4
5

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

6
7
8
9
10
11
12
13

| | |
|---|---|
| GPNE CORP., <br><br>             Plaintiff, <br><br>    vs. <br><br> APPLE, INC., <br><br>            Defendant. | Civil No. 5:12-CV-02885-LHK <br><br> **[PROPOSED] ORDER ON DEFENDANT'S MOTION FOR PROTECTIVE ORDER (DKT. NO. 124) & PLAINTIFF'S OBJECTION TO PANTECH'S JOINDER IN SAME (DKT. NO. 132)** |

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Before the Court is Defendant Apple, Inc.'s motion for a protective order (Dkt. No. 124). Having considered the motion, the Court DENIES Apple, Inc.'s motion for a protective order. Accordingly, Defendant Pantech Co., Ltd.'s joinder to the same (Dkt. No. 132) is not only untimely but also moot and therefore DENIED.

IT IS SO ORDERED.

Dated:_____, 2013

_____
U.S. District Court Judge /
U.S. Magistrate Judge