| | |
|---|---|
| GARTEISER HONEA, P.C. | FISH & RICHARDSON P.C. |
| Randall Garteiser (CSB No. 231821 / Randall.Garteiser@sftrialattorneys.Com) Christopher Alan Honea (CSB No. 232473 / Chris.Honea@sftrialattorneys.Com) 44 N. San Pedro Road San Rafael , CA 94903 Phone: (415) 785-3762 Fax:  (415) 785-3805 | Kelly C. Hunsaker (CSB No. 168307 / hunsaker@fr.com) Enrique Duarte (CSB No. 247523 / duarte@fr.com) 500 Arguello Street, Suite 500 Redwood City, CA 94063 Tel: (650) 839-5070 Fax:  (650) 839-5071 |
| BURNS & LEVINSON LLP | Ruffin B. Cordell (*pro hac vice*) cordell@fr.com 1425 K Street, NW, Suite 1100 Washington, DC 20005 Tel: (207) 783-5070 Fax:  (207) 783-2331 |
| Alexandra Capachietti (Acapachietti@burnslev.Com) Howard J. Susser (Hsusser@burnslev.Com) Paul Thomas Muniz (Pmuniz@burnslev.Com) Zachary R. Gates (Zgates@burnslev.Com) 125 Summer Street Boston , MA 02110 | Christopher O. Green (*pro hac vice*) cgreen@fr.com Aamir A. Kazi (*pro hac vice*) kazi@fr.com Jacqueline Tio (*pro hac vice*) tio@fr.com 1180 Peachtree Street, 21st Floor Atlanta, GA 30309 Tel: (404) 892-5005 Fax: (404) 892-5002 |
| NELSON BUMGARDNER CASTO, P.C. | Benjamin C. Elacqua (*pro hac vice*) elacqua@fr.com 1221 McKinney Street, Suite 2800 Houston, TX 77010 Tel: (713) 654-5300 Fax: (713) 652-0109 |
| Barry J. Bumgardner (Barry@nbclaw.Net) Steven W. Hartsell (Shartsell@nbclaw.Net) 3131 W 7th St Suite 300 Ft Worth , TX 76107 | |
| Attorneys for Plaintiff GPNE Corp. | Attorneys for Defendant APPLE INC. |

JOINT STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLY REGARDING GPNE CORP.'S MOTIONS TO COMPEL (NOS. 121 & 123)

Case No.5:12-cv-02885-LHK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)

| | |
|---|---|
| GPNE Corp.,<br><br>               Plaintiff,<br><br>v.<br><br>APPLE INC.<br><br>               Defendant. | Case No. 5:12-cv-02885-LHK<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLY REGARDING GPNE CORP.'S MOTIONS TO COMPEL (NOS. 121 &123)**<br><br>Date:     January 7, 2014<br>Time:    10:00 AM<br>Place:    Courtroom 5, 4th Floor<br>Judge:   Hon. Paul S. Grewal |

**JOINT STIPULATION FOR EXTENSION OF TIME TO FILE
RESPONSE AND REPLY REGARDING GPNE CORP.'S MOTIONS TO
COMPEL (NOS. 121 &123)**

Pursuant to Civil L.R. 6-1 and 6-2, Plaintiff GPNE Corp. ("GPNE") and defendant Apple Inc. ("Apple"), by and through their respective counsel, stipulate to set the time for Apple to respond to GPNE's Motion to Compel Supplemental Responses to Its First Request for Production of Documents (No. 121) and GPNE's Motion to Compel Apple Inc.'s Designation of Alternative Email Custodians and Production of Responsive Emails (No. 123), as follows:

1.     On November 14, 2013, GPNE filed its Motions (Dkt. Nos. 121, 123);

2.     Pursuant to Civil L.R. 7-3, the due date for to Apple to file its responses is December 2, 2013, and the due date for GPNE to file its replies is December 9, 2013;

3.     At the hearing held on November 18, 2013, the Court ordered the parties to meet and confer on these Motions;

4.     On November 21, 2013, GPNE and Apple met and conferred and agreed to continue to meet and confer on these Motions to narrow the issues before the Court;

JOINT STIPULATION FOR EXTENSION OF TIME TO FILE
RESPONSE AND REPLY REGARDING GPNE CORP.'S MOTIONS
TO COMPEL (NOS. 121 & 123)

Case No.5:12-cv-02885-LHK

1

5. To facilitate this process, the parties have agreed that Apple will its oppositions pursuant to Civil L.R. 7-3 by December 6, 2013 and that GPNE will file its replies by December 13, 2013;

6. No previous extensions of time regarding these Motions have been requested or granted; and

7. This requested modification will not alter the date of any event or any deadline already fixed by Court order.

THEREFORE, IT IS HEREBY STIPULATED by and between GPNE and Apple that Apple will have until December 6, 2013, to respond to GPNE's Motion and that GPNE will have until December 13, 2013, to file its replies.

Dated: November 22, 2013

BURNS & LEVINSON LLP

By: /s/ Zachary R. Gates

Attorneys for Plaintiff GPNE Corp.

Dated: November 22, 2013

FISH & RICHARDSON P.C.

By: /s/ Benjamin C. Elacqua

Attorneys for Defendant
APPLE INC.

JOINT STIPULATION FOR EXTENSION OF TIME TO FILE
RESPONSE AND REPLY REGARDING GPNE CORP.'S MOTIONS
TO COMPEL (NOS. 121 & 123)

Case No.5:12-cv-02885-LHK

2

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and good cause appearing therefore;

**IT IS SO ORDERED.**

Dated: December 5, 2013

Paul S. Grewal
United States Magistrate Judge

I attest that concurrence in the filing of this document has been obtained from the other signatories listed above.

Dated: November 22, 2013              FISH & RICHARDSON P.C.

By: */s/ Jacqueline Tio*

Jacqueline Tio

JOINT STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLY REGARDING GPNE CORP.'S MOTIONS TO COMPEL (NOS. 121 & 123)

Case No.5:12-cv-02885-LHK

3