**BURNS & LEVINSON LLP**
Howard J. Susser (*pro hac vice*)
hsusser@burnslev.com
Paul T. Muniz (*pro hac vice*)
pmuniz@burnslev.com
Zachary R. Gates (*pro hac vice*)
zgates@burnslev.com
Alexandra Capachietti (*pro hac vice*)
acapachietti@burnslev.com
125 Summer Street
Boston, Massachusetts
[Tel.] 617-345-3000
[Fax] 617-345-3299

**Attorneys for Plaintiff GPNE Corp.**
(additional counsel below)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(San Jose Division)**

| | |
|---|---|
| GPNE CORP., <br><br>           Plaintiff, <br>     vs. <br><br> APPLE INC., <br><br>           Defendant. | Case No. 5:12-cv-02885-LHK <br><br> **GPNE CORP.'S NOTICE OF WITHDRAWAL OF ITS MOTION TO COMPEL APPLE INC.'S DESIGNATION OF ALTERNATIVE EMAIL CUSTODIANS AND PRODUCTION OF RESPONSIVE EMAILS** <br> **(DKT. NO. 123)** <br><br> **NOTICED HEARING:** <br> DATE: JANUARY 7, 2014 <br> TIME: 10:00 A.M. <br> PLACE: COURTROOM 5, 4TH FLOOR <br> JUDGE: HON. PAUL S. GREWAL |

**GPNE CORP.'S NOTICE OF WITHDRAWAL OF ITS MOTION TO COMPEL APPLE INC.'S DESIGNATION OF ALTERNATIVE EMAIL CUSTODIANS AND PRODUCTION OF RESPONSIVE EMAILS (DKT. NO. 123)**

- 1 -

Pursuant to Civil L.R. 7-7(e), Plaintiff GPNE Corp. ("GPNE") hereby gives notice to the Court and all parties that it withdraws its Motion to Compel Apple Inc.'s Designation of Alternative Email Custodians and Production of Responsive Emails (Dkt. No. 123). The hearing for this motion, scheduled for January 7, 2014, may be removed from Magistrate Judge Grewal's calendar.

Respectfully submitted
This 5th day of December, 2013.

**BURNS & LEVINSON LLP**

*/s/ Randall T. Garteiser*
Howard J. Susser (*pro hac vice*)
hsusser@burnslev.com
Paul T. Muniz (*pro hac vice*)
pmuniz@burnslev.com
Zachary R. Gates (*pro hac vice*)
zgates@burnslev.com
Alexandra Capachietti (*pro hac vice*)
acapachietti@burnslev.com
125 Summer Street
Boston, Massachusetts
[Tel.] 617-345-3000
[Fax] 617-345-3299

**NELSON BUMGARDNER CASTO, P.C.**
Barry J. Bumgardner (*pro hac vice*)
barry@nbclaw.net
Steven W. Hartsell (*pro hac vice*)
shartsell@nbclaw.net
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
[Tel.] (817) 377-9111
[Fax] (817) 377-3485

**GARTEISER HONEA, P.C.**
Randall T. Garteiser (SBN 231821)
randall.garteiser@sftrialattorneys.com
Christopher A. Honea (SBN 232473)
chris.honea@sftrialattorneys.com
44 North San Pedro Road
San Rafael, California 94903
[Tel.] (415) 785-3762
[Fax] (415) 785-3805

**Attorneys for Plaintiff GPNE Corp.**

**GPNE CORP.'S NOTICE OF WITHDRAWAL OF ITS MOTION TO COMPEL APPLE INC.'S DESIGNATION OF ALTERNATIVE EMAIL CUSTODIANS AND PRODUCTION OF RESPONSIVE EMAILS (DKT. NO. 123)
CASE NO. 12-CV-02885-LHK**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2013, I, electronically submitted the foregoing **GPNE CORP.'S NOTICE OF WITHDRAWAL OF ITS MOTION TO COMPEL APPLE INC.'S DESIGNATION OF ALTERNATIVE EMAIL CUSTODIANS AND PRODUCTION OF RESPONSIVE EMAILS (DKT. NO. 123)**, using the electronic case files system of the court.  The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Randall T. Garteiser*
Randall T. Garteiser, Esq.

**GPNE CORP.'S NOTICE OF WITHDRAWAL OF ITS MOTION TO COMPEL APPLE INC.'S DESIGNATION OF ALTERNATIVE EMAIL CUSTODIANS AND PRODUCTION OF RESPONSIVE EMAILS (DKT. NO. 123)
CASE NO. 12-CV-02885-LHK**