**GARTEISER HONEA, P.C.**
Randall T. Garteiser (SBN 231821)
Christopher A. Honea (SBN 232473)
44 North San Pedro Road
San Rafael, California 94903
[Tel.] (415) 785-3762
[Fax] (415) 785-3805
randall.garteiser@sftrialattorneys.com
chris.honea@sftrialattorneys.com

**NELSON BUMGARDNER CASTO, P.C.**
Barry J. Bumgardner (*Pro Hac Vice*)
Steven W. Hartsell (*Pro Hac Vice*)
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
[Tel.] (817) 377-9111
[Fax] (817) 377-3485
barry@nbclaw.net
shartsell@nbclaw.net

**BURNS & LEVINSON LLP**
Howard J. Susser (*Pro Hac Vice*)
Paul T. Muniz (*Pro Hac Vice*)
Zachary R. Gates (*Pro Hac Vice*)
Alexandra Capachietti (*Pro Hac Vice*)
125 Summer Street
Boston, Massachusetts 02110-1624
[Tel.] (617) 345-3000
[Fax] (617) 345-3299
hsusser@burnslev.com
pmuniz@burnlev.com
zgates@burnslev.com
acapachietti@burnslev.com

**ATTORNEYS FOR PLAINTIFF GPNE CORP.**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| GPNE CORP., <br><br> Plaintiff, <br><br> vs. <br><br> APPLE, INC., <br><br> Defendant. | Civil No. 5:12-CV-02885-LHK <br><br> **JURY TRIAL DEMANDED** <br><br> **DECLARATION OF BARRY J. BUMGARDNER IN SUPPORT OF GPNE'S REPLY TO MOTION TO COMPEL BASEBAND LOGS, RULE 30(b)(6) TESTIMONY AND SANCTIONS** |

I, Barry J. Bumgardner, declare as follows:

1. I am a partner with the firm Nelson Bumgardner Casto, P.C., counsel of record in Case No. 5:12-cv-02885-LHK for Plaintiff GPNE Corp. I am a member of the Bar of the State of Texas and have been admitted *pro hac vice* for this action in this Court. I have personal knowledge of the matters stated in this Declaration and would testify truthfully to them is called upon to do so.

  2. On Sunday, November 3, 2013, I sent an email to Apple's counsel asking for substantially the same relief ultimately requested in GPNE's motion to compel. I stated in this email that GPNE would be filing a motion to compel later in the week if the situation could not be resolved.

  3. On November 4, 2013, I had a telephonic conference with Christopher Green, counsel for Apple. During the call we discussed Apple's investigation as to the existence of any log files [REDACTED] and whether Apple had produced these files log files.

  4. On November 6, 2013, at approximately 6:10PM (CST), I conducted another telephonic meet and confer with Christopher Green, counsel for Apple. During the meet and confer, we discussed Apple's investigation into the log files, the relief requested in GPNE's motion, as well as documents that Apple would want filed under seal.

  5. On the morning of November 7, 2013, I received an email from Apple's counsel stating that Apple was seeking permission from Qualcomm to produce the baseband log files.

  6. On November 7, 2013 at 4:26 PM (CST) my office sent a final version of GPNE's motion to compel to our local counsel, Randall Garteiser, with instructions to format the motion according to the applicable local rules and file it with the Court. When the motion was sent to Mr. Garteiser, my understanding of Apple's position was that it needed Qualcomm's permission to produce the log files.

  7. According to my Outlook account, at 7:27 PM (CST), I received an email from Apple's counsel stating that Apple had "received permission from Qualcomm to produce the 'log files' and that the files "are now available for inspection" in Redwood City. Mr. Garteiser was not copied on this email. I did not read this email until I arrived at work the following morning.

  8. According to the ECF notice, GPNE's motion to compel was filed at 7:45 PM, PST.

  9. Attached to this Declaration as Exhibit A is a true and correct copy of an email string between GPNE's counsel, Barry Bumgardner, and Apple's counsel, Christopher Green with the subject "offer to pull down the MTC."

10. Attached to this Declaration as Exhibit B is a true and correct copy of http://www.bestbuy.com/site/olstemplatemapper.jsp?_dyncharset=ISO-8859-1&_dynSessConf=-5854599473808615885&id=pcat17071&type=page&ks=960&st=categoryid%24pcmcat186100050005&sc=Global&cp=1&sp=-bestsellingsort+skuidsaas&qp=harddrivesizerange_facet%3DSAAS%7EHard+Drive+Size%7E4TB+and+Up&list=y&usc=All+Categories&nrp=15&fs=saas&iht=n&seeAll=&browsedCategory=pcmcat186100050005 (last visited on December 4, 2013)

11. Attached to this Declaration as Exhibit C is a true and correct copy of http://tech.fortune.cnn.com/2011/04/07/whats-12-petabytes-to-apple/ (last visited December 4, 2013)

12. Attached to this Declaration as Exhibit D is a true and correct copy of the rough transcript of the November 14, 2013 deposition of Apple's Rule 30(b)(6) designee ▮▮▮▮▮▮.

13. Attached to this Declaration as Exhibit E is a true and correct copy of email correspondence spanning November 2, 2013 to November 7, 2013.

14. Attached to this Declaration as Exhibit F is a true and correct copy of the ECF Notice for GPNE's Motion to Compel (Dkt. No. 117).

15. Attached to this Declaration as Exhibit G is a true and correct copy of email correspondence spanning November 12, 2013 to November 13, 2013.

16. Attached to this Declaration as Exhibit H is a true and correct copy of email correspondence dated November 15, 2013.

17. Attached to this Declaration as Exhibit I is a true and correct copy of an excerpt from an test report produced by bearing bates number ▮▮▮▮▮▮

18. Attached to this Declaration as Exhibit J is a true and correct copy of excepts from 3GPP TS 51.010-1 v.10.1.0.

I declare under penalty of perjury in the laws of the Unites States of America that the foregoing is true and correct. Executed at Redwood City, California, this 5th day of December, 2013.

*/s/ Barry J. Bumgardner*
Barry J. Bumgardner

---

DECLARATION OF BARRY J. BUMGARDNER IN SUPPORT OF GPNE'S REPLY TO MOTION TO COMPEL BASEBAND LOGS, RULE 30(b)(6) TESTIMONY AND SANCTIONS
CIVIL NO. 5:12-CV-02885-LHK                                                                 Page 4