# Exhibit "E"

## Steven Hartsell

| | |
|---|---|
| **From:** | Christopher O. Green <cgreen@fr.com> |
| **Sent:** | Thursday, November 07, 2013 7:04 PM |
| **To:** | Barry Bumgardner |
| **Cc:** | Steven Hartsell; Aamir Kazi; Jacqueline Tio; Benjamin C. Elacqua; Enrique Duarte; Howard Susser; Paul Muniz; zgates@burnslev.com; acapachietti@burnslev.com |
| **Subject:** | RE: GPNE v. Apple: Rule 30(b)(6) Deposition Follow-up |

Hi Barry,

Further to my message below, we received permission from Qualcomm to produce the "log files" under the designation ""CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" pursuant to the Court's Protective Order. "Log files" are now available for inspection subject to the terms of that Order in our Redwood City offices. Assuming that GPNE wishes to proceed with the inspection, please contact us to arrange the specific dates and times.

Thank you,
Chris

**From:** Christopher O. Green
**Sent:** Wednesday, November 06, 2013 11:29 PM
**To:** 'Barry Bumgardner'
**Cc:** Steven Hartsell; Aamir Kazi; Jacqueline Tio; Benjamin C. Elacqua; Enrique Duarte; Howard Susser; Paul Muniz; zgates@burnslev.com; acapachietti@burnslev.com
**Subject:** RE: GPNE v. Apple: Rule 30(b)(6) Deposition Follow-up

Barry,

Thank you for speaking with me earlier this evening. I write to confirm the further information that Apple has provided in response to your emails below via our conversations of Monday and tonight.

Apple will provide [REDACTED] as a further Rule 30(b)(6) designee to address topics pertaining to GPRS, subject to Apple's objections to GPNE's deposition notice. Apple will further revisit the list of topics identified in Mr. Hartsell's email below and reevaluate whether they are appropriate for a 30(b)(6) designee, or whether certain topics remain objectionable as currently drawn. Apple will provide GPNE with its determination no later than Monday, November 11th, and will promptly entertain any counterproposal GPNE wishes to make in view of Apple's objections. Apple has offered [REDACTED] for deposition on November 14th and, per GPNE's request, will inquire whether he can alternately appear on November 19th to coincide with the November 18th hearing date.

1

Regarding the "log files", Apple has clarified that the materials  of Qualcomm's baseband chip, that can only be interpreted ▇▇▇ Apple's position is that these output files, and any text rendering created from them, should be treated as "source code" pursuant to the Court's Protective Order. Apple further must notify Qualcomm that GPNE seeks access to this information and has committed to make that inquiry immediately. We will of course immediately provide GPNE with any response received from Qualcomm.

Regarding GPNE's new request for Apple to turn over prototype or experimental versions of Apple products that are not sold or otherwise publicly available, Apple views this request as inappropriate and unnecessary. GPNE does not need possession of such highly sensitive items to pursue its allegations, and this request appears intended for purposes other than legitimate fact discovery.

Finally, regarding scheduling, Apple strongly disagrees with any express or implied allegation that Apple has improperly delayed discovery. The record of the parties' respective efforts at discovery is well documented in the correspondence and pleadings and need not be fully recounted here. At a minimum, the record demonstrates that GPNE has no basis to seek an extension of the case schedule, or to seek further depositions of multiple Apple witnesses, due to any "delay" or other action by Apple during discovery.

In view of all of these facts, Apple does not see a basis for GPNE to proceed with any motion to compel, let alone a motion for unspecified "sanctions" as threatened below. We strongly urge GPNE to reconsider its position and redirect its effort towards orderly completion of fact discovery, particularly given that Apple has numerous outstanding discovery requests to GPNE that have yet to be resolved.

Thank you,
Chris


**From:** Barry Bumgardner [mailto:Barry@nbclaw.net]
**Sent:** Wednesday, November 06, 2013 6:04 PM
**To:** Christopher O. Green
**Cc:** Steven Hartsell; Aamir Kazi; Jacqueline Tio; Benjamin C. Elacqua; Enrique Duarte; Howard Susser; Paul Muniz; zgates@burnslev.com; acapachietti@burnslev.com
**Subject:** RE: GPNE v. Apple: Rule 30(b)(6) Deposition Follow-up

Dialing in in 5 minutes.

**From:** Christopher O. Green [mailto:cgreen@fr.com]
**Sent:** Wednesday, November 06, 2013 5:04 PM
**To:** Barry Bumgardner
**Cc:** Steven Hartsell; Aamir Kazi; Jacqueline Tio; Benjamin C. Elacqua; Enrique Duarte; Howard Susser; Paul Muniz;

zgates@burnslev.com; acapachietti@burnslev.com
**Subject:** Re: GPNE v. Apple: Rule 30(b)(6) Deposition Follow-up

I can join now

On Nov 6, 2013, at 5:38 PM, "Barry Bumgardner" <Barry@nbclaw.net<mailto:Barry@nbclaw.net>> wrote:

ok

From: Christopher O. Green [mailto:cgreen@fr.com]
Sent: Wednesday, November 06, 2013 4:36 PM
To: Barry Bumgardner
Cc: Steven Hartsell; Aamir Kazi; Jacqueline Tio; Benjamin C. Elacqua; Enrique Duarte; Howard Susser; Paul Muniz; zgates@burnslev.com<mailto:zgates@burnslev.com>; acapachietti@burnslev.com<mailto:acapachietti@burnslev.com>
Subject: Re: GPNE v. Apple: Rule 30(b)(6) Deposition Follow-up

Can we make it 6:10? My 5 is running late.

On Nov 6, 2013, at 1:44 PM, "Barry Bumgardner" <Barry@nbclaw.net<mailto:Barry@nbclaw.net<mailto:Barry@nbclaw.net%3cmailto:Barry@nbclaw.net>>> wrote:

That's fine. Please use this dial-in:


Dial In Number - (866) 910-4857
Int'l Number - (719) 387-5500
Guest Conference Pass Code - 912522
Security Code - 66



From: Christopher O. Green [mailto:cgreen@fr.com]<mailto:[mailto:cgreen@fr.com]>
Sent: Wednesday, November 06, 2013 12:29 PM
To: Barry Bumgardner
Cc: Steven Hartsell; Aamir Kazi; Jacqueline Tio; Benjamin C. Elacqua; Enrique Duarte; Howard Susser; Paul Muniz; zgates@burnslev.com<mailto:zgates@burnslev.com<mailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com>>; acapachietti@burnslev.com<mailto:acapachietti@burnslev.com<mailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com>>
Subject: Re: GPNE v. Apple: Rule 30(b)(6) Deposition Follow-up

Is 5pm central too late?



On Nov 6, 2013, at 12:26 PM, "Barry Bumgardner"
<Barry@nbclaw.net<mailto:Barry@nbclaw.net<mailto:Barry@nbclaw.net%3cmailto:Barry@nbclaw.net<mailto:Barry@nbclaw.net%3cmailto:Barry@nbclaw.net%3cmailto:Barry@nbclaw.net%3cmailto:Barry@nbclaw.net

3

>>>> wrote:

I am available after 1:30 PM, CDT. Let me know.

From: Christopher O. Green
[mailto:cgreen@fr.com]<mailto:[mailto:cgreen@fr.com]><mailto:[mailto:cgreen@fr.com]>
Sent: Tuesday, November 05, 2013 5:59 PM
To: Barry Bumgardner
Cc: Steven Hartsell; Aamir Kazi; Jacqueline Tio; Benjamin C. Elacqua; Enrique Duarte; Howard Susser; Paul Muniz;
zgates@burnslev.com<mailto:zgates@burnslev.com<mailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com<mailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com>>>;
acapachietti@burnslev.com<mailto:acapachietti@burnslev.com<mailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com<mailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com>>>
Subject: Re: GPNE v. Apple: Rule 30(b)(6) Deposition Follow-up

Barry - I am occupied with an all day event today but can be available briefly this evening or tomorrow afternoon.



On Nov 5, 2013, at 8:03 AM, "Barry Bumgardner"
<Barry@nbclaw.net<mailto:Barry@nbclaw.net<mailto:Barry@nbclaw.net%3cmailto:Barry@nbclaw.net<mailto:Barry@nbclaw.net%3cmailto:Barry@nbclaw.net%3cmailto:Barry@nbclaw.net<mailto:Barry@nbclaw.net%3cmailto:Barry@nbclaw.net%3cmailto:Barry@nbclaw.net%3cmailto:Barry@nbclaw.net<mailto:Barry@nbclaw.net%3cmailto:Barry@nbclaw.net%3cmailto:Barry@nbclaw.net%3cmailto:Barry@nbclaw.net>>>>> wrote:

Chris,
Thank you for your voice message. In light of the fact that Apple has not produced the log files yet, we would still like to meet and confer on the other relief sought by GPNE for this late production. See items 2-5 in my email to you dated November 03, 2013 @ 10:25 PM, below. Please let me know if you are available this evening. If you are not available, we are happy to have the M&C with another of your team members.

Barry

From: Christopher O. Green
[mailto:cgreen@fr.com]<mailto:[mailto:cgreen@fr.com]><mailto:[mailto:cgreen@fr.com]><mailto:[mailto:cgreen@fr.com]>
Sent: Monday, November 04, 2013 6:36 PM
To: Barry Bumgardner
Cc: Steven Hartsell; Aamir Kazi; Jacqueline Tio; Benjamin C. Elacqua; Enrique Duarte; Howard Susser; Paul Muniz;
zgates@burnslev.com<mailto:zgates@burnslev.com<mailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com<mailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com<mailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com<mailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com>>>>;
acapachietti@burnslev.com<mailto:acapachietti@burnslev.com<mailto:acapachietti@burnslev.com%3cmailto:

4

acapachietti@burnslev.com<mailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com<mailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com>>>>
Subject: RE: GPNE v. Apple: Rule 30(b)(6) Deposition Follow-up

Let's try 7PM Central.

From: Barry Bumgardner [mailto:Barry@nbclaw.net]<mailto:[mailto:Barry@nbclaw.net]><mailto:[mailto:Barry@nbclaw.net]><mailto:[mailto:Barry@nbclaw.net]><mailto:[mailto:Barry@nbclaw.net]>
Sent: Monday, November 04, 2013 7:35 PM
To: Christopher O. Green
Cc: Steven Hartsell; Aamir Kazi; Jacqueline Tio; Benjamin C. Elacqua; Enrique Duarte; Howard Susser; Paul Muniz; zgates@burnslev.com<mailto:zgates@burnslev.com<mailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com<mailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com<mailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com>>>>; acapachietti@burnslev.com<mailto:acapachietti@burnslev.com<mailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com<mailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com<mailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com>>>>
Subject: Re: GPNE v. Apple: Rule 30(b)(6) Deposition Follow-up

Just got this. I can do 7 pm, CST, or tomorrow.


"Christopher O. Green" <cgreen@fr.com<mailto:cgreen@fr.com<mailto:cgreen@fr.com%3cmailto:cgreen@fr.com<mailto:cgreen@fr.com%3cmailto:cgreen@fr.com%3cmailto:cgreen@fr.com%3cmailto:cgreen@fr.com<mailto:cgreen@fr.com%3cmailto:cgreen@fr.com%3cmailto:cgreen@fr.com%3cmailto:cgreen@fr.com%3cmailto:cgreen@fr.com%3cmailto:cgreen@fr.com%3cmailto:cgreen@fr.com>>>>> wrote:
Barry – I can speak with you at 6:30 Central time.

From: Barry Bumgardner [mailto:Barry@nbclaw.net]<mailto:[mailto:Barry@nbclaw.net]><mailto:[mailto:Barry@nbclaw.net]><mailto:[mailto:Barry@nbclaw.net]><mailto:[mailto:Barry@nbclaw.net]>
Sent: Monday, November 04, 2013 2:47 PM
To: Christopher O. Green; Steven Hartsell; Aamir Kazi; Jacqueline Tio; Benjamin C. Elacqua; Enrique Duarte
Cc: Howard Susser; Paul Muniz; zgates@burnslev.com<mailto:zgates@burnslev.com<mailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com<mailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com<mailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com>>>>; acapachietti@burnslev.com<mailto:acapachietti@burnslev.com<mailto:acapachietti@burnslev.com%3cmailto:

5

acapachietti@burnslev.com<mailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com<mailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com>>>>
Subject: RE: GPNE v. Apple: Rule 30(b)(6) Deposition Follow-up

Chris,

My travel plans have changed and we can be available to take ▇▇▇▇ deposition on Thursday of this week. Please find a call in number for the meet and confer below. Also, please let me know what time this evening you would like to have this call. For the record, I dispute your characterization of events below.

Barry


Dial In Number - (866) 910-4857
Int'l Number - (719) 387-5500
Guest Conference Pass Code - 912522
Security Code - 63



From: Christopher O. Green
[mailto:cgreen@fr.com]<mailto:[mailto:cgreen@fr.com]><mailto:[mailto:cgreen@fr.com]><mailto:[mailto:cgreen@fr.com]><mailto:[mailto:cgreen@fr.com]>
Sent: Monday, November 04, 2013 7:17 AM
To: Barry Bumgardner; Steven Hartsell; Aamir Kazi; Jacqueline Tio; Benjamin C. Elacqua; Enrique Duarte
Cc: Howard Susser; Paul Muniz;
zgates@burnslev.com<mailto:zgates@burnslev.com<mailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com<mailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com<mailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com>>>>;
acapachietti@burnslev.com<mailto:acapachietti@burnslev.com<mailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com<mailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com<mailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com>>>>
Subject: RE: GPNE v. Apple: Rule 30(b)(6) Deposition Follow-up


Barry,

I am traveling today for another matter and will not be available until later this evening Eastern time. Regarding Mr. Hartsell's email below (of Saturday night) and your following email (of Sunday night), GPNE fails to acknowledge that you and I discussed the log files and continuing the 30(b)(6) deposition on Friday afternoon following ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. That is, we confirmed that Apple was investigating whether any "log files" exist and require production. We also discussed whether GPNE would be available to take complete the 30(b)(6) deposition this week, but understand GPNE found that option undesirable because it has scheduled other depositions in the Nokia case for this week.

6

It is unclear why GPNE chose to raise a new set of demands for additional discovery items, depositions and extensions of the case schedule over the weekend with an arbitrarily set deadline of Sunday afternoon unless the purpose is to engage in posturing. Apple is committed to completing fact discovery as quickly as possible, and we will provide you with updated information on any remaining discovery obligations as quickly as possible.

If you wish to speak later tonight, please provide a number and time where you can be reached and I will make myself available.

Thank you,
Chris


From: Barry Bumgardner [mailto:Barry@nbclaw.net]<mailto:[mailto:Barry@nbclaw.net]><mailto:[mailto:Barry@nbclaw.net]><mailto:[mailto:Barry@nbclaw.net]><mailto:[mailto:Barry@nbclaw.net]>
Sent: Sunday, November 03, 2013 10:25 PM
To: Steven Hartsell; Christopher O. Green; Aamir Kazi; Jacqueline Tio; Benjamin C. Elacqua; Enrique Duarte
Cc: Howard Susser; Paul Muniz; zgates@burnslev.com<mailto:zgates@burnslev.com<mailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com<mailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com<mailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com>>>>;
acapachietti@burnslev.com<mailto:acapachietti@burnslev.com<mailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com<mailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com<mailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com%3cmailto:acapachietti@burnslev.com>>>>
Subject: RE: GPNE v. Apple: Rule 30(b)(6) Deposition Follow-up

Chris,
It is the end of the weekend and we have heard nothing from Apple. We want a meet and confer by the end of the day tomorrow regarding:
1. What witness is Apple is going to present to address the 30(b)(6) topics listed below in section 4;
2. When Apple is going to make ▮▮▮▮; and
3. The ▮▮▮▮ log files.

Regarding the ▮▮▮▮ log files, after giving the matter some thought, GPNE hereby requests:

1. All such files for the currently accused products produced by the end of the week;
2. Apple's agreement to allow GPNE to redepose ▮▮▮▮ and a witness to be named later regarding the GPRS/EDGE ▮▮▮▮ log files that are certain to exist;
3. One of each currently accused product with the modified version of iOS that will allow GPNE to create its own log files (GPNE will return the products to Apple after the conclusion of this lawsuit);
4. Apple's agreement to allow GPNE to push its expert report back one month; and
5. Apple's agreement to join GPNE in filing any necessary documents with the Court to accomplish the foregoing, to the extent that any of the above require permission from the Court.

We will be filing a motion to compel and a motion for sanctions later this week for Apple's failure to timely

7

produce the log files if we do not get Apple's assent to the above conditions.

I can be available at any time tomorrow.

Barry

From: Steven Hartsell
Sent: Saturday, November 02, 2013 4:18 PM
To: cgreen@fr.com<mailto:cgreen@fr.com<mailto:cgreen@fr.com%3cmailto:cgreen@fr.com<mailto:cgreen@fr.com%3cmailto:cgreen@fr.com%3cmailto:cgreen@fr.com<mailto:cgreen@fr.com%3cmailto:cgreen@fr.com%3cmailto:cgreen@fr.com%3cmailto:cgreen@fr.com<mailto:cgreen@fr.com%3cmailto:cgreen@fr.com%3cmailto:cgreen@fr.com%3cmailto:cgreen@fr.com%3cmailto:cgreen@fr.com%3cmailto:cgreen@fr.com%3cmailto:cgreen@fr.com>>>>;
kazi@fr.com<mailto:kazi@fr.com<mailto:kazi@fr.com%3cmailto:kazi@fr.com<mailto:kazi@fr.com%3cmailto:kazi@fr.com%3cmailto:kazi@fr.com<mailto:kazi@fr.com%3cmailto:kazi@fr.com%3cmailto:kazi@fr.com%3cmailto:kazi@fr.com<mailto:kazi@fr.com%3cmailto:kazi@fr.com%3cmailto:kazi@fr.com%3cmailto:kazi@fr.com%3cmailto:kazi@fr.com%3cmailto:kazi@fr.com%3cmailto:kazi@fr.com>>>>; Jacqueline Tio (tio@fr.com<mailto:tio@fr.com<mailto:tio@fr.com%3cmailto:tio@fr.com<mailto:tio@fr.com%3cmailto:tio@fr.com%3cmailto:tio@fr.com<mailto:tio@fr.com%3cmailto:tio@fr.com%3cmailto:tio@fr.com%3cmailto:tio@fr.com<mailto:tio@fr.com%3cmailto:tio@fr.com%3cmailto:tio@fr.com%3cmailto:tio@fr.com%3cmailto:tio@fr.com%3cmailto:tio@fr.com%3cmailto:tio@fr.com>>>>);
elacqua@fr.com<mailto:elacqua@fr.com<mailto:elacqua@fr.com%3cmailto:elacqua@fr.com<mailto:elacqua@fr.com%3cmailto:elacqua@fr.com%3cmailto:elacqua@fr.com<mailto:elacqua@fr.com%3cmailto:elacqua@fr.com%3cmailto:elacqua@fr.com%3cmailto:elacqua@fr.com<mailto:elacqua@fr.com%3cmailto:elacqua@fr.com%3cmailto:elacqua@fr.com%3cmailto:elacqua@fr.com%3cmailto:elacqua@fr.com%3cmailto:elacqua@fr.com%3cmailto:elacqua@fr.com>>>>;
duarte@fr.com<mailto:duarte@fr.com<mailto:duarte@fr.com%3cmailto:duarte@fr.com<mailto:duarte@fr.com%3cmailto:duarte@fr.com%3cmailto:duarte@fr.com<mailto:duarte@fr.com%3cmailto:duarte@fr.com%3cmailto:duarte@fr.com%3cmailto:duarte@fr.com<mailto:duarte@fr.com%3cmailto:duarte@fr.com%3cmailto:duarte@fr.com%3cmailto:duarte@fr.com%3cmailto:duarte@fr.com%3cmailto:duarte@fr.com%3cmailto:duarte@fr.com>>>>
Cc: Barry Bumgardner; Howard Susser; Paul Muniz; zgates@burnslev.com<mailto:zgates@burnslev.com<mailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com<mailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com<mailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com<mailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com%3cmailto:zgates@burnslev.com>>>>; Alexandra Capachietti
Subject: GPNE v. Apple: Rule 30(b)(6) Deposition Follow-up

Chris,

I am writing to follow-up on several issues from yesterday's deposition.

1) During the deposition, ▮▮▮▮▮ testified that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ These log files would be responsive to GPNE's longstanding discovery requests and we do not understand why these log files have not been produced during the past two years. See GPNE's First Set of Requests for Production (Oct. 31, 2011) Nos. 1, 2, 45, and 46. Please confirm that Apple will immediately produce all ▮▮▮▮ logs" for the current set of accused devices before the close of fact discovery. We also request any other internal or third party testing logs in Apple's possession, custody or control per my October 17, 2013 email.

8

2) We are very concerned with ▇▇▇ testimony that ▇▇▇ ▇▇▇ All of these ▇▇▇ logs" should have been subject to a litigation hold since at least the serving of GPNE's Oct. 31, 2011 discovery requests. Please describe what steps Apple has taken to ensure that these ▇▇▇ ogs" and other relevant evidence has not been destroyed during the pendency of this litigation. If ▇▇▇ logs" have been destroyed, please provide us with a description of the extent of any destruction.

3) GPNE served its First Amended Rule 30(b)(6) Notice on September 9. Over the course of nearly two months the parties discussed the scheduling of this deposition. All of the correspondence we received indicated that Apple would only be designating ▇▇▇. See Oct. 3 email from Chris Green to Barry Bumgardner, Sept. 23 email from Chris Green to Barry Bumgardner, Sept. 12 email from Chris Green to Barry Bumgardner. Thus, we were surprised to receive Jacqueline Tio's Oct. 31 email at 3:25PM (PST), eighteen hours before the start of the deposition, informing GPNE for the first time that Apple intends to designate ▇▇▇ for a significant number of topics and requesting a meet and confer to discuss scheduling. With less than a week to the close of fact discovery, we do not understand how Apple's actions can be characterized and anything other than gamesmanship designed to prejudice GPNE. Please let us know by the end of the weekend when ▇▇▇ ▇▇▇ is available.

4) Based on Apple's emails describing the designation of topics between ▇▇▇ and ▇▇▇, it appears that Apple has failed to designate a witness for Topic Nos. 1-4, 6-7, 9, 14, 18, 21, 27, 30, 32, 34, 38, 50, and 52. Please let us know Apple's position on presenting a witness on these topics by the end of the weekend.

Regards,
Steven Hartsell
Nelson Bumgardner Casto, P.C.
3131 West 7th Street, Suite 300
Fort Worth, TX 76107
Direct: 817-377-3493
Fax: 817-377-3485
shartsell@nbclaw.net<mailto:shartsell@nbclaw.net<mailto:shartsell@nbclaw.net%3cmailto:shartsell@nbclaw.net<mailto:shartsell@nbclaw.net%3cmailto:shartsell@nbclaw.net%3cmailto:shartsell@nbclaw.net<mailto:shartsell@nbclaw.net%3cmailto:shartsell@nbclaw.net%3cmailto:shartsell@nbclaw.net%3cmailto:shartsell@nbclaw.net%3cmailto:shartsell@nbclaw.net%3cmailto:shartsell@nbclaw.net%3cmailto:shartsell@nbclaw.net>>>>
www.nbclaw.net<http://www.nbclaw.net/><http://www.nbclaw.net%3chttp:/www.nbclaw.net/%3e><http://www.nbclaw.net%3chttp:/www.nbclaw.net/%3e%3chttp:/www.nbclaw.net%3chttp:/www.nbclaw.net/%3e%3e><http://www.nbclaw.net%3chttp:/www.nbclaw.net/%3e%3chttp:/www.nbclaw.net%3chttp:/www.nbclaw.net/%3e%3e%3chttp:/www.nbclaw.net%3chttp:/www.nbclaw.net/%3e%3chttp:/www.nbclaw.net%3chttp:/www.nbclaw.net/%3e%3e%3e>

Notice: This message is intended as a private, confidential communication between or among the parties identified in the heading and may be legally privileged. If you have received this message in error, please delete it from your system immediately. Unintended transmission does not constitute waiver of the attorney-client or other privilege.

Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

IRS CIRCULAR 230 DISCLOSURE: Any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.(FR08-i203d)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*