# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| GPNE CORP.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>APPLE, INC.,<br><br>　　　　　Defendant. | Civil No. 5:12-CV-02885-LHK<br><br>[PROPOSED] ORDER ON PLAINTIFF'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT |

Before the Court is Plaintiff's motion to remove the following incorrectly filed supporting documents: Dkt. No. 146-1, "Bumgardner Declaration"; Dkt. No. 146-7, "Exhibit E"; and Dkt. No. 147-11, "Redacted Exh E." Having considered the motion, the Court orders that the requested supporting documents be permanently removed from the docket.

December 10, 2013

　　　　　　　　　　　　　　　　　_Paul S. Grewal_
　　　　　　　　　　　　　　　　　U.S. District Court Judge /
　　　　　　　　　　　　　　　　　U.S. Magistrate Judge