| | |
|---|---|
| FISH & RICHARDSON P.C. | WILMER CUTLER PICKERING HALE AND DORR LLP |
| Katherine K. Lutton (CSB No. 194971 / lutton@fr.com) Kelly C. Hunsaker (CSB No. 168307 / hunsaker@fr.com) Enrique Duarte (CSB No. 247523 / duarte@fr.com) 500 Arguello Street, Suite 500 Redwood City, CA 94063 Tel: (650) 839-5070 Fax: (650) 839-5071 | Joseph J. Mueller (*pro hac vice*) joseph.mueller@wilmerhale.com 60 State Street Boston, MA 02109 Tel: (617) 526-6000 Fax: (617) 526-5000 Matthew Hawkinson CSB No.248216 matthew.hawkinson@wilmerhale.com |
| Ruffin B. Cordell (*pro hac vice*) cordell@fr.com 1425 K Street, NW, Suite 1100 Washington, DC 20005 Tel: (207) 783-5070 Fax: (207) 783-2331 | 350 South Grand Avenue, Suite 2100 Los Angeles, California 90071 Tel: (213) 443-5300 Fax: (213) 443-5400 Mark D. Selwyn (CSB No. 244180) mark.selwyn@wilmerhale.com |
| Christopher O. Green (*pro hac vice*) cgreen@fr.com Aamir A. Kazi (*pro hac vice*) kazi@fr.com Jacqueline Tio (*pro hac vice*) tio@fr.com 1180 Peachtree Street, 21st Floor Atlanta, GA 30309 Tel: (404) 892-5005 Fax: (404) 892-5002 | 950 Page Mill Road Palo Alto, CA 94304 Tel: (650) 858-6000 Fax: (650) 858-6100 Attorneys for Defendant APPLE INC. |
| Benjamin C. Elacqua (*pro hac vice*) elacqua@fr.com 1221 McKinney Street, Suite 2800 Houston, TX 77010 Tel: (713) 654-5300 Fax: (713) 652-0109 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| GPNE, CORP.,<br><br>        Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>        Defendant. | Case No. 5:12-cv-02885-LHK<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Date:    April 3, 2014<br>Time:   1:30 p.m.<br>Place:   Courtroom 8, 4th Floor<br>Judge:  Hon. Lucy H. Koh |

**APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Pursuant to Civil Local Rule 79-5, General Order No. 62, and the Court's Civil Standing Order Regarding Motions to File Under Seal, Defendant Apple Inc. hereby moves the Court for permission to file under seal Exhibits A, C, D, E, G, H, and I to the Declaration of Benjamin C. Elacqua in Support of Apple Inc.'s *Daubert* Motion to Exclude Testimony of Michael J. Dansky. Apple also hereby moves the Court for permission to redact portions of Apple's *Daubert* Motion to Exclude Testimony of Michael J. Dansky, filed herewith as Exhibit 1 to the Declaration of Jacqueline Tio in Support of Apple's Administrative Motion to File Under Seal ("Tio Declaration").

The entirety of Exhibits A and D to the Elacqua Declaration contains material designated by Plaintiff GPNE Corp. ("GPNE") and Apple as "Confidential – Attorneys' Eyes Only" under the Protective Order (Dkt. No. 86).

The entirety of Exhibit C to the Elacqua Declaration contains material designated by GPNE and respective third parties as "Confidential – Attorneys' Eyes Only" under the Protective Order (Dkt. No. 86).

The entirety of Exhibits G and H to the Elacqua Declaration contains material designated by Apple as "Confidential – Attorneys' Eyes Only" under the Protective Order.

The entirety of Exhibit E to the Elacqua Declaration contains material designated by Apple and by third party Intel Corporation as "Confidential – Attorneys' Eyes Only" under the Protective Order.

The entirety of Exhibit I to the Elacqua Declaration contains material designated by GPNE and respective third parties as "Confidential – Attorneys' Eyes Only" under the Protective Order.

Portions of Apple's *Daubert* Motion refer to and contain materials designated by Apple or GPNE, consistent with the parties' requested sealing of Exhibits A, C, D, E, G, H, and I.

Apple's request is narrowly tailored to seal only information that is designated by Apple or GPNE as confidential. For the foregoing reasons, Apple respectfully requests that the Court grant Apple's request to file the above documents under seal.

Dated: February 27, 2014        FISH & RICHARDSON P.C.

                                By:  /s/ Jacqueline Tio
                                     Jacqueline Tio

                                Attorneys for Defendant
                                APPLE INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 27, 2014, all counsel of record who are deemed to have consented to electronic service are being served with a copy of **APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** via the Court's CM/ECF system.

                                By:  /s/ Jacqueline Tio
                                     Jacqueline Tio