UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GPNE CORP., | Case No. 5:12-cv-2885-LHK (PSG) |
| Plaintiff, | **ORDER RE: MOTIONS TO SEAL** |
| v. | |
| APPLE INC., | **(Re: Docket Nos. 118, 122, 140, 147, 159)** |
| Defendant. | |

Before the court are five administrative motions to seal 44 documents, including such industry secrets as, "This deposition is taking place at 500 Arguello Street in Palo Alto, California on October 29th, 2013 at 9:50," "What is your current position at Apple?" and "Good morning." Other gems include the identity of a Rule 30(b)(6) witness and the fact that one or more of the accused mobile devices uses a baseband processor. "Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'"[1] Accordingly, when considering a sealing request, "a 'strong presumption in favor

---

[1] *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n. 7 (1978)).

1
Case No.: 5:12-cv-2885-LHK (PSG)
**ORDER RE: MOTIONS TO SEAL**

of access' is the starting point."[2] Parties seeking to seal judicial records relating to dispositive motions bear the burden of overcoming the presumption with "compelling reasons" that outweigh the general history of access and the public policies favoring disclosure.[3]

However, "while protecting the public's interest in access to the courts, we must remain mindful of the parties' right to access those same courts upon terms which will not unduly harm their competitive interest."[4] Records attached to nondispositive motions therefore are not subject to the strong presumption of access.[5] Because the documents attached to nondispositive motions "are often unrelated, or only tangentially related, to the underlying cause of action," parties moving to seal must meet the lower "good cause" standard of Rule 26(c).[6] As with dispositive motions, the standard applicable to nondispositive motions requires a "particularized showing"[7] that "specific prejudice or harm will result" if the information is disclosed.[8] "Broad allegations of harm, unsubstantiated by specific examples of articulated reasoning" will not suffice.[9] A protective order sealing the documents during discovery may reflect the court's previous determination that good cause exists to keep the documents sealed,[10] but a blanket protective order that allows the parties to

---

[2] *Id.* (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)).

[3] *Id.* at 1178-79.

[4] *Apple Inc. v. Samsung Electronics Co., Ltd.*, 727 F.3d 1214, 1228-29 (Fed. Cir. 2013).

[5] *See id.* at 1180.

[6] *Id.* at 1179 (internal quotations and citations omitted).

[7] *Id.*

[8] *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210-11 (9th Cir. 2002); *see* Fed. R. Civ. P. 26(c).

[9] *Beckman Indus., Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 476 (9th Cir. 1992).

[10] *See Kamakana,* 447 F.3d at 1179-80.

2
Case No.: 5:12-cv-2885-LHK (PSG)
**ORDER RE: MOTIONS TO SEAL**

designate confidential documents does not provide sufficient judicial scrutiny to determine whether each particular document should remain sealed.[11]

In addition to making particularized showings of good cause, parties moving to seal documents must comply with the procedures established by Civ. L.R. 79-5.  Pursuant to Civ. L.R. 79-5(b), a sealing order is appropriate only upon a request that establishes the document is "sealable," or "privileged or protectable as a trade secret or otherwise entitled to protection under the law."  "The request must be narrowly tailored to seek sealing only of sealable material, and must conform with Civil L.R. 79-5(d)."[12]  "Within 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable."[13]

With these standards in mind, the courts rules on the instant motions as follows:

| Motion to Seal | Document to be Sealed | Result | Reason/Explanation |
|---|---|---|---|
| 118 | GPNE's Motion To Compel Baseband Logs And Rule 30(B)(6) Testimony And Sanctions | UNSEALED | No declaration timely filed |
| 118 | Exhibit M To The Hartsell Hartsell Declaration ISO Plaintiff's Motion To Compel Baseband Logs And Rule 30(B)(6) Testimony And Sanctions | UNSEALED | No declaration timely filed |
| 118 | Exhibit N To The Hartsell Hartsell Declaration ISO | UNSEALED | No declaration timely filed |

---

[11] *See* Civ. L.R. 79-5(d)(1)(A) ("Reference to a stipulation or protective order that allows a party to designate certain documents as confidential is not sufficient to establish that a document, or portions thereof, are sealable.").

[12] Civ. L.R. 79-5(b).  In part, Civ. L.R. 79-5(d) requires the submitting party to attach a "proposed order that is narrowly tailored to seal only the sealable material" which "lists in table format each document or portion thereof that is sought to be sealed," Civ. L.R. 79-5(d)(1)(b), and an "unredacted version of the document" that indicates "by highlighting or other clear method, the portions of the document that have been omitted from the redacted version."  Civ. L.R. 79-5(d)(1)(d).

[13] Civ. L.R. 79-5(e)(1).  The Civil Local Rules have recently been amended shortening the time available to the designating party to file a supporting declaration from seven days to four days.  As this rule change was only recently implemented the court applies the prior form of Civ. L.R. 79-5 for the purposes of this order.

3

Case No.: 5:12-cv-2885-LHK (PSG)
**ORDER RE: MOTIONS TO SEAL**

| | | | |
|---|---|---|---|
| | Plaintiff's Motion To Compel Baseband Logs And Rule 30(B)(6) Testimony And Sanctions | | |
| 122 | GPNE's Motion To Compel Supplemental Responses To Its First Request For Production Of Documents | UNSEALED | Not narrowly tailored to confidential business information |
| 122 | Exhibit C to the Muniz Declaration ISO GPNE's Motion To Compel Supplemental Responses To Its First Request For Production Of Documents | UNSEALED | Not narrowly tailored to confidential business information |
| 122 | Exhibit D to the Muniz Declaration ISO GPNE's Motion To Compel Supplemental Responses To Its First Request For Production Of Documents | UNSEALED | Not narrowly tailored to confidential business information |
| 122 | Exhibit E to the Muniz Declaration ISO GPNE's Motion To Compel Supplemental Responses To Its First Request For Production Of Documents | UNSEALED | Not narrowly tailored to confidential business information |
| 122 | Exhibit F to the Muniz Declaration ISO GPNE's Motion To Compel Supplemental Responses To Its First Request For Production Of Documents | UNSEALED | Not narrowly tailored to confidential business information |
| 122 | Exhibit G to the Muniz Declaration ISO GPNE's Motion To Compel Supplemental Responses To Its First Request For Production Of Documents | UNSEALED | Not narrowly tailored to confidential business information |
| 122 | Exhibit H to the Muniz Declaration ISO GPNE's Motion To Compel Supplemental Responses To Its First Request For Production Of Documents | UNSEALED | Not narrowly tailored to confidential business information |
| 140 | Apple's Opposition to GPNE's Motion to Compel Baseband Logs And Rule 30(B)(6) Testimony And Sanctions | UNSEALED | Not narrowly tailored to confidential business information |
| 140 | Green Declaration ISO Apple's Opposition to GPNE's Motion to Compel Baseband Logs And Rule 30(B)(6) Testimony And | UNSEALED | Not narrowly tailored to confidential business information |

| | | | |
|---|---|---|---|
| | | | |
| | | | Sanctions | | |
| 140 | Exhibit A to Green Declaration ISO Apple's Opposition to GPNE's Motion to Compel Baseband Logs And Rule 30(B)(6) Testimony And Sanctions | UNSEALED | No declaration filed |
| 140 | Exhibit E to Green Declaration ISO Apple's Opposition to GPNE's Motion to Compel Baseband Logs And Rule 30(B)(6) Testimony And Sanctions | UNSEALED | Not narrowly tailored to confidential business information |
| 140 | Exhibit F to Green Declaration ISO Apple's Opposition to GPNE's Motion to Compel Baseband Logs And Rule 30(B)(6) Testimony And Sanctions | UNSEALED | Not narrowly tailored to confidential business information |
| 140 | Exhibit G to Green Declaration ISO Apple's Opposition to GPNE's Motion to Compel Baseband Logs And Rule 30(B)(6) Testimony And Sanctions | UNSEALED | Not narrowly tailored to confidential business information |
| 140 | Exhibit H to Green Declaration ISO Apple's Opposition to GPNE's Motion to Compel Baseband Logs And Rule 30(B)(6) Testimony And Sanctions | SEALED | Narrowly tailored to confidential business information |
| 140 | Exhibit I to Green Declaration ISO Apple's Opposition to GPNE's Motion to Compel Baseband Logs And Rule 30(B)(6) Testimony And Sanctions | SEALED | Narrowly tailored to confidential business information |
| 140 | Exhibit J to Green Declaration ISO Apple's Opposition to GPNE's Motion to Compel Baseband Logs And Rule 30(B)(6) Testimony And Sanctions | SEALED | Narrowly tailored to confidential business information |
| 140 | Exhibit O to Green Declaration ISO Apple's Opposition to GPNE's Motion to Compel Baseband Logs And Rule | SEALED | Narrowly tailored to confidential business information |

Case No.: 5:12-cv-2885-LHK (PSG)
**ORDER RE: MOTIONS TO SEAL**

| | | | |
|---|---|---|---|
| | 30(B)(6) Testimony And Sanctions | | |
| 140 | Exhibit S to Green Declaration ISO Apple's Opposition to GPNE's Motion to Compel Baseband Logs And Rule 30(B)(6) Testimony And Sanctions | UNSEALED | No declaration submitted |
| 140 | Exhibit T to Green Declaration ISO Apple's Opposition to GPNE's Motion to Compel Baseband Logs And Rule 30(B)(6) Testimony And Sanctions | UNSEALED | No declaration submitted |
| 140 | Exhibit V to Green Declaration ISO Apple's Opposition to GPNE's Motion to Compel Baseband Logs And Rule 30(B)(6) Testimony And Sanctions | SEALED | Narrowly tailored to confidential business information |
| 140 | Exhibit Y to Green Declaration ISO Apple's Opposition to GPNE's Motion to Compel Baseband Logs And Rule 30(B)(6) Testimony And Sanctions | SEALED | Narrowly tailored to confidential business information |
| 147 | GPNE's Reply ISO its Motion to Compel Baseband Logs And Rule 30(B)(6) Testimony And Sanctions | UNSEALED | Not narrowly tailored to confidential business information |
| 147 | Birkett Declaration ISO GPNE's Reply ISO its Motion to Compel Baseband Logs And Rule 30(B)(6) Testimony And Sanctions | UNSEALED | Not narrowly tailored to confidential business information |
| 147 | Exhibit D to Birkett Declaration ISO GPNE's Reply ISO its Motion to Compel Baseband Logs And Rule 30(B)(6) Testimony And Sanctions | UNSEALED | Not narrowly tailored to confidential business information |
| 147 | Exhibit E to Birkett Declaration ISO GPNE's Reply ISO its Motion to Compel Baseband Logs And Rule 30(B)(6) Testimony And Sanctions | UNSEALED | Not narrowly tailored to confidential business information |
| 147 | Exhibit G to Birkett Declaration ISO GPNE's | UNSEALED | Not narrowly tailored to confidential |

6

Case No.: 5:12-cv-2885-LHK (PSG)
**ORDER RE: MOTIONS TO SEAL**

| | | | |
|---|---|---|---|
| | Reply ISO its Motion to Compel Baseband Logs And Rule 30(B)(6) Testimony And Sanctions | | business information |
| 147 | Exhibit H to Birkett Declaration ISO GPNE's Reply ISO its Motion to Compel Baseband Logs And Rule 30(B)(6) Testimony And Sanctions | SEALED | Narrowly tailored to confidential business information |
| 147 | Exhibit I to Birkett Declaration ISO GPNE's Reply ISO its Motion to Compel Baseband Logs And Rule 30(B)(6) Testimony And Sanctions | SEALED | Narrowly tailored to confidential business information |
| 147 | Bumgardner Declaration ISO GPNE's Reply ISO its Motion to Compel Baseband Logs And Rule 30(B)(6) Testimony And Sanctions | UNSEALED | Not narrowly tailored to confidential business information |
| 159 | Exhibit 1 to Apple's Administrative Motion for Leave to File a Sur-Reply in Opposition to GPNE's Motion to Compel | UNSEALED | Not narrowly tailored to confidential business information |
| 159 | Exhibit 4 to Apple's Administrative Motion for Leave to File a Sur-Reply in Opposition to GPNE's Motion to Compel | SEALED | Narrowly tailored to confidential business information |

**IT IS SO ORDERED.**

Dated: March 14, 2014



PAUL S. GREWAL
United States Magistrate Judge

7

Case No.: 5:12-cv-2885-LHK (PSG)
**ORDER RE: MOTIONS TO SEAL**