UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| GPNE CORP., | ) | Case No.: 12-CV-02885-LHK |
| Plaintiff, | ) ) | ORDER ALLOWING GPNE |
| v. | ) ) | ADDITIONAL BRIEFING ON INVALIDITY |
| APPLE, INC., | ) ) | |
| Defendant. | ) ) ) | |

In its Motion for Summary Judgment of Noninfringement and Invalidity, *see* ECF No. 187, Apple, Inc. ("Apple") explicitly moved for summary judgment of invalidity as to independent claims 1, 30, and 39 of Patent No. 7,555,267 (the "'267 Patent"). Upon questioning from the Court at the hearing on April 3, 2014, Apple clarified that it was also moving for invalidity as to asserted dependent claims 13, 18, 31, and 42 of the '267 Patent. Later at the same hearing, Apple withdrew its assertion of invalidity as to claim 42 of the '267 Patent. The Court asked GPNE Corp. ("GPNE") whether asserted dependent claims 13, 18, and 31 include any "different frequencies" or "multiple frequencies" limitations that would render the claims valid. GPNE indicated that claims 13, 18, and 31 do not have any "different frequencies" or "multiple frequencies" limitations that would render the claims valid. However, because Apple did not explicitly move on dependent claims 13, 18, or 31 in its motion, the Court will allow GPNE to file an additional brief of no more than 3 pages to identify any limitations in dependent claims 13, 18, or 31 that render these claims

1

Case No.: 12-CV-02885-LHK
ORDER ALLOWING GPNE ADDITIONAL BRIEFING ON INVALIDITY

valid notwithstanding Apple's argument that independent claims 1, 30, and 39 are invalid. Any such brief must be filed no later than Tuesday, April 8, 2014.

**IT IS SO ORDERED.**

Dated: April 4, 2014

_____
LUCY H. KOH
United States District Judge