1

**KERR & WAGSTAFFE LLP**
Patricia L. Peden (SBN 206440)
peden@kerrwagstaffe.com
Julia A. Stockton (SBN 286944)
stockton@kerrwagstaffe.com
100 Spear Street, 18th Floor
San Francisco, CA 94105–1528
[Tel.] (415) 371-8500
[Fax] (415) 371-0500

2

3

4

5

6

**GARTEISER HONEA, P.C.**
Randall T. Garteiser (SBN 231821)
randall.garteiser@sftrialattorneys.com
Christopher A. Honea (SBN 232473)
chris.honea@sftrialattorneys.com
44 North San Pedro Road
San Rafael, California 94903
[Tel.] (415) 785-3762
[Fax] (415) 785-3805

7

8

9

10

11

12

**NELSON BUMGARDNER CASTO, P.C.**
Barry J. Bumgardner (*pro hac vice*)
barry@nbclaw.net
Steven W. Hartsell (*pro hac vice*)
shartsell@nbclaw.net
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
[Tel.] (817) 377-9111
[Fax] (817) 377-3485

13

14

15

16

17

18

**BURNS & LEVINSON LLP**
Howard J. Susser (*pro hac vice*)
hsusser@burnslev.com
Zachary R. Gates (*pro hac vice*)
zgates@burnslev.com
Alexandra Capachietti (*pro hac vice*)
acapachietti@burnslev.com
125 Summer Street
Boston, Massachusetts 02110
[Tel.] (617) 345-3000
[Fax] (617) 345-3299

19

20

21

22

23

24

**DONOVAN HATEM LLP**
Paul T. Muniz (*pro hac vice*)
pmuniz@donovanhatem.com
53 State Street, 8th Floor

25

26

27

28

**FISH & RICHARDSON, P.C.**
Katherine K. Lutton (State Bar No. 194971)
lutton@fr.cm
Kelly C. Hunsaker (State Bar No. 168307)
hunsaker@fr.com
Enrique Duarte (State Bar No. 247523)
duarte@fr.com
500 Arguello Street, Ste. 500
Redwood City, California 94063
[Tel.] (650) 839-55070
[Fax] (650) 839-5071

Ruffin B. Cordell (*pro hac vice*)
cordell@fr.com
1425 K Street, NW
Suite 1100
Washington, DC 20005
[Tel.] (207) 783-5070
[Fax] (207) 783-2331

Christopher O. Green (*pro hac vice*)
cgreen@fr.com
Aamir A. Kazi (*pro hac vice*)
kazi@fr.com
Jacqueline Tio (*pro hac vice*)
tio@fr.com
1180 Peachtree Street, 21st Floor
Atlanta, Georgia 30309
[Tel.] (404) 892-5005
[Fax] (404) 892-5002

Benjamin C. Elacqua (*pro hac vice*)
elacqua@fr.com
1221 McKinney, Suite 2800
Houston, Texas 77010
[Tel.] (713) 654-5300
[Fax] (713) 652-0109

**WILMER CUTLER PICKERING HALE AND DORR LLP**

Joseph J. Mueller (*pro hac vice*)
joseph.mueller@wilmerhale.com
50 State Street
Boston, Massachusetts 02109
[Tel.]  (617) 526-6000

- 1 -

**JOINT STIPULATION REQUESTING ORDER TO EXTEND EXPERT-RELATED DEADLINES AS SET FORTH IN APRIL 3, 2014 CASE MANAGEMENT ORDER (DKT. NO. 231) CASE NO. 12-CV-02885-LHK**

Boston, Massachusetts 02109
[Tel.] (617) 406-4610
[Fax] (617) 406-4507

**Attorneys for Plaintiff GPNE Corp.**

[Fax]  (617) 526-5000
Matthew Hawkinson (State Bar No. 248216)
matthew.hawkinson@wilmerhale.com
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
[Tel.]  (213) 443-5300
[Fax]  (213) 443-5400

Mark D. Selwyn (State Bar No. 244180)
Mark.selwyn@wilmerhale.com
950 Page Mill Road
Palo Alto, CA 94304
[Tel.] (650) 858-6000
[Fax] (650) 858-6100

**Attorneys for Defendant Apple, Inc.**

**JOINT STIPULATION REQUESTING ORDER TO EXTEND EXPERT-RELATED DEADLINES AS SET FORTH IN APRIL 3, 2014 CASE MANAGEMENT ORDER (DKT. NO. 231) CASE NO. 12-CV-02885-LHK**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(San Jose Division)**

| | |
|---|---|
| GPNE CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.:  12-cv-02885-LHK |
| v. | ) |
| | ) **JOINT STIPULATION REQUESTING** |
| APPLE, INC., | ) **ORDER TO EXTEND EXPERT-** |
| | ) **RELATED DEADLINES AS SET FORTH** |
| Defendant. | ) **IN APRIL 3, 2014 CASE MANAGEMENT** |
| | ) **ORDER (DKT. NO. 231)** |
| | ) |
| | ) |

Pursuant to Civil L.R. 6-1 and 6-2, Plaintiff GPNE Corp. ("GPNE") and Defendant Apple Inc. ("Apple") through their respective counsel, stipulate to request an Order changing the expert-related deadlines set forth in the Court's April 3, 2014 Case Management Order (Dkt. No. 231) as follows:

- Deadline for GPNE's Damages Expert Report moved from April 17, 2014 to April 21, 2014; and

- Deadline for Apple's Supplemental Damages Expert Report moved from May 1, 2014 to May 5, 2014.

The terms and basis of the stipulation to request an Order to extend the expert-related deadlines are as follows:

1.      On April 3, the Court held hearings on Apple's Motion for Summary Judgment of Noninfringement and Invalidity of U.S. Patent Numbers 7,570,954, 7,555,267 and 7,792,492, Apple's Motion to Exclude the Testimony of GPNE's Expert Michael Dansky, Apple's Motion to Exclude the Testimony of GPNE's Expert Dr. Esmael Dinan, Apple's Motion to Strike Portions of Dr. Esmael

Dinan's Expert Report and GPNE's New Infringement Theories, and GPNE's Motion to Exclude Apple's Expert Paul K. Meyer.

2.      On April 3, 2014, the Court entered a Case Management Order, setting the deadlines for GPNE's Damages Expert Report for April 17, 2014 and for Apple's Supplemental Damages Expert Report for May 1, 2014, among other dates not impacted by the instant stipulation.

3.      On April 16, 2014, the Court entered its Order re: GPNE and Apple's Motions to Exclude Expert Testimony and Apple's Motion to Strike Expert Report and Infringement Contentions (Dkt. No. 242).

4.      On April 17, 2014, the parties stipulated to an extension of the deadlines for GPNE's Damages Expert Report and Apple's Supplemental Damages Expert Report.

5.      The previous time modifications in this case are as follows:

        a.      On January 14, 2013, the Court granted the parties' Joint Stipulation for Extension of Time for Defendants to Respond to GPNE's Motion for Clarification/Relief as to Interim Protective Order (Dkt. No. 52);

        b.      On February 5, 2013, the Court granted in part and denied in part the parties' joint stipulation to extend the deadline for GPNE to respond to Defendants' Motions to Stay (Dkt. No. 59);

        c.      On May 6, 2013, the Court granted the parties' agreed motion to extend the deadline for GPNE to file its Reply *Markman* Brief (Dkt. No. 74);

        d.      On October 10, 2013, the Court granted the parties' joint stipulation to extend the deadlines to file a response and reply relative to GPNE's Motion for Leave to Amend/Supplement Its Infringement Contentions (Dkt. No. 103);

        e.      On October 24, 2013, the Court granted the parties' Joint Stipulation to Extend Expert-Related Deadlines for Fourteen Days (Dkt. No. 114);

        f.      On October 25, 2013, the Court granted the parties' Joint Stipulation Requesting an Order to Change the November, 5, 2013 Hearing Date (Dkt. No. 115);

- 4 -

**JOINT STIPULATION REQUESTING ORDER TO EXTEND EXPERT-RELATED DEADLINES AS SET FORTH IN APRIL 3, 2014 CASE MANAGEMENT ORDER (DKT. NO. 231) CASE NO. 12-CV-02885-LHK**

g.      On November 22, 2013, the Court granted the parties' Joint Stipulation for Extension of Time for GPNE to File its Reply Brief with respect to its Motion to Amend/Supplement Its Infringement Contentions (Dkt. No. 134);

h.      On November 26, 2014, the Court granted the parties' Joint Stipulation for Extension of time for GPNE to file its Reply Brief Regarding GPNE's Motion to Compel (Dkt. No. 138);

i.      On December 3, 2013, the Court granted the parties' Joint Stipulation for Extension of Time for GPNE to file its Opposition to Apple's Motion for Protective Order (Dkt. No. 142);

j.      On December 5, 2013, the Court granted the parties' Joint Stipulation for Extension of Time for the parties' to file their respective response and reply regarding GPNE's Motions to Compel (Dkt. No. 144); and

k.      At the hearing before the Court on December 17, 2013, and upon request from GPNE, the Court entered an Order extending the opening expert reports deadline from December 21, 2013 to January 4, 2014 and extending rebuttal expert reports deadline from January 21, 2013 to February 7, 2014 (Dkt. No. 164).

6.      Other than the above requests, no additional extensions of time have been requested or granted.

7.      This requested modification will alter two of the three expert-related deadlines imposed by the Court on April 3, 2014[1], but will not alter the date of any other event or deadline already fixed by Court Order.

THEREFORE, IT IS HEREBY STIPULATED by and between GPNE and Apple to request that the Court extend the previously-ordered expert-related deadlines, such that GPNE's Damages

---

[1] The parties are not seeking to modify the current deadline for the Close of Expert Discovery: New Expert Depositions of May 15, 2014 (Dkt. No. 231).

JOINT STIPULATION REQUESTING ORDER TO EXTEND EXPERT-RELATED DEADLINES AS SET
FORTH IN APRIL 3, 2014 CASE MANAGEMENT ORDER (DKT. NO. 231)
CASE NO. 12-CV-02885-LHK

1   Expert Report is due for exchange on April 21, 2014 and Apple's Supplemental Damages Expert

2   Report is due for exchange on May 5, 2014.

3   Dated:  April 17, 2014                                    April 17, 2014

4

5   **KERR & WAGSTAFFE LLP**                        **FISH & RICHARDSON, P.C.**

6   */s/ Patricia L. Peden*                              */s/ Benjamin C. Elacqua*
    Patricia L. Peden (SBN 206440)              Katherine K. Lutton (State Bar No. 194971)

7   peden@kerrwagstaffe.com                     lutton@fr.com
    Julia A. Stockton (SBN 286944)              Enrique Duarte (State Bar No. 247523)

8   stockton@kerrwagstaffe.com                  duarte@fr.com
    100 Spear Street, 18th Floor                Kelly C. Hunsaker (State Bar No. 168307)

9   San Francisco, CA 94105–1528                hunsaker@fr.com
    [Tel.] (415) 371-8500                       500 Arguello Street, Ste. 500

10  [Fax] (415) 371-0500                        Redwood City, California 94063
                                                [Tel.] (650) 839-55070
11  **NELSON BUMGARDNER CASTO, P.C.**           [Fax] (650) 839-5071

12  Barry J. Bumgardner (*pro hac vice*)
    barry@nbclaw.net                            Ruffin B. Cordell (*pro hac vice*)

13  Steven W. Hartsell (*pro hac vice*)         cordell@fr.com
    shartsell@nbclaw.net                        1425 K Street, NW

14  3131 West 7th Street, Suite 300             Suite 1100
    Fort Worth, Texas 76107                     Washington, DC 20005

15  [Tel.] (817) 377-9111                       [Tel.] (207) 783-5070
    [Fax] (817) 377-3485                        [Fax] (207) 783-2331

16

17  **BURNS & LEVINSON LLP**                    Christopher O. Green (*pro hac vice*)

18  Howard J. Susser (*pro hac vice*)           cgreen@fr.com
    hsusser@burnslev.com                        Aamir A. Kazi (*pro hac vice*)

19  Zachary R. Gates (*pro hac vice*)           kazi@fr.com
    zgates@burnslev.com                         Jacqueline Tio (*pro hac vice*)

20  Alexandra Capachietti (*pro hac vice*)      tio@fr.com
    acapachietti@burnslev.com                   1180 Peachtree Street, 21st Floor

21  125 Summer Street                           Atlanta, Georgia 30309
    Boston, Massachusetts                       [Tel.] (404) 892-5005

22  [Tel.] 617-345-3000                         [Fax] (404) 892-5002

23  [Fax] 617-345-3299
                                                Benjamin C. Elacqua (*pro hac vice*)
24  **DONOVAN HATEM LLP**                       elacqua@fr.com

25  Paul T. Muniz (*pro hac vice*)              1221 McKinney, Suite 2800
    pmuniz@donovanhatem.com                     Houston, Texas 77010

26  53 State Street, 8th Floor                  [Tel.] (713) 654-5300
    Boston, Massachusetts 02109                 [Fax] (713) 652-0109

27
                                        - 6 -
28  **JOINT STIPULATION REQUESTING ORDER TO EXTEND EXPERT-RELATED DEADLINES AS SET
    FORTH IN APRIL 3, 2014 CASE MANAGEMENT ORDER (DKT. NO. 231)
    CASE NO. 12-CV-02885-LHK**

[Tel.] (617) 406-4610
[Fax] (617) 406-4507

**GARTEISER HONEA, P.C.**
Randall T. Garteiser (SBN 231821)
randall.garteiser@sftrialattorneys.com
Christopher A. Honea (SBN 232473)
chris.honea@sftrialattorneys.com
44 North San Pedro Road
San Rafael, California 94903
[Tel.] (415) 785-3762
[Fax] (415) 785-3805

**Attorneys for Plaintiff GPNE Corp.**

**WILMER CUTLER PICKERING HALE AND DORR LLP**

Joseph J. Mueller (*pro hac vice*)
joseph.mueller@wilmerhale.com
50 State Street
Boston, Massachusetts 02109
[Tel.]  (617) 526-6000
[Fax]  (617) 526-5000

Matthew Hawkinson (SBN 248216)
matthew.hawkinson@wilmerhale.co
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
[Tel.]  (213) 443-5300
[Fax]  (213) 443-5400

Mark D. Selwyn (State Bar No. 244180)
Mark.selwyn@wilmerhale.com
950 Page Mill Road
Palo Alto, CA 94304
[Tel.] (650) 858-6000
[Fax] (650) 858-6100

**Attorneys for Defendant Apple Inc.**

**JOINT STIPULATION REQUESTING ORDER TO EXTEND EXPERT-RELATED DEADLINES AS SET FORTH IN APRIL 3, 2014 CASE MANAGEMENT ORDER (DKT. NO. 231) CASE NO. 12-CV-02885-LHK**

1

## [PROPOSED] ORDER

2
Pursuant to the stipulation of the parties and good cause appearing therefore;

3
     **IT IS SO ORDERED.**

4
Dated: _____, 2014

5

6
                         _____
                         The Honorable Lucy H. Koh
                         United States District Judge

7

8

9

10

11

12

13
I attest that concurrence in the filing of this document has been obtained from the other signatories listed above.

14

15
Dated:  April 17, 2014                KERR & WAGSTAFFE LLP

16
                       By:    */s/ Patricia L. Peden*
                                 Patricia L. Peden

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT STIPULATION REQUESTING ORDER TO EXTEND EXPERT-RELATED DEADLINES AS SET FORTH IN APRIL 3, 2014 CASE MANAGEMENT ORDER (DKT. NO. 231) CASE NO. 12-CV-02885-LHK**

1

## CERTIFICATE OF SERVICE

2   I certify that on this day, April 17, 2014, I caused a copy of this Joint Stipulation Requesting Order to

3   Extend Expert-Related Deadlines, and accompanying declaration of Howard J. Susser in support

4   thereof, to be served on all counsel of record via the CM/ECF system.

5                                                    KERR & WAGSTAFFE LLP

6                                        By:    */s/ Patricia L. Peden*

7                                               Patricia L. Peden

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   4832-0114-7162.2

- 9 -

28   **JOINT STIPULATION REQUESTING ORDER TO EXTEND EXPERT-RELATED DEADLINES AS SET FORTH IN APRIL 3, 2014 CASE MANAGEMENT ORDER (DKT. NO. 231) CASE NO. 12-CV-02885-LHK**