UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| GPNE CORP., | ) | Case No.: 12-CV-2885-LHK |
| Plaintiff, | ) ) | ORDER RE: CONTINUING TRIAL DATES |
| v. | ) ) | |
| APPLE, INC., | ) ) | |
| Defendant. | ) ) | |

The Court would like to continue the start date of the trial to July 18, 2014 at 9 a.m. The seven days of trial would be July 18, July 21, July 22, July 25, July 28, July 29, and August 1. The parties shall each file a statement by May 8, 2014 at 5 p.m. indicating whether this continuance would pose a conflict.

**IT IS SO ORDERED.**

Dated: May 6, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge