UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GPNE CORP., <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Case No.: 12-CV-2885-LHK <br><br> FURTHER ORDER RE: TRIAL DATE |

The parties in a criminal case recently confirmed that they intend to go to trial during the same time as the GPNE v. Apple trial. The Court is willing to keep the trial dates in both cases and wait to see which, if any, case actually goes to trial. If both cases go to trial, the Court is open to a trial trailing procedure as practiced in California state courts or to splitting each trial day and trying the criminal case in the morning and the patent case in the afternoon. However, if GPNE and Apple do not want to split trial days and want more certainty, the Court is also willing to move this trial to September, October or November 2014. The Court would like to discuss the parties' preferences and availability at a specially set status conference on Friday, May 16 anytime between 9 a.m. and 4:30 p.m. The parties may participate by telephone. The parties shall contact Ms. Parker Brown to schedule the status conference.

**IT IS SO ORDERED.**

Dated: May 9, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case Nos.: 12-CV-2885-LHK
FURTHER ORDER RE: TRIAL DATE