**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GPNE CORP., | Case No.: 12-CV-2885-LHK |
| Plaintiff, | CASE MANAGEMENT ORDER |
| v. | |
| APPLE, INC., | |
| Defendant. | |

Clerk:  Martha Parker Brown         Plaintiff's Attorneys: Barry Bumgardner; Howard Susser;
Reporter:  Lee-Anne Shortridge                                       Patricia Peden; Steven Hartsell;
                                                                                        Randall Garteiser
                                                  Defendant's Attorneys: Ruffin Cordell; Kathy Lutton;
                                                                                        Christopher Green

A case management conference was held on May 16, 2014.

The Court referred the parties to Chief Magistrate Judge Laporte for a Magistrate Judge Settlement Conference with a 90-day deadline.

The Court set the following time limits for trial:

- 40 minutes per side for opening statements
- 15 hours per side for evidence
- 1 hour per side for closing arguments

The Court altered the case schedule as follows:

| Scheduled Event | Date |
|---|---|
| Completion of Expert Discovery | May 20, 2014 |
| Motions in Limine/Additional *Daubert* | May 29, 2014 |
| Opposition to Motions in Limine/Additional *Daubert* | June 5, 2014 |
| Final Pretrial Conference/*Daubert* Hearing | June 26, 2014, at 1:30 p.m. |
| Jury Trial | October 6, 2014 at 9 a.m. The trial dates are as follows: October 6, |

1

Case Nos.: 12-CV-2885-LHK
CASE MANAGEMENT ORDER

| | |
|---|---|
| | 2014; October 7, 2014; October 10, 2014; October 14, 2014; October 17, 2014; October 20, 2014; October 21, 2014. |
| Length of Trial | 7 days |

The page limits remain as set in this Court's April 3, 2014 Case Management Order. Each side may file a total of five motions in limine. Each side's motions in limine may not exceed a total of 15 pages; oppositions may not exceed a total of 15 pages. No replies are permitted. Based on the revised damages expert reports, each side may file one *Daubert* motion that may not exceed three pages. Oppositions to these *Daubert* motions shall not exceed three pages. No replies are permitted.

**IT IS SO ORDERED.**

Dated: May 16, 2014

_____
LUCY H. KOH
United States District Judge