```
 1                    UNITED STATES DISTRICT COURT

 2                  NORTHERN DISTRICT OF CALIFORNIA

 3                          SAN JOSE DIVISION

 4


 5
      GPNE CORP.,                      )  C-12-02885 LHK
 6                                     )
                   PLAINTIFF,          )  SAN JOSE, CALIFORNIA
 7                                     )
             VS.                       )  MAY 16, 2014
 8                                     )
      APPLE, INC.,                     )  PAGES 1-15
 9                                     )
                   DEFENDANT.          )
10    _____)

11

12                     TRANSCRIPT OF PROCEEDINGS
                 BEFORE THE HONORABLE LUCY H. KOH
13                   UNITED STATES DISTRICT JUDGE

14

15    A P P E A R A N C E S:

16    FOR THE PLAINTIFF:     NELSON, BUMGARDNER, CASTO
                             BY:  BARRY BUMGARDNER (BY PHONE)
17                                STEVEN W. HARTSELL (BY PHONE)
                             3131 WEST 7TH STREET, SUITE 300
18                           FORT WORTH, TEXAS  76107

19                           BURNS & LEVINSON
                             BY:  HOWARD J. SUSSER (BY PHONE)
20                           125 SUMMER STREET
                             BOSTON, MASSACHUSETTS  02110
21

22              APPEARANCES CONTINUED ON NEXT PAGE

23    OFFICIAL COURT REPORTER:    LEE-ANNE SHORTRIDGE, CSR, CRR
                                  CERTIFICATE NUMBER 9595
24

25          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                 TRANSCRIPT PRODUCED WITH COMPUTER
```

APPEARANCES (CONTINUED)


FOR THE PLAINTIFF:      KERR & WAGSTAFFE
                        BY:  PATRICIA L. PEDEN (BY PHONE)
                        100 SPEAR STREET, 18TH FLOOR
                        SAN FRANCISCO, CALIFORNIA  94105

                        GARTEISER HONEA
                        BY:  RANDALL GARTEISER (BY PHONE)
                        44 NORTH SAN PEDRO ROAD
                        SAN RAFAEL, CALIFORNIA  94903


FOR THE DEFENDANT:      FISH & RICHARDSON
                        BY:  RUFFIN B. CORDELL (BY PHONE)
                        1425 K STREET, N.W., 11TH FLOOR
                        WASHINGTON, D.C.  20005

                        BY:  CHRISTOPHER O. GREEN (BY PHONE)
                        1180 PEACHTREE STREET, 21ST FLOOR
                        ATLANTA, GEORGIA  30309

                        BY:  KATHERINE K. LUTTON (BY PHONE)
                        500 ARGUELLO STREET, SUITE 500
                        REDWOOD CITY, CALIFORNIA  94063

```
 1      SAN JOSE, CALIFORNIA                        MAY 16, 2014
 2                        P R O C E E D I N G S
 3           (COURT CONVENED AT 1:03 P.M.)
 4           THE CLERK:  CALLING CASE NUMBER C-12-02885 LHK, GPNE
 5   CORPORATION VERSUS APPLE.
 6           COUNSEL, I THINK LEE-ANNE ALREADY TOLD YOU, BUT THERE ARE
 7   SO MANY OF YOU ON THE PHONE, PLEASE LET US KNOW WHO YOU ARE
 8   WHENEVER YOU SPEAK.
 9           STATE YOUR APPEARANCES, PLEASE.
10           MR. CORDELL:  HI, YOUR HONOR.  THIS IS RUFFIN CORDELL
11   ON BEHALF OF FISH & RICHARDSON ON BEHALF OF APPLE.
12           THE COURT:  GOOD AFTERNOON.
13           MR. CORDELL:  GOOD AFTERNOON.
14           MR. BUMGARDNER:  YOUR HONOR, THIS IS BARRY BUMGARDNER
15   FOR GPNE CORPORATION.
16           THE COURT:  OKAY.  GOOD AFTERNOON.  IS ANYONE ELSE ON
17   THE LINE?
18           MR. SUSSER:  YOUR HONOR, THIS IS HOWARD SUSSER.  I'M
19   IN BOSTON AND I'M FOR GPNE AND I JUST WILL BE LISTENING.
20           THE COURT:  OKAY.  GOOD AFTERNOON.
21           MS. PEDEN:  GOOD AFTERNOON, YOUR HONOR.  THIS IS
22   PATRICIA PEDEN ON BEHALF OF GPNE.
23           THE COURT:  OKAY.  GOOD AFTERNOON.
24           MR. HARTSELL:  YOUR HONOR, THIS IS STEVEN HARTSELL ON
25   BEHALF OF GPNE.
```

1    THE COURT: STEVEN HARTSELL ON BEHALF OF GPNE, OKAY.
2    GOOD AFTERNOON. I HAVE A STEVEN W. HARTSELL AND A
3    STEVEN WAYNE HARTSELL. THOSE ARE THE SAME PERSON?
4    MR. HARTSELL: SAME PERSON.
5    THE COURT: SAME PERSON, ALL RIGHT. THANK YOU.
6    WELCOME.
7    MR. HARTSELL: THANK YOU.
8    MR. CORDELL: YOUR HONOR, THIS IS RUFFIN CORDELL.
9    WITH ME ARE KATHY LUTTON AND CHRISTOPHER GREEN, ALSO FROM
10   FISH & RICHARDSON ON BEHALF OF APPLE.
11   THE COURT: OKAY. GOOD AFTERNOON.
12   ALL RIGHT. ANYONE ELSE? I THINK THAT'S -- OH, WHAT ABOUT
13   RANDY GARTEISER?
14   MR. GARTEISER: YES, YOUR HONOR, RANDALL GARTEISER
15   FOR GPNE. I'M JUST LISTENING.
16   THE COURT: OKAY. WELCOME.
17   I THINK THAT IS EVERYONE ON OUR LIST.
18   THE CLERK: IT IS.
19   THE COURT: OKAY. ALL RIGHT. GREAT.
20   ALL RIGHT. WELL, I AM VERY SORRY, I REALLY DON'T LIKE TO
21   MOVE TRIALS, BUT I DO HAVE CRIMINAL DEFENDANTS WHO HAVE
22   STATUTORY AND CONSTITUTIONAL SPEEDY TRIAL RIGHTS WHO HAVE
23   INDICATED THAT THEY ARE DEFINITELY GOING TO TRIAL. YOU KNOW
24   HOW THESE GO. WE WILL NEVER REALLY KNOW UNTIL WE START
25   SELECTING A JURY WHETHER WE'RE ACTUALLY GOING OR NOT, BUT THEY

1    HAVE INDICATED THAT THEY ARE, IN FACT, NOT GOING TO RESOLVE.
2            SO I DON'T KNOW IF YOU SAW THE CLERK'S NOTICE FROM EARLIER
3    TODAY.  I COULD ACTUALLY ADVANCE YOUR TRIAL DATE AND HAVE THIS
4    TRIAL BEFORE MY CRIMINAL TRIAL, WHICH WOULD MAKE YOUR JULY 4TH
5    WEEKEND NOT VERY NICE, OR WE CAN MOVE IT, OR WE CAN KEEP IT.
6            WHAT WOULD YOU LIKE TO DO?  I WOULD PREFER NOT TO DELAY IT
7    TOO MUCH IF YOU WANT TO MOVE IT.  CAN ANYONE DO THE EARLIER
8    DATES?
9            MR. BUMGARDNER:  YOUR HONOR, THIS IS BARRY BUMGARDNER
10   FOR GPNE CORP.
11           AS FAR AS THE EARLIER DATES, WE -- WE HAVE DISCUSSED THIS
12   WITH APPLE'S COUNSEL JUST WHEN THAT ORDER CAME OUT, AND I THINK
13   WHILE IT IS -- IT HAS SOME APPEAL.
14           BUT LOGISTICALLY, I THINK IT'S GOING TO BE DIFFICULT FOR
15   GPNE.  WE CERTAINLY HAVE NOT CHECKED WITH OUR WITNESSES AT THIS
16   POINT, SO WE WOULD -- WE DON'T THINK THAT'S A GOOD OPTION FOR
17   US, AND I BELIEVE APPLE HAS INDICATED THE SAME, BUT I'LL
18   CERTAINLY LET MR. CORDELL SPEAK FOR APPLE.
19           MR. CORDELL:  YES, YOUR HONOR.  THIS IS
20   RUFFIN CORDELL.
21           WE LOGISTICALLY WOULD HAVE DIFFICULTY MAKING THE EARLY
22   JULY SETTING, SO WE WOULD ASK THAT THE COURT MOVE THE TRIAL.
23           THE COURT:  OKAY.  AND WHAT DATES ARE YOU LOOKING AT?
24           MR. CORDELL:  THIS IS RUFFIN CORDELL AGAIN.
25           WE CONFERRED WITH PLAINTIFF'S COUNSEL AND THE DATES THAT

1    SEEM TO BE OPEN FOR EVERYONE WOULD BE THE LATTER HALF OF
2    OCTOBER, SPECIFICALLY, OCTOBER 13 THROUGH 24 IS WHAT WE HAD
3    DISCUSSED.
4         (PAUSE IN PROCEEDINGS.)
5            THE COURT:  SO YOU THINK IT'S ONLY GOING TO BE SIX
6    DAYS?
7            MR. BUMGARDNER:  SPEAKING FOR GPNE CORP., YOUR
8    HONOR -- THIS IS BARRY BUMGARDNER -- I THINK SIX DAYS WOULD BE
9    FINE.
10        I GUESS I THINK MORE IN TERMS OF HOURS, 15 HOURS A SIDE.
11   I THINK THAT GIVES -- YOU KNOW, JUST DEPENDING IF THE COURT
12   WANTS TO GO FULL DAYS OR HALF DAYS.  BUT IF WE CAN GET IN 15
13   HOURS A SIDE, FROM GPNE'S PERSPECTIVE, THAT WOULD BE PLENTY OF
14   TIME TO TRY THIS CASE.
15           THE COURT:  OKAY.  LET'S GO AHEAD AND FIGURE OUT OUR
16   LIMITS NOW.  THAT MIGHT HELP WITH SCHEDULING.
17        WHAT ABOUT 45, OR EVEN 40 MINUTES PER SIDE FOR OPENING?
18           MR. BUMGARDNER:  THAT IS -- BARRY BUMGARDNER FOR
19   GPNE.
20        THAT IS FINE WITH US, YOUR HONOR.
21           MR. CORDELL:  AND FOR APPLE, YOUR HONOR, THIS IS
22   RUFFIN CORDELL.
23        THAT SHOULD BE FINE.
24           THE COURT:  OKAY.  40 MINUTES.  SO WE'LL DO 40
25   MINUTES FOR OPENING PER SIDE.

```
 1              YOU WANT 15 HOURS APIECE FOR EVIDENCE.  THAT'S FINE.
 2              WHAT ABOUT AN HOUR APIECE FOR CLOSING, AN HOUR PER SIDE
 3     FOR CLOSING?
 4              MR. BUMGARDNER:  BARRY BUMGARDNER FOR GPNE.
 5           THAT'S CERTAINLY ACCEPTABLE, YOUR HONOR.
 6              MR. CORDELL:  AND YOUR HONOR, FOR -- RUFFIN CORDELL
 7      FOR APPLE.
 8           THAT WOULD BE SUFFICIENT FOR US AS WELL.
 9              THE COURT:  OKAY.  AND WHAT IS THE LIKELIHOOD THAT
10     THIS IS ACTUALLY GOING TO TRIAL ANYWAY?  EVERYONE ELSE HAS
11     SETTLED OUT.  IS THERE STILL THIS ISSUE ABOUT THE DISPUTE IN
12     CHINA?
13              MR. BUMGARDNER:  BARRY BUMGARDNER FOR GPNE, YOUR
14      HONOR.
15           YES, THAT ISSUE REMAINS AND HAS NOT CHANGED FROM WHAT WE
16     REPORTED PREVIOUSLY.  I CAN'T SAY THE -- THERE HAVE BEEN SOME
17     COMMUNICATIONS BETWEEN THE PARTIES REGARDING RESOLVING THIS
18     CASE SHORT OF TRIAL, BUT AT THIS POINT, YOUR HONOR, I THINK
19     FROM GPNE'S PERSPECTIVE, THIS CASE IS LIKELY TO PROCEED TO
20     TRIAL.
21              MR. CORDELL:  YOUR HONOR, THIS IS RUFFIN CORDELL FOR
22      APPLE.
23           I AGREE WITH MR. BUMGARDNER'S CHARACTERIZATION.
24              THE COURT:  CAN I SEND YOU TO ANY FURTHER ALTERNATIVE
25     DISPUTE RESOLUTION?
```

1           MR. BUMGARDNER:  BARRY BUMGARDNER FOR GPNE.
2        YOUR HONOR, WE CERTAINLY APPRECIATE THAT, AND FROM GPNE'S
3   PERSPECTIVE, WE ARE ALWAYS OPEN TO SPEAKING WITH APPLE ABOUT
4   ANY SORT OF ALTERNATIVE DISPUTE RESOLUTION ABOUT RESOLVING THIS
5   CASE.
6           MR. CORDELL:  AND YOUR HONOR, FOR APPLE, THIS IS
7   RUFFIN CORDELL.
8        APPLE IS ALWAYS OPEN TO AND WOULD WELCOME ANY ASSISTANCE
9   TO GET THE CASE RESOLVED.
10           THE COURT:  ALL RIGHT.  SO WHO WOULD YOU LIKE?
11           MR. BUMGARDNER:  WE NEED -- BARRY BUMGARDNER FOR
12   GPNE.
13        WE MEDIATED THIS CASE ONCE AND, RUFFIN, I CANNOT RECALL
14   THE MEDIATOR'S NAME RIGHT OFF, BUT IT'S --
15        I THINK WE'RE GENERALLY OPEN, YOUR HONOR.  IF THE COURT
16   HAS SOME SUGGESTIONS, WE'RE CERTAINLY HAPPY TO ENTERTAIN THOSE,
17   OR I DO NOT MIND GETTING WITH APPLE'S COUNSEL AND GOING BACK TO
18   THE PREVIOUS MEDIATOR OR SOMEONE NEW.
19           MR. CORDELL:  YOUR HONOR, RUFFIN CORDELL.
20        I THINK MAGISTRATE LAPORTE HAS HAD SOME RECENT SUCCESS AND
21   I THINK MIGHT BE A GOOD IDEA, BUT WE'RE HAPPY TO DISCUSS THAT
22   WITH GPNE AND TAKE THE COURT'S DIRECTION.
23           THE COURT:  WELL, WHY DOESN'T GPNE STATE YOUR VIEW
24   NOW?  LET'S JUST GET THIS RESOLVED NOW.  WOULD YOU LIKE A
25   REFERRAL TO MAGISTRATE JUDGE LAPORTE FOR A SETTLEMENT

```
 1     CONFERENCE?
 2             MR. BUMGARDNER:  THAT WOULD BE FINE WITH GPNE, YOUR
 3     HONOR.
 4             THE COURT:  OKAY.
 5             MR. BUMGARDNER:  THIS IS BARRY BUMGARDNER.
 6             THE COURT:  ALL RIGHT.  WELL, RIGHT NOW WE HAVE --
 7     HAVE YOU ALL CONCLUDED YOUR AMENDMENTS OR RENEWED DAMAGES
 8     EXPERT REPORTS?
 9             MR. BUMGARDNER:  BARRY BUMGARDNER, YOUR HONOR.
10         YES, THE -- THE NEW DAMAGES REPORTS HAVE BEEN EXCHANGED BY
11     BOTH EXPERTS.  THE DEPOSITION OF APPLE'S DAMAGES EXPERT
12     OCCURRED A FEW DAYS AGO, AND GPNE'S DAMAGES EXPERT WILL BE
13     DEPOSED ON THIS TUESDAY.
14             THE COURT:  ALL RIGHT.  THAT'LL BE -- SO MAY 20TH,
15      YOU'LL HAVE COMPLETED ALL OF YOUR EXPERT DISCOVERY.
16         NOW, WHAT IS MORE LIKELY TO FACILITATE A SETTLEMENT?
17     KEEPING THE PRETRIAL CONFERENCE DATE OF JUNE 26TH, WHICH I AM
18     HAPPY TO DO?  I DON'T SEE ANY REASON --
19             MR. BUMGARDNER:  THIS IS --
20             THE COURT:   -- ANY REASON TO MOVE THE MOTION IN
21     LIMINE, DAUBERT DEADLINE OF MAY 29TH, THE OPPOSITION DEADLINE
22     OF JUNE 5TH, AND HAVING THE FINAL PRETRIAL CONFERENCE AND
23     DAUBERT HEARING ON JUNE 26TH.
24             MR. BUMGARDNER:  THIS IS BARRY BUMGARDNER FOR GPNE,
25     YOUR HONOR.
```

```
 1              THE COURT:  UM-HUM.
 2              MR. BUMGARDNER:  IT'S -- IF THAT'S -- IF THE COURT
 3     WOULD LIKE TO DO THAT, WE'RE CERTAINLY WILLING TO ABIDE BY
 4     THOSE DATES.
 5          WE HAD DISCUSSED WITH APPLE PUSHING THE PRETRIAL
 6     CONFERENCE AND THOSE DATES FURTHER BACK CLOSER TO, TO THE TRIAL
 7     DATE, AND WE'RE OPEN TO THAT JUST TO GIVE THE PARTIES A LITTLE
 8     BIT MORE -- YOU KNOW, JUST TO GIVE US A LITTLE BIT MORE TIME
 9     AND PUSH SOME OF THIS WORK OUT CLOSER TO TRIAL.
10          BUT, AGAIN, WE'RE HAPPY TO DO WHATEVER THE COURT WOULD
11     LIKE IN THAT REGARD.
12              MR. CORDELL:  YOUR HONOR, THIS IS RUFFIN CORDELL FOR
13     APPLE.
14          ONE OF THE THOUGHTS WE HAD WAS TO MAINTAIN THE CURRENT
15     DAUBERT DATE OF MAY 29, BUT PUSH THE OTHER PRETRIAL DEADLINES
16     BACK JUST TO GIVE THE PARTIES A CHANCE TO RESOLVE THIS.
17          THE CHINA ISSUE REMAINS THE DIFFICULT ONE, BUT PERHAPS
18     WITH MAGISTRATE JUDGE LAPORTE'S ASSISTANCE, WE CAN GET IT DONE.
19          AND I THINK WE HAD PROPOSED TO THE OTHER SIDE THAT WE
20     COULD DO THE PRETRIAL ON AUGUST 27TH OR 28TH, OR SEPTEMBER 3RD
21     OR 4TH.
22              MR. BUMGARDNER:  AND, YOUR HONOR, BARRY BUMGARDNER.
23          THOSE DATES, WE WERE -- THOSE DATES ARE DOABLE FOR US, THE
24     ONES MENTIONED BY APPLE'S COUNSEL, AND WE MIGHT SUGGEST PUSHING
25     THEM BACK EVEN CLOSER TO TRIAL SORT OF WITH THE SAME TIMING AS
```

```
1    IT IS NOW WITH THE PRETRIAL DATE AND THE CURRENT TRIAL DATE.
2         BUT THE DATES MENTIONED BY APPLE'S COUNSEL ARE FINE.
3    THOSE WOULD WORK FOR GPNE.
4         THE COURT:  SO THE LAST TIME THAT YOU ALL WERE HERE,
5    I THINK THAT WAS FOR THE SUMMARY JUDGMENT HEARING, THERE WAS
6    SOME REPRESENTATION BY GPNE'S COUNSEL THAT, THAT GPNE HAS NO
7    CONTROL OVER THE CHINA DISPUTE, OR -- I'M PROBABLY NOT PHRASING
8    IT CORRECTLY.  ISN'T GPNE THE PLAINTIFF IN THE CHINA DISPUTE?
9         MR. BUMGARDNER:  BARRY BUMGARDNER, YOUR HONOR.
10        YES, GPNE IS THE PLAINTIFF, AND WHAT YOUR HONOR MAY BE
11   RECALLING IS THAT MR. SUSSER AND I AND OUR FIRM, WE ARE NOT
12   INVOLVED IN THE CHINA DISPUTE.  SO TO THE EXTENT -- THE LAWYERS
13   HERE IN THE UNITED STATES DO NOT HAVE CONTROL OF THAT, BUT IT
14   IS THE SAME PLAINTIFF, GPNE CORP., THAT IS THE OWNER OF THE
15   CHINESE PATENTS, AS WELL AS THE U.S. PATENTS AND HAVE CONTROL
16   OVER BOTH OF THOSE.
17        MR. SUSSER:  YOUR HONOR, THIS IS HOWARD SUSSER.  MAY
18   I INTERJECT?
19        THE COURT:  PLEASE, GO AHEAD.
20        MR. SUSSER:  THANK YOU, YOUR HONOR.
21        YEAH, I THINK THAT WAS ME WHO SAID THAT.  SO I'M HAPPY TO
22   REPORT THAT WE'VE MADE PROGRESS THERE BY THAT APPLE IN-HOUSE
23   COUNSEL HAS BEEN INTRODUCED TO OUR COUNTERPARTS IN CHINA
24   HANDLING THAT CASE.
25        SO IT'S MOVING IN THE RIGHT DIRECTION IS ALL I CAN SAY
```

1    RIGHT NOW, TO HAVE APPLE IN-HOUSE COUNSEL SPEAKING TO US,
2    THAT'S BARRY AND ME FOR THE U.S. CASE, AND SPEAKING TO OUR
3    COUNTERPARTS IN CHINA FOR THE CHINA CASE.
4         SO I AGREE WITH MR. CORDELL THAT IT IS POSSIBLE, WITH A
5    LITTLE NUDGING, WE MIGHT BE ABLE TO GET CLOSER OR EVEN GET IT
6    DONE.
7         THE COURT:  ALL RIGHT.  WELL, I THINK KEEPING THE
8    PRETRIAL CONFERENCE AND THE DAUBERT DATE ON JUNE 26TH IS JUST
9    THE RIGHT NUDGING TO GET THIS RESOLVED.  ALL RIGHT?  SO I'M NOT
10   MOVING THOSE DATES.
11        THE MOTIONS IN LIMINE AND DAUBERT MOTIONS ARE DUE
12   MAY 29TH; THE OPPOSITIONS ARE DUE JUNE 5TH; WE'LL HAVE A FINAL
13   PRETRIAL CONFERENCE AND DAUBERT HEARING ON JUNE 26TH AT 1:30.
14        I WILL REFER THIS MATTER TO JUDGE LAPORTE FOR A MAGISTRATE
15   JUDGE SETTLEMENT CONFERENCE.
16        OUT OF RESPECT TO HER SCHEDULE, I'M JUST GOING TO SET IT
17   FOR A 90 DAY DEADLINE, BUT OBVIOUSLY PLEASE CALL HER COURTROOM
18   DEPUTY AS QUICKLY AS POSSIBLE TO GET ON CALENDAR AS QUICKLY AS
19   YOU AND SHE ARE ABLE.
20        MR. BUMGARDNER:  YES, YOUR HONOR.
21        THE COURT:  OKAY.  SO WE'LL GO AHEAD AND SET THE
22   DATE -- I'M JUST DOING THE CALCULATION HERE.  IF YOU WANTED 30
23   HOURS OF TESTIMONY, THAT'S ABOUT SIX TO SEVEN DAYS, SO I THINK
24   WE WOULD NEED TO SET THIS FOR PROBABLY AT LEAST SEVEN, AT LEAST
25   SEVEN DAYS.  SO LET'S SAY OCTOBER 13, 14, 17, 20, 21, 24, AND

```
1      27.
2           THE REPORTER:  THE 13TH IS A HOLIDAY.
3           THE CLERK:  THE 13TH IS COLUMBUS DAY.
4           THE COURT:  OH, THAT'S A HOLIDAY.
5      AND, YOU KNOW, I DO HAVE ANOTHER TRIAL -- IS THERE ANY WAY
6  THAT THIS COULD BE A LITTLE BIT EARLIER IN OCTOBER?
7           MR. BUMGARDNER:  THAT WORKS FOR GPNE, YOUR HONOR.
8           MR. CORDELL:  YES, AND A LITTLE BIT EARLIER IN THE
9  MONTH ALSO WORKS FOR APPLE, YOUR HONOR.
10      THIS IS RUFFIN CORDELL.
11           THE COURT:  OH, OKAY.  BECAUSE, YOU KNOW, I HAVE, I
12  THINK, MORE AVAILABILITY IN SEPTEMBER AND MORE AVAILABILITY IN
13  EARLY OCTOBER.  I DO HAVE -- YOU KNOW, I'M TRYING TO MAKE MY
14  BEST GUESSTIMATE OF WHICH CASES ARE ACTUALLY GOING TO GO TO
15  TRIAL, BUT I DO HAVE ONE THAT'S BEGINNING ON OCTOBER 20TH WHICH
16  WILL PROBABLY NOT BE GOING, BUT I CAN'T GUARANTEE IT.  SO A
17  LITTLE BIT EARLIER MIGHT BE SAFER IF THAT WORKS FOR YOU,
18  ESPECIALLY IF WE NEED, YOU KNOW, SEVEN DAYS PLUS DELIBERATION
19  TIME.
20           MR. BUMGARDNER:  THIS IS BARRY BUMGARDNER FOR GPNE
21  CORP., YOUR HONOR.
22      YES, WE ARE GOOD UP THROUGH THE BEGINNING, GOING BACKWARDS
23  FROM, SAY, OCTOBER 1ST THROUGH THOSE TIME PERIODS WE'RE TALKING
24  ABOUT.  ANY OF THAT TIME IS OKAY FOR GPNE.
25           THE COURT:  ALL RIGHT.  DOES THAT WORK FOR APPLE'S
```

```
 1    COUNSEL?
 2         MR. CORDELL:  YOUR HONOR, THIS IS RUFFIN CORDELL.
 3    WE CAN CERTAINLY DO IT EARLIER IN OCTOBER.  OUR PREFERENCE
 4    WOULD BE TO START OCTOBER 6TH, THE WEEK OF OCTOBER 6TH, BUT IF
 5    WE HAD TO MOVE TO THE PRIOR WEEK IN OCTOBER, WE COULD.
 6         AND ACTUALLY, YOUR HONOR, AGAIN, I'M IN THAT -- ONE OF OUR
 7    WITNESSES HAS A CONFLICT PRIOR TO THE 6TH, SO I THINK
 8    OCTOBER 6TH IS THE MOST PRACTICAL DATE WE COULD DO IT.
 9         THE COURT:  OKAY.  SO 6, 7, 10, 14, 17, AND 20, WHICH
10    MIGHT CONFLICT WITH MY OTHER TRIAL.  IF I NEED TO, I'LL DO ONE
11    IN THE MORNING, ONE IN THE AFTERNOON.
12         WHY DON'T WE MOVE THIS TO OCTOBER 6, 7, 10, THE 13TH IS A
13    HOLIDAY SO WE CAN'T HAVE TRIAL THAT DAY, BUT 14, 17, 20 AND, IF
14    NECESSARY, 21.  OKAY?
15         AND I'M SORRY TO HAVE TO MOVE THIS, BUT THOSE WILL BE OUR
16    NEW TRIAL DATES.
17         WHAT ELSE DO WE NEED TO DO TODAY?  WE'RE KEEPING THE
18    PRETRIAL CONFERENCE AND THE DAUBERT HEARING, KEEPING THOSE
19    DEADLINES.
20         AND I THINK LAST TIME, DID I GIVE YOU PAGE LIMITS AND
21    MOTION LIMITS?
22         MR. BUMGARDNER:  BARRY BUMGARDNER FOR GPNE.
23    YES, YOU DID, YOUR HONOR.
24         THE COURT:  OKAY.  ALL RIGHT.  ANYTHING ELSE THAT WE
25    NEED TO DO?
```

1        MR. CORDELL:  NOT FROM APPLE, YOUR HONOR.  THANK YOU.
2        MR. BUMGARDNER:  THIS IS BARRY BUMGARDNER.
3    NOTHING FOR GPNE.  THANK YOU, YOUR HONOR.
4        THE COURT:  ALL RIGHT.  THEN THANK YOU VERY MUCH.
5    THANK YOU FOR YOUR FLEXIBILITY IN HAVING A STATUS CONFERENCE
6    TODAY, I GREATLY APPRECIATE IT, AND THANK YOU FOR BEING SO
7    RESPONSIVE TO MY ORDER ABOUT THE TRIAL DATES.
8        ALL RIGHT.  THANK YOU ALL.  HAVE A GOOD WEEKEND.
9        MR. CORDELL:  THANK YOU, YOUR HONOR.  YOU, TOO.
10       MR. BUMGARDNER:  THANK YOU, YOUR HONOR.
11       (THE PROCEEDINGS WERE CONCLUDED AT 1:23 P.M.)

## CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

_____
LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595

DATED: JUNE 2, 2014