1

**KERR & WAGSTAFFE LLP**
Patricia L. Peden (SBN 206440)
2
Julia A. Stockton (SBN 286944)
101 Mission Street, 18th Floor
3
San Francisco, CA 94105
[Tel.]  (415) 371-8500
4
[Fax]  (415) 371-0500
peden@kerrwagstaffe.com
5
stockton@kerrwagstaffe.com

6
**NELSON BUMGARDNER CASTO, P.C.**
7
Barry J. Bumgardner (*Pro Hac Vice*)
Steven W. Hartsell (*Pro Hac Vice*)
8
Jonathan H. Rastegar (*Pro Hac Vice*)
3131 West 7th Street, Suite 300
9
Fort Worth, Texas 76107
[Tel.] (817) 377-9111
10
[Fax] (817) 377-3485
barry@nbclaw.net
11
shartsell@nbclaw.net
jrastegar@nbclaw.net
12

13

14

**BURNS & LEVINSON LLP**
Howard J. Susser (*Pro Hac Vice*)
Paul T. Muniz (*Pro Hac Vice*)
Zachary R. Gates (*Pro Hac Vice*)
Alexandra Capachietti (*Pro Hac Vice*)
125 Summer Street
Boston, Massachusetts  02110-1624
[Tel.] (617) 345-3000
[Fax] (617) 345-3299
hsusser@burnslev.com
pmuniz@burnlev.com
zgates@burnslev.com
acapachietti@burnslev.com

**GARTEISER HONEA, P.C.**
Randall T. Garteiser (SBN 231821)
Christopher A. Honea (SBN 232473)
44 North San Pedro Road
San Rafael, California 94903
[Tel.] (415) 785-3762
[Fax] (415) 785-3805
randall.garteiser@sftrialattorneys.com
chris.honea@sftrialattorneys.com

15
**ATTORNEYS FOR PLAINTIFF GPNE CORP.**

16

17

18

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

19

20

21

22

23

24

25

| | |
|---|---|
| GPNE CORP.,<br><br>                    Plaintiff,<br><br>     vs.<br><br>APPLE INC.,<br><br>                    Defendant. | Civil No. 5:12-CV-02885-LHK<br><br>**JURY TRIAL DEMANDED**<br><br>**GPNE'S PROPOSED VERDICT FORM**<br><br>Trial Date: October 6, 2014<br>Pre-Trial Conference: June 26, 2014<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form.  Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions.  Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.  Please answer the following questions in the order they appear.  After each question, the form will give you directions on what to do next.

We answer the questions submitted to us as follows:

**QUESTION NO. 1: Direct Infringement**

Did GPNE prove by a preponderance of the evidence that Apple infringed any of the following claims?:

**Answer YES or NO for each listed claim:**

| Asserted Claim | Direct Infringement |
|---|---|
| '267 Claim 42 | |
| '954 Claim 19 | |
| '954 Claim 22 | |
| '492 Claim 37 | |
| '492 Claim 44 | |

**QUESTION NO.  2: Invalidity of Patent By Anticipation**

Did Apple prove by clear and convincing evidence that the following claims were invalid because the Patent(s) were "anticipated"?:

**Answer YES or NO for each listed claim:**

| Asserted Claim | Invalidity by Anticipation |
|---|---|
| '267 Claim 42 | |

| | |
|---|---|
| '954 Claim 19 | |
| '954 Claim 22 | |
| '492 Claim 37 | |
| '492 Claim 44 | |

**QUESTION NO. 3: Invalidity of Patent By Obviousness**

  **The ultimate legal conclusion of the obviousness questions will be made by the Court.**

  Did Apple prove by clear and convincing evidence that the following claims were invalid because the Patent(s) were "obvious" to a person of ordinary skill?:

  **Answer YES or NO for each listed claim:**

| Asserted Claim | Invalidity by Obviousness |
|---|---|
| '267 Claim 42 | |
| '954 Claim 19 | |
| '954 Claim 22 | |
| '492 Claim 37 | |
| '492 Claim 44 | |

**QUESTION NO. 4: Reasonable Royalty**

  **Answer this question only for the claims you found infringed and not invalid:**

  For the claims that you found infringed, what sum of money do you find from a preponderance of the evidence would fairly and reasonably compensate GPNE for Apple's infringement?

  Please answer in dollars and cents.

  Damages Award: $_____

1

2

3    Please have the juror foreperson sign and date this form.

4

5                                          Signed:_____

6

                                                      Foreperson
7

8

9                                          Dated:_____

10          After this verdict form has been signed, notify the bailiff that you are ready to present

11   your verdict in the courtroom.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED:  June 19, 2014

Respectfully Submitted,

/s/ Patricia L. Peden
Patricia L. Peden (SBN 206440)
Julia A. Stockton (SBN 286944)
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105
Phone:  (415) 371-8500
Fax:  (415) 371-0500
peden@kerrwagstaffe.com
stockton@kerrwagstaffe.com

Barry J. Bumgardner (*Pro Hac Vice*)
Texas State Bar No. 00793424
Steven W. Hartsell (*Pro Hac Vice*)
Texas State Bar No. 24040199
Jonathan H. Rastegar (*Pro Hac Vice*)
Texas State Bar No. 24064043
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Phone:  (817) 377-9111
Fax:  (817) 377-3485
barry@nbclaw.net
shartsell@nbclaw.net
jrastegar@nbclaw.net

Howard J. Susser (*Pro Hac Vice*)
Zachary R. Gates (*Pro Hac Vice*)
Alexandra Capachietti (*Pro Hac Vice*)
BURNS & LEVINSON LLP
125 Summer Street
Boston, Massachusetts  02110-1624
Tel. No.: (617) 345-3000
Fax No.: (617) 345-3299
hsusser@burslev.com
zgates@burnslev.com
acapachietti@burnslev.com

Randall T. Garteiser (SBN 231821)
Christopher A. Honea (SBN 232473)
GARTEISER HONEA, P.C.
44 North San Pedro Road
San Rafael, California 94903
Phone: (415) 785-3762
Fax: (415) 785-3805
Randall.garteiser@sftrialattorneys.com
Chris.honea@sftrialattorneys.com

1          **ATTORNEYS FOR PLAINTIFF**
        **GPNE CORP.**

2

3

4                  **<u>CERTIFICATE OF SERVICE</u>**

5        I hereby certify that on June 19, 2014, I electronically submitted GPNE'S PROPOSED

6  VERDICT FORM using the electronic case files system of the court.  The electronic case files

7  system sent a "Notice of Electronic Filing" to individuals who have consented in writing to

8  accept this Notice as service of this document by electronic means.

9

10                    <u>/s/ Patricia L. Peden</u>

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28