UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
COURTROOM NO. 8-4th FLOOR

# CIVIL MINUTES

**Court Proceedings:** Pretrial Conference/Motions Hearing, Thursday, June 26, 2014
**Case Number:** 12-02885-LHK

**Courtroom Deputy Clerk:** Martha Parker Brown         Time in Court: 1hr 56 min
**Court Reporter:** Lee-Anne Shortridge

**TITLE:**   GPNE CORPORATION v. APPLE, INC.

   Attorneys Present:
         For Plaintiff:  Howard Susser/Barry J. Bumbardner/Patricia L. Peden/
               Steven W. Hartsell
         For Defendant: Joseph J. Mueller/Ruffin B. Cordell/Mark D. Selwyn/
               Christopher Green/Kathi Lutton

PROCEEDINGS:

   Pretrial Conference is held and Motions are argued. The Court will issue a written Order. The matter is continued to Wednesday, September 24, 2014 at 2:00 p.m. for further Status/Pretrial Conference.
   Court is adjourned.