UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| GPNE CORP., | ) | Case No.: 12-CV-02885-LHK |
| Plaintiff, | ) ) ) | PRETRIAL CONFERENCE ORDER |
| v. | ) ) | |
| APPLE, INC., | ) ) | |
| Defendant. | ) ) | |

Plaintiff's Counsel: Barry Bumgardner; Howard Susser; Patricia Peden; Steven Hartsell
Defendant's Counsel: Ruffin Cordell; Kathy Lutton; Christopher Green; Joseph Mueller; Mark Selwyn

The Court held a Pretrial Conference in this case on June 26, 2014. A further status conference is set for September 24, 2014 at 2 p.m.

Having considered the briefing and oral arguments presented at the Pretrial Conference and having balanced the appropriate factors under Federal Rule of Evidence 403, the Court rules as follows on the pending Motions in Limine[1] for the reasons stated on the record:

- **Apple Motion in Limine No. 1 to Preclude GPNE from Offering Evidence or Argument Relating to Successful Outcome of Reexamination Proceedings:** DENIED.

- **Apple Motion in Limine No. 3 to Preclude GPNE from Offering Evidence or Argument Concerning Infringement Under the Doctrine of Equivalents:** GRANTED IN PART AND DENIED IN PART. Based on GPNE's statements at the June 26, 2014 hearing, Dr. Dinan has not offered an opinion regarding infringement under the doctrine of equivalents as to the accused LTE devices. Accordingly, Apple's motion is GRANTED to the extent that Dr. Dinan may not offer testimony at trial

---

[1] The Court has already ruled on the other Motions in Limine. *See* ECF No. 319.

United States District Court
For the Northern District of California

regarding the doctrine of equivalents as to the accused LTE devices. Apple's motion is otherwise DENIED. Apple has not demonstrated that vitiation applies here.

- **Apple Motion in Limine No. 5 to Preclude GPNE from Offering Evidence or Argument Concerning Apple's Total Revenues or Profits from Accused or Non-Accused Products:** The parties shall file a stipulation by July 10, 2014 that indicates what portion of this motion in limine remains in dispute. The parties shall also address what portion of the pending *Daubert* motion regarding Mr. Dansky's opinions relating to the convoyed sales issue remains in dispute. The Court will issue a separate order on the *Daubert* motion and will issue an order on Apple's Motion in Limine No. 5 as needed.

- **GPNE Motion in Limine No. 4 to Exclude Testimony Related to the Agilent SIM Card:** GRANTED. Dr. Wilson's testimony as to the Agilent SIM card is not relevant to whether Dr. Dinan's test proves that Apple's accused devices infringe the Patents-in-Suit because the Agilent SIM card does not alter the functionality claimed by the Patents-in-Suit. As the Court stated in its summary judgment order, "under Apple's logic, no device sold by Apple is even capable of operating on a telephone network." ECF No. 239, Order Granting in Part and Denying in Part Motion for Summary Judgment, at 14. Dr. Wilson's testimony as to the Agilent SIM card is therefore irrelevant and substantially risks confusing the jury.

In addition, the Court made the following rulings on the record at the Pretrial Conference:

- **Supplemental Expert Reports on Indefiniteness**: The Court allowed the parties to engage in supplemental expert reports on indefiniteness in light of the Supreme Court's decision in *Nautilus, Inc. v. Biosig Instruments, Inc.*, 134 S. Ct. 2120 (2014). Any indefiniteness issues will be decided by the Court, and not tried to the jury. The Court set a twelve-page limit for expert reports. The deadlines for supplemental expert discovery are as follows:
  - ○ Apple's Supplemental Opening Report: July 25, 2014
  - ○ GPNE's Supplemental Rebuttal Report: August 29, 2014
  - ○ Close of Supplemental Expert Discovery: September 12, 2014

- **Jury Selection**:
  - ○ The Court will seat eight jurors. The Court will conduct voir dire. The Court will permit 15 minutes of attorney voir dire per side. The Court does not permit jury questionnaires.
  - ○ The parties shall file by October 2, 2014 a joint list of witnesses, deponents, attorneys, law firms, and trial dates and times to be used during jury selection. The parties shall bring 40 copies of this list on October 6, 2014.

- **Time Limits**: The trial time limits remain as previously set. The parties shall have 40 minutes per side for opening statements, 15 hours per side for evidence, and 1 hour per side for closing arguments.

- **High Priority Objections:**
  - ○ The parties shall file objections to witnesses, exhibits, and demonstratives by no later than 8 a.m. the day before the witness is to testify or the exhibit or

demonstrative is to be used. Responses shall be filed at the same time. The parties shall stipulate to a timeline for exchange of these materials and for a meet and confer prior to the filing. Objections and responses shall total no more than 5 pages per side per day. The parties may object to three exhibits per witness, and may raise two objections per exhibit. The parties may raise three objections to the deposition testimony of a witness. Any other objections shall be made during trial. The responding party shall format the response pursuant to the objecting party's formatting. Any requests to seal exhibits shall be included in one additional page in the objections and responses themselves.

o The parties shall file their objections and responses to opening statement demonstratives by Thursday, October 2, 2014, at 1 p.m. The parties shall provide a joint proposal regarding the maximum number of slides to be exchanged for opening statements and closing arguments by September 19, 2014.

- **Exhibit Lists:** The parties shall meet and confer to develop a joint exhibit list. The parties shall file the joint exhibit list, and revised versions of their separate exhibit lists that omit the exhibits that were moved to the joint exhibit list, by September 17, 2014.

- **Deposition Designations:** The parties shall file deposition designations by August 22, 2014. The parties shall file objections and counter-designations by September 5, 2014.

- **Jury Notebooks:** The parties shall prepare joint stipulated jury notebooks and bring twelve copies (eight for the jurors and four for the Court) on Friday, October 3, 2014. The parties must stipulate to everything in the jury notebooks. If no agreement can be reached, the item or information is not permitted in the jury notebooks. The jury notebooks are to include:
  o Lists of witnesses, attorneys, and trial dates and times
  o Sample patent to accompany the Federal Judicial Center patent video
  o Preliminary Jury Instructions
  o Two-columned chart of the asserted claims: The left column shall contain the asserted claims with the construed terms highlighted. The right column shall contain the Court's claim construction of the highlighted terms.
  o Glossary
  o All asserted patents
  o Tab for witness photos. The parties shall take a photo of each witness outside the Courtroom immediately before the witness testifies and shall provide the Courtroom Deputy 12 three-hole punched 8 1/2 x 11 copies of each photo. The Courtroom Deputy will distribute the photos. The witness must appear the same in the photo as he/she will appear on the witness stand (e.g., same clothing, hairstyle, eyewear).
  o Tab for Final Jury Instructions
  o Blank lined paper

- **FJC Video**: The parties agreed that the jury would view the latest version of the FJC video. The parties are responsible for providing and playing the FJC video on October 6, 2014.

- **Final Jury Instructions**: The parties shall file joint revised final jury instructions by July 15, 2014.

Case No.: 12-CV-02885-LHK
PRETRIAL CONFERENCE ORDER

**United States District Court**
For the Northern District of California

- **Trial Schedule**: The trial schedule will be 9:00 a.m. to 4:30 p.m., with a lunch break from 12:00 p.m. to 1:00 p.m., on Monday, Tuesday, and Friday. The trial will take place in Courtroom Eight on the fourth floor of the San Jose Courthouse. The seven-day jury trial remains as scheduled for October 6, 2014; October 7, 2014; October 10, 2014; October 14, 2014; October 17, 2014; October 20, 2014; and October 21, 2014.

**IT IS SO ORDERED.**

Dated: July 6, 2014

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

Case No.: 12-CV-02885-LHK
PRETRIAL CONFERENCE ORDER

United States District Court
For the Northern District of California