UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| GPNE CORP., | ) | Case No.: 12-CV-02885-LHK |
| Plaintiff, | ) ) | ORDER ON STIPULATION |
| v. | ) ) | NEGOTIATIONS |
| APPLE, INC., | ) ) | |
| Defendant. | ) ) | |
| | ) | |

In light of the parties' notices regarding the status of stipulation negotiations (ECF Nos. 332, 333), it is hereby ORDERED that the deadline for the parties to file a stipulation that indicates what portions of Apple's Motion in Limine No. 5 and the *Daubert* motion regarding Mr. Dansky's opinions relating to the convoyed sales issue remain in dispute is continued to July 18, 2014.

**IT IS SO ORDERED.**

Dated: July 14, 2014

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-02885-LHK
ORDER ON STIPULATION NEGOTIATIONS

United States District Court
For the Northern District of California