1

FISH & RICHARDSON P.C.

2

Katherine K. Lutton (CSB No. 194971)
lutton@fr.com

3

500 Arguello Street, Suite 500
Redwood City, CA 94063

4

Tel: (650) 839-5070 Fax: (650) 839-5071

5

Ruffin B. Cordell (*pro hac vice*)
cordell@fr.com

6

1425 K Street, NW, Suite 1100
Washington, DC 20005

7

Tel: (207) 783-5070 Fax: (207) 783-2331

8

Christopher O. Green (*pro hac vice*)
cgreen@fr.com

9

Aamir A. Kazi (*pro hac vice*)
kazi@fr.com

10

Jacqueline Tio (*pro hac vice*)
tio@fr.com

11

1180 Peachtree Street, 21st Floor
Atlanta, GA 30309

12

Tel: (404) 892-5005 Fax: (404) 892-5002

13

Benjamin C. Elacqua (*pro hac vice*)
elacqua@fr.com

14

Brian G. Strand (*pro hac vice*)
strand@fr.com

15

1221 McKinney Street, Suite 2800
Houston, TX 77010

16

Tel: (713) 654-5300 Fax: (713) 652-0109

17

WILMER CUTLER PICKERING HALE AND
DORR LLP

Joseph J. Mueller (*pro hac vice*)
joseph.mueller@wilmerhale.com
60 State Street
Boston, MA 02109
Tel: (617) 526-6000 Fax: (617) 526-5000

Matthew Hawkinson (CSB No. 248216)
matthew.hawkinson@wilmerhale.com
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Tel: (213) 443-5300 Fax: (213) 443-5400

Mark D. Selwyn (CSB No. 244180)
mark.selwyn@wilmerhale.com
950 Page Mill Road
Palo Alto, CA 94304
Tel:  (650) 858-6000 Fax: (650) 858-6100

*Attorneys for Defendant APPLE INC.*

18

19

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN JOSE DIVISION)**

20

21

GPNE, CORP.

22

Plaintiff,

23

v.

24

APPLE INC.,

25

Defendant.

Case No. 5:12-cv-02885-LHK

**APPLE INC.'S NOTICE PURSUANT TO**
**35 U.S.C. § 282**

26

27

28

Pursuant to 35 U.S.C § 282, Defendant Apple Inc. ("Apple") hereby gives notice that it may rely on the patents, publications, and other prior art described herein to show anticipation, obviousness, and/or the "state of the art" of one or more claims of U.S. Patent Nos. 7,555,267, 7,570,954, and 7,792,492 (collectively, the "Patents-in-Suit").

In addition to the items listed herein, Apple incorporates by reference all patents, publications, and other prior art cited in the expert reports submitted in this action, or otherwise disclosed to GPNE in this action by Apple or any of its co-defendants, including but not limited to all prior art cited or disclosed in Apple's invalidity contentions or discovery responses, the prosecution history of the Patents-in-Suit and any related patent applications (including the file history), Initial Disclosures, Apple's List of Trial Exhibits, GPNE's List of Trial Exhibits, the Parties' Joint Exhibit List, Apple's Witness List (Dkt. No. 305-2), and GPNE's Witness List (Dkt. No. 305-1).

## A.    PATENTS

| No. | Country | Patent No. | Date Issued | Inventor |
|-----|---------|-----------|-------------|----------|
| 1. | U.S. | 3,488,445 | Jan. 6, 1970 | Robert W. Chang |
| 2. | U.S. | 4,736,371 | Apr. 5, 1988 | Shunichiro Tejima et al. |
| 3. | U.S. | 5,025,442 | Jun. 18, 1991 | Charles N. Lynk et al. |
| 4. | U.S. | 5,068,916 | Nov. 26, 1991 | Colin G. Harrison et al. |
| 5. | U.S. | 5,134,615 | Jul. 28, 1992 | Thomas A. Freeburg et al. |
| 6. | U.S. | 5,142,533 | Aug. 25, 1992 | Kenneth J. Crisler et al. |
| 7. | U.S. | 5,172,375 | Dec. 15, 1992 | Yukari Kou |
| 8. | U.S. | 5,197,125 | Mar. 23, 1993 | Gernot M. Engel et al. |
| 9. | U.S. | 5,210,771 | May 11, 1993 | Dennis R. Schaeffer et al. |
| 10. | U.S. | 5,239,677 | Aug. 24, 1993 | Leon Jasinski |
| 11. | U.S. | 5,278,827 | Jan. 11, 1994 | Alan Pound |
| 12. | U.S. | 5,282,222 | Mar. 31, 1992 | Michel Fattouche et al. |
| 13. | U.S. | 5,299,198 | Mar. 29, 1994 | Stanley E. Kay et al. |
| 14. | U.S. | 5,303,393 | Apr. 12, 1994 | Gary Noreen et al. |

| No. | Country | Patent No. | Date Issued | Inventor |
|---|---|---|---|---|
| 15. | U.S. | 5,373,503 | Dec. 13, 1994 | Kwang-Cheng Chen |
| 16. | U.S. | 5,420,851 | May 30, 1995 | Nambirajan Seshadri et al. |
| 17. | U.S. | 5,422,656 | Jun. 6, 1995 | David J. Allard et al. |
| 18. | U.S. | 5,444,697 | Aug. 22, 1995 | Cybil S. Leung et al. |
| 19. | U.S. | 5,465,401 | Nov. 7, 1995 | E. Earle Thompson |
| 20. | U.S. | 5,548,631 | Aug. 20, 1996 | Jay Krebs et al. |
| 21. | U.S. | 5,603,081 | Feb. 11, 1997 | Alex K. Raith et al. |
| 22. | U.S. | 5,677,909 | May 11, 1994 | Carolyn Heide |
| 23. | U.S. | 5,717,688 | Feb. 10, 1998 | Philip H. Belanger et al. |
| 24. | U.S. | 5,802,502 | Sept. 1, 1998 | Michael Anthony Gell et al. |
| 25. | U.S. | 7,609,747 | Oct. 27, 2009 | Ronald L. Mahany |

## B.   PRINTED PUBLICATIONS/ARTICLES/DOCUMENTS

| No. | Title | Date | Author(s) |
|---|---|---|---|
| 26. | "The GSM System for Mobile Communications," published by Cell & Sys., International Standard Book Number: 2-9507190-0-7 (GPNE_DEF-0006301-7005) | 1993 | Michel Mouly; Marie-Bernadette Pautet |
| 27. | GSM Release 92, Phase 1 | 1992 | |
| 28. | GSM 02.01 v.3.2.0 "Principles of Telecommunications Services Supported by a GSM PLMN" (GPNE_DEF-0007235-7254) | Feb. 1992 | ETSI PT12 |
| 29. | GSM 02.02 v.3.2.0 "Bearer Services Supported by a GSM PLMN" (GPNE_DEF-0007255-7296) | Feb. 1992 | ETSI PT12 |
| 30. | GSM 02.03 v.3.4.0 "Teleservices Supported by a GSM PLMN" (GPNE_DEF-0001216-1240) | Feb. 1992 | ETSI PT12 |
| 31. | GSM 03.09 v.3.2.1 "Handover Procedures" (GPNE_DEF-0001241-1280) | Feb. 1992 | ETSI PT12 |

| No. | Title | Date | Author(s) |
|-----|-------|------|-----------|
| 32. | GSM 03.10 v.2.0.0 "GSM PLMN Connection Types" (APP-GPNE0996541-6630) | Jan. 22, 1988 | Benard-Dende |
| 33. | GSM 04.05 v.3.1.5 "MS - BSS Data Link Layer General Aspects" (GPNE_DEF-0000530-547) | Feb. 1992 | ETSI PT12 |
| 34. | GSM 04.06 v.3.9.0 "MS – BSS Data Link Layer Specification" (GPNE_DEF-0000548-636) | Feb. 1992 | ETSI PT12 |
| 35. | GSM 04.07 v.3.3.3 "Mobile Radio Interface Signalling Layer 3 – General Aspects" (GPNE_DEF-0007345-7410) | Feb. 1992 | ETSI PT12 |
| 36. | GSM 04.08 v.3.13.0 "Mobile Radio Interface Layer 3 Specification" (GPNE_DEF-0000637-1089) | Feb. 1992 | ETSI PT12 |
| 37. | GSM 04.11 v.3.3.0 "Point-to-Point Short Message Service Support On Mobile Radio Interface" (GPNE_DEF-0001090-1162) | Jan. 1993 | ETSI/GSM |
| 38. | GSM 05.01 v.3.3.2 "Physical Layer on the Radio Path: General Description" (GPNE_DEF-0001163-1178) | Feb. 1992 | ETSI PT12 |
| 39. | GSM 05.02 v.3.6.1 "Multiplexing and Multiple Access On the Radio Path" (GPNE-APP00029826-865) | Feb. 1992 | ETSI/GSM |
| 40. | GSM 05.05 v.3.13.0 "Radio Transmission and Reception" (GPNE-APP00029963-986) | May 1992 | ETSI/GSM |
| 41. | GSM 05.08 v.3.7.0 "Radio Sub-System Link Control" (GPNE_DEF-0007337-7344) | Feb. 1992 | ETSI PT12 |
| 42. | GSM 05.10 v.3.5.1 "Radio Sub-System Synchronization" (GPNE_DEF-0007297-7336) | Oct. 1992 | ETSI PT12 |

4

| No. | Title | Date | Author(s) |
|---|---|---|---|
| 43. | RFC 791 "Internet Protocol Darpa Internet Program Protocol Specification" (http://www.ietf.org/rfc/rfc791.txt) | Sept. 1981 | Information Sciences Institute, University of Southern California |
| 44. | Ethernet standard (http://standards.ieee.org/about/get/802/802.3.html) | 1980 | IEEE |
| 45. | CCITT Rec X.25 Series X: Data Communications Networks: Services and Facilities, Interfaces "Interface Between Data Terminal Equipment (DTE) and Data Circuit-Terminating Equipment (DCE) for Terminals Operating in the Packet Mode and Connected to Public Data Networks by Dedicated Circuit" (GPNE_DEF-0007006-7161) | Nov. 1988 | The International Telegraph and Telephone Consultative Committee |
| 46. | Internet File Transfer Protocol (FTP) in version RFC 354 (https://tools.ietf.org/html/rfc354) | Jul. 8, 1972 | Abhay Bhushan |
| 47. | Trivial File Transfer Protocol (TFTP) protocol Revision 2 (http://tools.ietf.org/html/rfc1350) | Jul., 1992 | K. Sollins |
| 48. | International Patent Application No. WO 94/09597, titled "A Random Access Method in a Radio System" (GPNE_DEF-0000491-511) | Apr. 28, 1994 | Reino Talarmo |
| 49. | International Patent Application No. WO 94/24786, titled "Layer 2 Protocol for the Random Access Channel and the Access Response Channel" (GPNE_DEF-0000206-230) | Oct. 27, 1994 | John Diachina |
| 50. | CDPD Version 1.0 Specification | 1993 | |
| 51. | Interim Standard 3 (IS-3) | By 1993 | TIA/EIA |
| 52. | Interim Standard 54 (IS-54) | By 1993 | TIA |
| 53. | Interim Standard 95 (IS-95) | By 1993 | TIA |

5

| No. | Title | Date | Author(s) |
|-----|-------|------|-----------|
| 54. | Wireless Communications Systems: From RF Subsystems to 4G Enabling Technologies, Cambridge University Press | 2010 | Ke-Lin Due; M.N.S. Swamy |
| 55. | X.25 | 1976 | International Tele-communications Union |
| 56. | "Analysis and Simulation of a Digital Mobile Channel Using Orthogonal Frequency Division Multiplexing," IEEE Transactions On Communications, Vol. Com-33, No. 7 | Jul. 7, 1985 | Leonard J. Cimini, Jr. |
| 57. | "Multicarrier Modulation for Data Transmission: An Idea Whose Time Has Come," IEEE Communications Magazine | May 1990 | John A.C. Bingham |
| 58. | "OFDM for Data Communication Over Mobile Radio FM Channels – Part 1: Analysis and Experimental Results," IEEE Transactions On Communications, Vol. 39, No. 5 | May 1991 | Eduardo F. Casas and Cyril Leung |
| 59. | U.S. Patent Application No. 11/449,187 | Jun. 8, 2006 | Gabriel K. Wong et al. |
| 60. | AMPS Spec – Cellular System Mobile Station – Land Station Compatibility Specification (GPNE_DEF-0002082-147) | Jul. 1983 | John A. Reed |
| 61. | A Preliminary Design of a TDMA System for Fleetsat, Massachusetts Institute of Technology, Lincoln Laboratory (GPNE_DEF-0001629-722) | Mar. 12, 1975 | J.D. Bridwell and I. Richer |
| 62. | A Terminal Access Control System for Fleesat, Massachusetts Institute of Technology, Lincoln Laboratory (GPNE_DEF-0001553-628) | Nov. 22, 1976 | J.D. Bridwell |
| 63. | Advanced Mobile Phone Service: Control Architecture, American Telephone and Telegraph Company, The Bell System Technical Journal, Vol. 58, No. 1 (GPNE_DEF-0002148-63) | Feb. 15, 1978 | Z.C. Fluhr and P.T. Porter |

6

| No. | Title | Date | Author(s) |
|---|---|---|---|
| 64. | "Multiple Channel Demand Assignment Multiple Access (DAMA) System Design for UHF MILSATCOM," A Collection of Technical Papers, Part 2, 13th AIAA International Communication Satellite Systems Conference and Exhibit, Los Angeles, CA, pgs. 712-719, M/A-Com Government Systems, published by the American Institute of Aeronautics and Astronautics, Inc. (GPNE_DEF-0001481-1489) | Mar. 11-15, 1990 | G.M. Engel and E.F. Smith |
| 65. | Mobitex Interface Specification, Document Number: 1551-CNH160 013 Uen, Rev B (GPNE_DEF-0002503-2972) | Jun. 4, 2002 | |
| 66. | Research In Motion – Mobitex User's Handbook for the Mobidem AT, Version 1.0 (GPNE_DEF-0004063-4130) | Apr. 1993 | Research In Motion |
| 67. | Nokia 2110 User's Guide, Issue 5 (RIM-GPNE00041326-41388) | 1993 | Nokia |
| 68. | "Terminal Access Control System (TACS) Circuit Allocation," Project Report NSP-4, Massachusetts Institute of Technology, Lincoln Laboratory (GPNE_DEF-0001490-1537) | May 8, 1978 | L.E. Taylor |
| 69. | "TACS – A Demand Assignment System For FLEETSAT," IEEE Transactions on Communications, Vol. Com.-27, No. 10 (GPNE_DEF-0001538-1552) | Sept. 1979 | Lee E. Taylor and Steven L. Bernstein |
| 70. | "The History of Wireless" | 2008 | Ira Brodsky |
| 71. | "GSM: Switching, Services and Protocols," John Wiley and Sons | 1999 | Jörg Eberspächer and Hans-Jörg Vogel |

## C.    PRIOR ART SYSTEMS/SOFTWARE

| No. | Title | Date | Author(s) |
|---|---|---|---|
| 72. | ALOHAnet for data communications | Early 1970s | The University of Hawaii |
| 73. | Motorola's FLEX | Early 1990s | Motorola |

7

| No. | Title | Date | Author(s) |
|-----|-------|------|-----------|
| 74. | Motorola Adviser Pager | Early 1990s | Motorola |
| 75. | Mobitex, with service from RAM Mobile Data | By 1993 | RAM Mobile Data |
| 76. | DataTAC, with service from ARDIS | By 1993 | ARDIS |
| 77. | Cellular Digital Packet Data (CDPD) | 1995 | |
| 78. | Advanced Mobile Phone System (AMPS) | By 1993 | Standardized by the Tele-communications Industry Association/Electronics Industry Association |
| 79. | Time Division Multiple Access (TDMA) | By 1993 | Standardized by the Telecommunications Industry Association |
| 80. | Code Division Multiple Access (CDMA) | Jul. 1993 | Adopted by the Telecommunications Industry Association |
| 81. | Global System for Mobile Communications (GSM) system | 1992 | |
| 82. | Short Message Service (SMS) | By 1993 | |
| 83. | LapLink | Prior to 1993 | Traveling Software |
| 84. | NetManage software | 1993 | NetManage |
| 85. | Wireless networking of OFDM technology | 1995 | University of British Columbia |

Apple reserves the right to supplement or to modify the foregoing through and including the time of trial.


Dated:  September 5, 2014

By:  _/s/ Christopher O. Green_
Christopher O. Green

Attorneys for Defendant
APPLE INC.

8