KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
FRANCES S. LEWIS (291055)
flewis@susmangodfrey.com
TREVOR P. STUTZ (296882)
tstutz@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
[Tel.] (310) 789-3100
[Fax] (310) 789-3150

MAX L. TRIBBLE, JR. (*pro hac vice*)
mtribble@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002-5096
[Tel.] (713) 651-9366
[Fax] (713) 654-6666

Attorneys for Plaintiff GPNE Corp.

(See Signature Page for Names and Addresses of Additional Counsel for Plaintiff)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| GPNE CORP., <br><br> Plaintiff, <br><br> vs. <br><br> APPLE, INC. <br><br> Defendant. | Case No: 12-cv-02885-LHK <br><br> **PLAINTIFF'S TRIAL EXHIBIT LIST** <br><br> Trial Date:     October 6, 2014 |

Pursuant to the court's Pretrial Conference Order (Doc. No. 327) Plaintiff GPNE Corp. submits its Trial Exhibit List attached here as Exhibit A. GPNE Corp. reserves the right to use any exhibits on Defendant Apple Inc.'s Trial Exhibit List.

Dated: September 17, 2014

KALPANA SRINIVASAN
MAX L. TRIBBLE, JR.
FRANCES S. LEWIS
TREVOR P. STUTZ
SUSMAN GODFREY LLP

BARRY J. BUMGARDNER (*Pro Hac Vice*)
barry@nbclaw.net
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
[Tel.] (817) 377-9111
[Fax] (817) 377-3485

HOWARD J. SUSSER (*Pro Hac Vice*)
hsusser@burnslev.com
ZACHARY R. GATES (*Pro Hac Vice*)
zgates@burnslev.com
ALEXANDRA CAPACHIETTI (*Pro Hac Vice*)
acapachietti@burnslev.com
BURNS & LEVINSON LLP
125 Summer Street
Boston, Massachusetts 02110-1624
[Tel.] (617) 345-3000
[Fax] (617) 345-3299

By:   */s/ Kalpana Srinivasan*
      Kalpana Srinivasan
      Attorneys for Plaintiff GPNE Corp.