# Exhibit A

| Plaintiff's Prelim PX No. | Final PTX No. | Date | Description and Bates Range | Sponsoring Witness(es) | Category | Marked | Offered | Objection | Admitted | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 1 | 9/14/2012 | Reexamination File History of U.S. Patent No. 7,555,267 | G. Wong; E. Wong | | | | | | |
| 8 | 2 | 9/14/2012 | Reexamination File History of U.S. Patent No. 7,792,492 | G. Wong; E. Wong | | | | | | |
| 9 | 3 | 9/14/2012 | Reexamination File History of U.S. Patent No. 7,570,954 | G. Wong; E. Wong | | | | | | |
| 13 | 4 | | Physical Device:  iPad Mini (Model No. A1454) (Serial No. F4KK6632F199) | E. E. Dinan | | | | | | |
| 14 | 5 | | Physical Device:  Iphone 5: (Model No. A1428) (Serial No. DNTK58R1DTTN) | E. E. Dinan | | | | | | |
| 15 | 6 | | Physical Device:  iPAD-2 32 GB:  (Model No. A1396) (Serial No. DN6FNJH5DFJ2) | E. E. Dinan | | | | | | |
| 16 | 7 | | Physical Device:  iPhone 4S (Model No. A1387) (Serial No. C8PJW4NDDT9Y) | E. E. Dinan | | | | | | |
| 17 | 8 | | Physical Device:  iPhone 4 (Model No. MD128LL/A) (Serial No. DNQK5H9GDP0N) | E. Dinan | | | | | | |
| 19 | 9 | 1/23/2014 | Exhibits to the Expert Report of  Neil Birkett, Ph.D. | N. Birkett | | | | | | |
| 20 | 10 | | estimation of iTunes, App Store and Related Revenue per Device | N. Birkett | | | | | | |
| 21 | 11 | 11/13/2013 | Web page from Apple.com: Identifying iPhone models (iPhone 5), accessed 11/13/2013 | N. Birkett | | | | | | |
| 22 | 12 | 3/19/2012 | Bill of Materials document for Apple device APP-GPNE0634837 | N. Birkett | | | | | | |
| 24 | 13 | 3/19/2012 | Bill of Materials document for Apple device APP-GPNE0635435 | N. Birkett | | | | | | |
| 25 | 14 | 3/19/2012 | Bill of Materials document for Apple device APP-GPNE0635635 | N. Birkett | | | | | | |
| 26 | 15 | 10/10/2012 | Bill of Materials document for Apple device APP-GPNE0672844 | N. Birkett | | | | | | |
| 27 | 16 | 11/11/2012 | Bill of Materials document for Apple device APP-GPNE0675362 | N. Birkett | | | | | | |

| Plaintiff's Prelim PX No. | Final PTX No. | Date | Description and Bates Range | Sponsoring Witness(es) | Category | Marked | Offered | Objection | Admitted | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 17 | 11/8/2012 | Bill of Materials document for Apple device APP-GPNE0675131 | N. Birkett | | | | | | |
| 29 | 18 | 10/10/2012 | Bill of Materials document for Apple device APP-GPNE0673513 | N. Birkett | | | | | | |
| 30 | 19 | 11/6/2012 | Report for Apple Product APP-GPNE1014024 | N. Birkett | | | | | | |
| 31 | 20 | 2/24/2012 | Report for Apple Product APP-GPNE0001230 | N. Birkett | | | | | | |
| 32 | 21 | 2/24/2012 | Report for Apple Product APP-GPNE0529580 | N. Birkett | | | | | | |
| 35 | 22 | 6/7/2010 | Report for Apple Product APP-GPNE0002354 | N. Birkett | | | | | | |
| 36 | 23 | 9/29/2011 | Report for Apple Product APP-GPNE0001049 | N. Birkett | | | | | | |
| 37 | 24 | 8/31/2012 | Report for Apple Product APP-GPNE0001481 | N. Birkett | | | | | | |
| 38 | 25 | 9/4/2012 | Report for Apple Product APP-GPNE1013716 | N. Birkett | | | | | | |
| 39 | 26 | 12/4/2013 | GPNE's First Amended Infringement Contentions, dated December 4, 2013 | N. Birkett; E. Dinan | | | | | | |
| 40 | 27 | 10/00/2007 | 3GPP TS 51.010-1 including version 9.1.0 | N. Birkett, E. Dinan | | | | | | |
| 41 | 28 | 12/00/2011 | 3GPP TS 51.010-1 including version 9.6.0 | N. Birkett, E. Dinan | | | | | | |
| 42 | 29 | 03/00/2012 | 3GPP TS 51.010-1 including version 9.8.0 | N. Birkett, E. Dinan | | | | | | |
| 43 | 30 | 08/00/2012 | 3GPP TS 51.010-1 including version 10.1.0 | N. Birkett, E. Dinan | | | | | | |
| 44 | 31 | 03/00/2012 | LTE; Evolved Universal Terrestrial Radio Access (E-UTRA) and Evolved Packet Core (EPC); User Equipment (UE) conformance specification; Part 1: Protocol conformance specification (3GPP TS 36.523-1 Version 9.7.0 Release 9) | N. Birkett, E. Dinan | | | | | | |

| Plaintiff's Prelim PX No. | Final PTX No. | Date | Description and Bates Range | Sponsoring Witness(es) | Category | Marked | Offered | Objection | Admitted | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 45 | 32 | 08/00/2012 | LTE; Evolved Universal Terrestrial Radio Access (E-UTRA) and Evolved Packet Core (EPC); User Equipment (UE) conformance specification; Part 1: Protocol conformance specification (3GPP TS 36.523-1 Version 10.1.0 Release 10) | N. Birkett, E. Dinan | | | | | | |
| 50 | 33 | | M. Dansky CV | M. Dansky | | | | | | |
| 52 | 34 | 2/7/2014 | Meyer's Rebuttal Report dated February 7, 2014 | M. Dansky | | | | | | |
| 53 | 35 | 3/00/2008 | Bakhshi, Shiv K, PhD et al, "Worldwide Converged Mobile Device 2008-2012 Forecast and Analysis: A Category Comes of Age", IDC #211431, Vol. 1, March 2008. | M. Dansky | | | | | | |
| 54 | 36 | 7/5/2012 | Moore, Kimberley A., "Judges, Juries, and Patent Cases: An Empirical Peek Inside the Black Box", Michigan Law Review,  Vol. 99 (November 01, 2000), p. 385. | M. Dansky | | | | | | |
| 82 | 37 | 1/14/2013 | http://appleinsider.com/articles/13/11/14/apple-samsung-take-massive-109-of-mobile-industry-profits-while-competitors-lose-money accessed December 11, 2013 | M. Dansky | | | | | | |
| 86 | 38 | 8/2/2011 | http://reviews.cnet.com/8301-19736_7-20016542-251/a-brief-history-of-android-phones/ accessed 12/5/2013 | M. Dansky | | | | | | |
| 87 | 39 | 5/30/2013 | http://www.cnet.com/products/apple-ipod-touch-5th-generation/ | M. Dansky | | | | | | |
| 94 | 40 | 11/18/2013 | http://www.apple.com/ipad/compare/ accessed 11/6/2013 and 12/11/2013 | M. Dansky | | | | | | |
| 95 | 41 | 1/15/2014 | http://www.apple.com/iphone-5s/features/ | M. Dansky | | | | | | |
| 108 | 42 | 9/10/2013 | http://www.apple.com/pr/library/2013/09/10Apple-Introduces-iPhone-5c-The-Most-Colorful-iPhone-Yet.html accessed 11/6/2013 | M. Dansky | | | | | | |
| 114 | 43 | 3/16/2011 | http://www.cmswire.com/cms/enterprise-20/apple-ipad-took-83-of-the-tablet-market-in-2010-010530.php accessed 11/1/2013 | M. Dansky | | | | | | |

| Plaintiff's Prelim PX No. | Final PTX No. | Date | Description and Bates Range | Sponsoring Witness(es) | Category | Marked | Offered | Objection | Admitted | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 115 | 44 | | http://www.etsi.org/technologies-clusters/technologies/mobile/gprs; http://www.3gpp.org/Releases, accessed 11/18/2013 | M. Dansky | | | | | | |
| 117 | 45 | 9/23/2013 | http://www.forbes.com/sites/tomtaulli/2013/09/23/lessons-from-the-fall-of-blackberry/ accessed 11/7/2013 | M. Dansky | | | | | | |
| 122 | 46 | | http://www.gsmarena.com/apple_ipad_2_wi_fi_+_3g-3848.php | M. Dansky | | | | | | |
| 123 | 47 | | http://www.gsmarena.com/apple_ipad_wi_fi_+_3g-3827.php | M. Dansky | | | | | | |
| 124 | 48 | | http://www.gsmarena.com/apple_iphone_3gs-2826.php | M. Dansky | | | | | | |
| 125 | 49 | | http://www.gsmarena.com/apple_iphone_4-3275.php | M. Dansky | | | | | | |
| 126 | 50 | | http://www.gsmarena.com/apple_iphone_4s-4212.php | M. Dansky | | | | | | |
| 127 | 51 | | http://www.gsmarena.com/apple_iphone-1827.php accessed 12/10/2013 | M. Dansky | | | | | | |
| 128 | 52 | 1/18/2011 | http://www.idc.com/about/viewpressrelease.jsp?containerId=prUS22660011 accessed 11/12/2013 | M. Dansky | | | | | | |
| 129 | 53 | 5/10/2006 | http://www.ilounge.com/index.php/news/comments/report-apple-changes-ipod-license-fee/ accessed 12/11/2013 | M. Dansky | | | | | | |
| 130 | 54 | 2/7/2007 | http://www.lg.com/us/press-release/lg-shines-with-gorgeous-new-handset | M. Dansky | | | | | | |
| 132 | 55 | 3/26/2010 | http://www.nielsen.com/us/en/newswire/2010/smartphones-to-overtake-feature-phones-in-u-s-by-2011.html | M. Dansky | | | | | | |
| 133 | 56 | 5/31/2011 | http://www.nielsen.com/us/en/newswire/2011/android-leads-u-s-in-smartphone-market-share-and-data-usage.html accessed 11/7/2013 | M. Dansky | | | | | | |
| 134 | 57 | 7/12/2012 | http://www.nielsen.com/us/en/newswire/2012/two-thirds-of-new-mobile-buyers-now-opting-for-smart phones.html accessed 11/19/2013 | M. Dansky | | | | | | |

| Plaintiff's Prelim PX No. | Final PTX No. | Date | Description and Bates Range | Sponsoring Witness(es) | Category | Marked | Offered | Objection | Admitted | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 135 | 58 | 6/6/2013 | http://www.nielsen.com/us/en/newswire/2013/mobile-majority--u-s--smartphone-ownership-tops-60-.html | M. Dansky | | | | | | |
| 136 | 59 | 11/23/2013 | http://www.pcmag.com/article2/0,2817,2394604,00.asp | M. Dansky | | | | | | |
| 137 | 60 | 11/18/2013 | http://www.pcmag.com/encyclopedia/term/51537/smartphone accessed 11/4/2013 | M. Dansky | | | | | | |
| 139 | 61 | 1/8/2014 | http://www.verizonwireless.com/news/article/2013/10/30th-anniversary-cell-phone.html accessed 11/4/2013 | M. Dansky | | | | | | |
| 140 | 62 | 11/18/2013 | http://www.etsi.org/technologies-clusters/technologies/mobile/cellular-history, accessed 11/4/2013 | M. Dansky | | | | | | |
| 146 | 63 | 4/8/2014 | http://blogs.wsj.com/digits/2014/04/08/apple-seeks-2-2-billion-in-damages-from-samsung-in-patent-trial/?mod=wsj_streaming_stream | M. Dansky | | | | | | |
| 147 | 64 | 3/11/2009 | http://www.gartner.com/newsroom/id/910112 accessed 4/15/2014 | M. Dansky | | | | | | |
| 153 | 65 | 4/15/2014 | http://www.lg.com/us/cell-phones/lg-A7110/technical-specifications | M. Dansky | | | | | | |
| 154 | 66 | 5/12/2005 | http://www.phonearena.com/news/LG-A7110-available-from-Cingular_id575 | M. Dansky | | | | | | |
| 155 | 67 | 4/15/2014 | http://www.lg.com/us/cell-phones/lg-C1300 | M. Dansky | | | | | | |
| 156 | 68 | 4/15/2014 | http://www.cnet.com/products/lg-c1300i-at-t/ | M. Dansky | | | | | | |
| 157 | 69 | 4/15/2014 | http://www.lg.com/us/cell-phones/lg-C1500 | M. Dansky | | | | | | |
| 158 | 70 | 4/15/2014 | http://www.lg.com/us/cell-phones/lg-C2000 | M. Dansky | | | | | | |
| 159 | 71 | 4/15/2014 | http://www.lg.com/us/cell-phones/lg-CG225 | M. Dansky | | | | | | |
| 160 | 72 | 4/15/2014 | http://www.lg.com/us/cell-phones/lg-CG300 | M. Dansky | | | | | | |
| 161 | 73 | 4/15/2014 | http://www.lg.com/us/cell-phones/lg-CU320 | M. Dansky | | | | | | |
| 162 | 74 | 4/15/2014 | http://www.cnet.com/products/lg-cu400-at-t/ | M. Dansky | | | | | | |
| 163 | 75 | 4/15/2014 | http://www.cnet.com/products/lg-cu500-at-t/ | M. Dansky | | | | | | |
| 164 | 76 | 4/15/2014 | http://www.cnet.com/products/lg-f7200-at-t/ | M. Dansky | | | | | | |
| 165 | 77 | 4/15/2014 | http://www.cnet.com/products/lg-f9100-at-t/ | M. Dansky | | | | | | |
| 166 | 78 | 4/15/2014 | http://www.lg.com/us/cell-phones/lg-F9200 | M. Dansky | | | | | | |
| 167 | 79 | 4/15/2014 | http://www.cnet.com/products/lg-g4011-at-t/ | M. Dansky | | | | | | |

| Plaintiff's Prelim PX No. | Final PTX No. | Date | Description and Bates Range | Sponsoring Witness(es) | Category | Marked | Offered | Objection | Admitted | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 168 | 80 | 4/15/2014 | http://www.phonescoop.com/phones/phone.php?p=485 | M. Dansky | | | | | | |
| 169 | 81 | 4/15/2014 | http://www.cnet.com/products/lg-g4050-at-t/ | M. Dansky | | | | | | |
| 170 | 82 | 4/15/2014 | http://www.cnet.com/products/lg-l1150-at-t/ | M. Dansky | | | | | | |
| 171 | 83 | 4/15/2014 | http://www.lg.com/us/cell-phones/lg-L1200 | M. Dansky | | | | | | |
| 172 | 84 | 4/15/2014 | http://www.lg.com/us/cell-phones/lg-L1400 | M. Dansky | | | | | | |
| 173 | 85 | 4/15/2014 | http://www.cnet.com/products/lg-l1400i-at-t/ | M. Dansky | | | | | | |
| 174 | 86 | 11/26/2006 | http://www.mobiletechreview.com/phones/Samsung_BlackJack.htm | M. Dansky | | | | | | |
| 175 | 87 | 6/4/2014 | http://www.cnet.com/products/samsung-trace-sgh-t519-t-mobile/ | M. Dansky | | | | | | |
| 176 | 88 | 4/12/2014 | http://www.engadget.com/2006/10/04/t-mobile-beautifies-samsung-t509-with-t509s/ | M. Dansky | | | | | | |
| 177 | 89 | 6/4/2014 | http://www.cnet.com/products/samsung-sgh-t619-t-mobile/ | M. Dansky | | | | | | |
| 178 | 90 | 4/12/2014 | http://www.phonearena.com/phones/Samsung-SGH-C207_id899 | M. Dansky | | | | | | |
| 180 | 91 | 6/4/2014 | http://www.phonescoop.com/phones/phone.php?p=751 | M. Dansky | | | | | | |
| 181 | 92 | 6/4/2014 | http://www.phonescoop.com/phones/phone.php?p=795 | M. Dansky | | | | | | |
| 182 | 93 | 6/4/2014 | http://www.phonescoop.com/phones/phone.php?p=901 | M. Dansky | | | | | | |
| 183 | 94 | 6/4/2014 | http://www.phonescoop.com/phones/phone.php?p=378 | M. Dansky | | | | | | |
| 184 | 95 | 6/4/2014 | http://www.phonescoop.com/phones/phone.php?p=300 | M. Dansky | | | | | | |
| 185 | 96 | 6/4/2014 | http://www.cnet.com/products/samsung-sgh-d807/ | M. Dansky | | | | | | |
| 186 | 97 | 6/4/2014 | http://www.phonescoop.com/phones/phone.php?p=344 | M. Dansky | | | | | | |
| 187 | 98 | 6/4/2014 | http://www.phonescoop.com/phones/phone.php?p=608 | M. Dansky | | | | | | |
| 188 | 99 | 6/4/2014 | http://www.phonescoop.com/phones/phone.php?p=519 | M. Dansky | | | | | | |

| Plaintiff's Prelim PX No. | Final PTX No. | Date | Description and Bates Range | Sponsoring Witness(es) | Category | Marked | Offered | Objection | Admitted | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 189 | 100 | 6/4/2014 | http://www.cnet.com/products/samsung-sgh-e715-t-mobile/ | M. Dansky | | | | | | |
| 190 | 101 | 6/4/2014 | http://www.cnet.com/products/samsung-sgh-p207-at-t/ | M. Dansky | | | | | | |
| 191 | 102 | 6/4/2014 | http://www.phonescoop.com/phones/phone.php?p=438 | M. Dansky | | | | | | |
| 192 | 103 | 6/4/2014 | http://www.cnet.com/products/samsung-sgh-p735-t-mobile/ | M. Dansky | | | | | | |
| 193 | 104 | 6/4/2014 | http://www.cnet.com/products/samsung-sgh-p777-at-t/ | M. Dansky | | | | | | |
| 194 | 105 | 4/13/2014 | http://www.phonearena.com/phones/Samsung-SGH-Q105_id36 | M. Dansky | | | | | | |
| 195 | 106 | 6/4/2014 | http://www.phonescoop.com/phones/phone.php?p=124 | M. Dansky | | | | | | |
| 196 | 107 | 6/4/2014 | http://www.cnet.com/products/samsung-sgh-s/ | M. Dansky | | | | | | |
| 197 | 108 | 6/4/2014 | http://www.phonescoop.com/phones/phone.php?p=202 | M. Dansky | | | | | | |
| 198 | 109 | 6/4/2014 | http://www.cnet.com/products/samsung-sgh-5/ | M. Dansky | | | | | | |
| 199 | 110 | 6/4/2014 | http://www.phonescoop.com/phones/phone.php?p=325 | M. Dansky | | | | | | |
| 200 | 111 | 6/4/2014 | http://www.phonescoop.com/phones/phone.php?p=393 | M. Dansky | | | | | | |
| 201 | 112 | 6/4/2014 | http://en.wikipedia.org/wiki/Samsung_SGH-X427m | M. Dansky | | | | | | |
| 202 | 113 | 6/5/2014 | http://www.cnet.com/products/samsung-sgh-x475-t-mobile/ | M. Dansky | | | | | | |
| 203 | 114 | 6/5/2014 | http://www.cnet.com/products/samsung-sgh-x495-t-mobile/ | M. Dansky | | | | | | |
| 204 | 115 | 6/5/2014 | http://www.cnet.com/products/samsung-sgh-x497-at-t/ | M. Dansky | | | | | | |
| 205 | 116 | 6/5/2014 | http://www.phonearena.com/phones/Samsung-SGH-Z400_id1522 | M. Dansky | | | | | | |
| 206 | 117 | 6/5/2014 | http://www.cnet.com/products/samsung-sgh-zx10-at-t/ | M. Dansky | | | | | | |
| 207 | 118 | 2/12/2009 | APP-GPNE0695171-216 | M. Dansky | | | | | | |

| Plaintiff's Prelim PX No. | Final PTX No. | Date | Description and Bates Range | Sponsoring Witness(es) | Category | Marked | Offered | Objection | Admitted | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 210 | 119 | 6/5/2014 | http://www.cnet.com/products/samsung-sgh-zx20-at-t/ | M. Dansky | | | | | | |
| 211 | 120 | 2/27/2008 | http://www.gartner.com/newsroom/id/612207 | M. Dansky | | | | | | |
| 212 | 121 | 6/18/2014 | http://www.phonescoop.com/phones/phone.php?p=574 | M. Dansky | | | | | | |
| 213 | 122 | 9/28/2013 | Apple Inc. Form 10-K for the fiscal year ended September 28, 2013, p. 1, 3, 20, 27, 45 | M. Dansky | | | | | | |
| 214 | 123 | 9/29/2013 | Apple Inc. Form 10-K for the period ended September 29, 2012, p. 30, 43 | M. Dansky | | | | | | |
| 215 | 124 | 9/24/2011 | Apple Inc. Form 10-K for the period ended September 24, 2011, p. 30, 43 | M. Dansky | | | | | | |
| 217 | 125 | 10/7/1998 | Digicomm LTD Executive Summary GPNE-TAN001802, dated 10/7/1998 | M. Dansky; G. Wong; E. Wong | | | | | | |
| 219 | 126 | 11/13/2013 | Apple webpage "Identifying iPad Models" (Referenced in N. Birkett's Expert Report, dated 01/03/2014) | E. Dinan; N. Birkett | | | | | | |
| 220 | 127 | 11/13/2013 | Apple webpage "Identifying iPhone Models" (Ex. B to N. Birkett's Expert Report, dated 01/03/2014) | E. Dinan; N. Birkett | | | | | | |
| 221 | 128 | 00/00/0000 | E. Dinan Resume | E. Dinan | | | | | | |
| 223 | 129 | 12/00/2003 | 3GPP TS 4.08: Mobile radio interface layer 3 specification | E. Dinan | | | | | | |
| 224 | 130 | 03/00/2011 | 3GPP TS 45.002: Multiplexing and multiple access on the radio path | E. Dinan | | | | | | |
| 225 | 131 | 12/00/2010 | 3GPP TS 44.060: General Packet Radio Service (GPRS); Mobile Station (MS) - Base Station System (BSS) interface; Radio Link Control / Medium Access Control (RLC/MAC) protocol | E. Dinan | | | | | | |
| 226 | 132 | | 3GPP TS 05.05: Radio Transmission and Reception | E. Dinan | | | | | | |
| 227 | 133 | 11/00/2010 | 3GPP TS 45.010: Radio subsystem synchronization | E. Dinan | | | | | | |
| 228 | 134 | 12/00/2001 | 3GPP TS 25.224: Physical layer procedures (TDD) | E. Dinan | | | | | | |

| Plaintiff's Prelim PX No. | Final PTX No. | Date | Description and Bates Range | Sponsoring Witness(es) | Category | Marked | Offered | Objection | Admitted | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 233 | 135 | 12/00/2010 | 3GPP TS 36.213: Evolved Universal Terrestrial Radio Access          (E-UTRA); Physical layer procedures | E. Dinan | | | | | | |
| 234 | 136 | 4/27/2013 | Test data for an iPhone 4 (Model No. A1332, Serial No. DNQK5H9GDP0N, Modem Firmware 04.12.05) | E. Dinan | | | | | | |
| 235 | 137 | 4/25/2013 | Test data for an iPhone 4S (Model No. A1387, Serial No. C8PJW4NDDT9Y, Modem Firmware 3.0.04) | E. Dinan | | | | | | |
| 236 | 138 | 4/27/2013 | Test data for an iPhone 5 (Model No. A1428, Serial No. DNTK58R1DTTN, modem Firmware 3.0.04) | E. Dinan | | | | | | |
| 237 | 139 | 5/3/2013 | Test data for an iPad 2 (Model No. A1396, Serial No. DN6FNJH5DFJ2, Modem Firmware 04.12.05) | E. Dinan | | | | | | |
| 238 | 140 | 4/29/2013 | Test data for an iPad Mini (Model No. A1454, Serial No. F4KK6632F199, Modem Firmware 3.04.25) | E. Dinan | | | | | | |
| 244 | 141 | 1/4/2014 | Peter Rysavy Report (w/exhibits attached) dated 1/4/2014 | E. Dinan | | | | | | |
| 263 | 142 | 3/21/2013 | E-mail from Steven Thomas to E. Dinan@E. Dinantech.com  re: Your TRS-RenTelco order has shipped, dated 3/21/13 2:12 p.m. (E. Dinan Depo Ex. 1) | E. Dinan | | | | | | |
| 267 | 143 | | Exhibit F to the Expert Report of Dr. Esmael H. E. Dinan - Source Code | E. Dinan | | | | | | |
| 277 | 144 | 2/17/1997 | Evaluation of Digicomm Limited Paging System 2/17/2007          GPNE_MPM_ 005919-5927 | G. Wong | | | | | | |
| 289 | 145 | 12/28/2001 | "T-DAMA MAC Layer Protocol in GPRS Environment" document GPNE_MPM_003757-3766 | G. Wong; E. Wong | | | | | | |

| Plaintiff's Prelim PX No. | Final PTX No. | Date | Description and Bates Range | Sponsoring Witness(es) | Category | Marked | Offered | Objection | Admitted | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 292 | 146 | 11/28/2005 | Email chain from G. Wong to various re: Cost for GSM/GPRS Base station cell site (E. Wong Depo Ex. 32), dated 11/28/2005 at 10:31pm | E. Wong; G. Wong | | | | | | |
| 310 | 147 | 02/0/2014 | Dr. Sarah Kate Wilson's Expert Report (with exhibits attached), dated 2/7/2014 | E. Dinan | | | | | | |
| 314 | 148 | 1/14/2008 | Agreement APP-GPNE0947120-0947139 | M. Dansky | | | | | | |
| 322 | 149 | 12/19/2012 | Agreement (Maghame Depo Ex. 14) APP-GPNE0947399–947405 | M. Dansky | | | | | | |
| 323 | 150 | 1/27/2012 | Agreement APP-GPNE0863891–863920 | M. Dansky | | | | | | |
| 324 | 151 | 9/4/2008 | Agreement APP-GPNE0863685–863706 | M. Dansky | | | | | | |
| 326 | 152 | 00/00/0000 | Handwritten notes (Tsui Depo Ex. 5) GPNE-APP00031346 – GPNE-APP00031372 | P. Tsui | | | | | | |
| 327 | 153 | 3/27/1997 | Assignment to Digicomm, Power of Attorney, and Notarial Certification GPNECorp.00005197 - GPNECorp.00005202 | G. Wong; E. Wong | | | | | | |
| 328 | 154 | 11/24/1995 | Document entitled "Assignment" GPNECorp.00005012-5013 | G. Wong; E. Wong | | | | | | |
| 337 | 155 | 2/24/2012 | (Manning Depo Ex. 1) APP-GPNE0529580 – 529765 | W. Manning | | | | | | |
| 339 | 156 | 6/4/2007 | (Manning Depo Ex. 5) APP- GPNE0000335 – 500 | W. Manning | | | | | | |
| 342 | 157 | 00/00/2008 | (Stewart Depo Ex. 2) APP-GPNE0028165-29926 | C. Stewart | | | | | | |
| 343 | 158 | | Attachment 4 (Stewart Depo Ex. 3) APP-GPNE0719865-70 | C. Stewart | | | | | | |
| 344 | 159 | 10/6/2009 | (Stewart Depo Ex. 4) APP-GPNE0515027-6199 | C. Stewart | | | | | | |
| 345 | 160 | 3/4/2011 | Document (Stewart Depo Ex. 5) APP-GPNE0162805-843 | C. Stewart | | | | | | |
| 346 | 161 | | (Stewart Depo Ex. 6) APP-GPNE0032328-373 | C. Stewart | | | | | | |

| Plaintiff's Prelim PX No. | Final PTX No. | Date | Description and Bates Range | Sponsoring Witness(es) | Category | Marked | Offered | Objection | Admitted | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 347 | 162 | 8/3/2008 | (Stewart Depo Ex. 7) APP-GPNE0185378-408 | C. Stewart | | | | | | |
| 350 | 163 | 00/00/0000 | (Stewart Depo Ex. 10) APP-GPNE0514658-841 | C. Stewart | | | | | | |
| 351 | 164 | 3/30/2012 | (Stewart Depo Ex. 11) APP-GPNE0331239-87 | C. Stewart | | | | | | |
| 352 | 165 | 4/22/2009 | (Stewart Depo Ex. 12) APP-GPNE0628068-204 | C. Stewart | | | | | | |
| 353 | 166 | 4/3/2012 | (Stewart Depo Ex. 13) APP-GPNE0518937-994 | C. Stewart | | | | | | |
| 354 | 167 | 2/28/2009 | (Stewart Depo Ex. 14) APP-GPNE0819457-66 | C. Stewart | | | | | | |
| 355 | 168 | 8/7/2009 | (Stewart Depo Ex. 15) APP-GPNE0176279-746 | C. Stewart | | | | | | |
| 356 | 169 | 3/2/2011 | (Stewart Depo Ex. 16) APP-GPNE0042286-328 | C. Stewart | | | | | | |
| 357 | 170 | 8/31/2012 | APP-GPNE0001481-1781 | Apple's Corporate Representative; Apple's Document Custodian | | | | | | |
| 358 | 171 | 10/31/2013 | Webpage Identifying iPad Models | Apple's Corporate Representative; Apple's Document Custodian | | | | | | |
| 359 | 172 | 09/00/2009 | (Stewart Depo. Ex. 17) APP-GPNE0313111-48 | C. Stewart | | | | | | |
| 360 | 173 | 12/00/2010 | (Stewart Depo. Ex. 18) APP-GPNE0080620-729 | C. Stewart | | | | | | |
| 362 | 174 | 2/24/2013 | (Stewart Depo Ex. 20) APP-GPNE0001295-1480 | C. Stewart | | | | | | |
| 363 | 175 | 5/22/2012 | (Stewart Depo Ex. 21) APP-GPNE0522202-311 | C. Stewart | | | | | | |
| 364 | 176 | 12/14/2009 | BOM Report (Stewart Depo Ex. 22) APP-GPNE0685008-129 | C. Stewart | | | | | | |
| 365 | 177 | 8/23/2007 | BOM Report (Stewart Depo Ex. 23) APP-GPNE0684695-799 | C. Stewart | | | | | | |

| Plaintiff's Prelim PX No. | Final PTX No. | Date | Description and Bates Range | Sponsoring Witness(es) | Category | Marked | Offered | Objection | Admitted | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 366 | 178 | 8/19/2011 | Schematics (Stewart Depo Ex. 24) APP-GPNE0694939-71 | C. Stewart | | | | | | |
| 367 | 179 | 00/00/2013 | Q4FY2009-Q3FY2013 iPhone Summary (Buckley Depo Ex. 2) [Omitted from Electronic Exhibits as Filed Under Seal] | M. Buckley | | | | | | |
| 368 | 180 | 00/00/2013 | Q4FY2009-Q1FY2013 iPhone Summary (Buckley Depo Ex. 3) APP-GPNE0227134-7135 | M. Buckley | | | | | | |
| 369 | 181 | 00/00/2013 | Apple Inc. GPNE US Sales iPad - LTD to Q3F13 (Buckley Depo Ex. 4) APP-GPNE1012749 | M. Buckley | | | | | | |
| 371 | 182 | 5/26/2010 | PowerPoint Presentation (Casanova Depo Ex. 2) APP-GPNE0996416 - 996458 | Casanova | | | | | | |
| 372 | 183 | 9/3/2009 | PowerPoint Presentation (Casanova Depo Ex. 3) APP-GPNE0996510 - 996540 | Casanova | | | | | | |
| 373 | 184 | 10/25/2012 | PowerPoint Presentation (Casanova Depo Ex. 4) APP-GPNE0998493 - 998542 | Casanova | | | | | | |
| 374 | 185 | 2/7/2012 | PowerPoint Presentation (Casanova Depo Ex. 5) APP-GPNE0999410 - 999653 | Casanova | | | | | | |
| 375 | 186 | 10/17/2010 | PowerPoint Presentation (Casanova Depo Ex. 6) APP-GPNE0041377 - 41379 | Casanova | | | | | | |
| 376 | 187 | | PowerPoint Presentation (Casanova Depo Ex. 7) APP-GPNE0992783 - 992805 | Casanova | | | | | | |
| 378 | 188 | 2/17/2012 | (Casanova Depo Ex. 9) APP-GPNE0872789 - 874126 | Casanova | | | | | | |
| 379 | 189 | 3/21/2013 | Shipment confirmation for equipment reviewed by Dr. E. Dinan, dated 3/21/2013 (Wilson Depo Ex. 4) | E. Dinan | | | | | | |

| Plaintiff's Prelim PX No. | Final PTX No. | Date | Description and Bates Range | Sponsoring Witness(es) | Category | Marked | Offered | Objection | Admitted | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 381 | 190 | 11/13/2012 | Apple Inc.'s Answer to GPNE Corp.'s First Amended Complaint for Patent Infringement and Counterclaims, dated 11/13/2012 | Apple's Corporate Representative | | | | | | |
| 382 | 191 | 5/28/2013 | Apple Inc.'s First Supplemental Response to Plaintiff GPNE Corp.'s Second Set of Interrogatories, No. 12, dated 5/28/2013 | Apple's Corporate Representative | | | | | | |
| 383 | 192 | 6/14/2013 | Apple Inc.'s Second Supplemental Response to GPNE Corp's Second Set of Interrogatories Nos. 12-13 | Apple's Corporate Representative | | | | | | |
| 385 | 193 | 11/2/2011 | Apple Inc.'s Objections And Responses to Plaintiff's First Set Of Common Interrogatories, dated 11/02/2011 (Case No. 11-cv-00426) | Apple's Corporate Representative | | | | | | |
| 390 | 194 | 4/25/2013 | Apple Inc.'s Responses to GPNE's Second Set of Interrogatories (Nos. 11-14), dated 4/25/2013 | Apple's Corporate Representative | | | | | | |
| 393 | 195 | 1/16/2013 | Apple Inc.'s Objections And Responses to GPNE Corp's Interrogatories (1-5, 7-9) to Apple, dated 1/16/2012 (Case No. 11-cv-00426) | Apple's Corporate Representative | | | | | | |
| 394 | 196 | 9/19/2012 | Apple Inc.'s Initial Disclosures, dated 9/19/12 | Apple's Corporate Representative | | | | | | |
| 395 | 197 | 10/12/2011 | Apple Inc.'s Initial Disclosures, dated 10/12/2011 (Case No. 11-cv-00426) | Apple's Corporate Representative | | | | | | |
| 396 | 198 | 2/28/2012 | Apple's Objections and Responses to GPNE Corp's Interrogatories (Nos. 1-5, 7-9) to Defendant Apple, dated 2/28/12 | Apple's Corporate Representative | | | | | | |
| 397 | 199 | 5/28/2013 | Apple's First Supplemental Response to GPNE Corp's First Set of Interrogatories, Nos. 1 and 9, dated 5/28/2013 | Apple's Corporate Representative | | | | | | |
| 401 | 200 | 11/5/2013 | Apple Inc.'s Objections and Responses to GPNE Corp.'s First Set of Requests For Admission to Defendants Apple Inc. (Nos. 1-606) dated 11/05/13 | Apple's Corporate Representative | | | | | | |

| Plaintiff's Prelim PX No. | Final PTX No. | Date | Description and Bates Range | Sponsoring Witness(es) | Category | Marked | Offered | Objection | Admitted | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 403 | 201 | | Document titled "Digicomm Communications Protocol Demonstration Project" (Tan Depo Ex. 7) GPNE-TAN001400-1401 | Tan; G. Wong | | | | | | |
| 404 | 202 | 10/9/1998 | A Project Summary, Statement of Work and Funding Proposal (Tan Depo Ex. 8)GPNE-TAN000572-645 | Tan; G. Wong | | | | | | |
| 405 | 203 | 11/30/2005 | E-mail chain from G. Wong to various re: Bassim Comments, dated 11/30/05 at 9:31pm (Tan Depo Ex. 9) GPNE_MPM_004760-4762 | Tan; G. Wong | | | | | | |
| 409 | 204 | 4/11/2002 | Super GPRS - S-GPRS T-DAMA Enhanced GPRS: Technical Approaches and Concepts Executive Summary, dated 4/11/2002 (Tan Depo Ex. 13) GPNE_MPM_003634-3636 | Tan; G. Wong | | | | | | |
| 412 | 205 | 11/18/2013 | GPRS: General Packet Radio Service (http://www.4gamericas.org/index.cfm?fuseaction=page&sectionid=243), accessed November 4, 2013 | M. Dansky | | | | | | |
| 413 | 206 | 11/18/2013 | http://www.3gpp.org/Technologies/Keywords-Acronyms/article/gprs-edge; http://www.3gpp.org/Releases, accessed November 4, 2013 | M. Dansky | | | | | | |
| 414 | 207 | 11/18/2013 | EDGE: Enhanced Data Rates for GSM Evolution (http://www.4gamericas.org/index.cfm?fuseaction=page&sectionid=244), accessed November 4, 2013 | M. Dansky | | | | | | |
| 415 | 208 | 09/00/2006 | Mobile Broadband: EDGE, HSPA & LTE (http://www.4gamericas.org/documents/2006_Rysavy_Data_Paper_FINAL_09.15.06.pdf, p. 7), accessed November 8, 2013 | M. Dansky | | | | | | |

| Plaintiff's Prelim PX No. | Final PTX No. | Date | Description and Bates Range | Sponsoring Witness(es) | Category | Marked | Offered | Objection | Admitted | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 416 | 209 | 11/18/2013 | Understanding 1G vs. 2G vs. 3G vs. 4G (http://www.4gamericas.org/index.cfm?fuseaction=page&sectionid=361), accessed November 4, 2013 | M. Dansky | | | | | | |
| 417 | 210 | 10/21/2009 | Press Release: IMT-Advanced (4G) Mobile wireless broadband on the anvil - New ITU radio interface standards to revolutionize mobile communication (http://www.itu.int/net/pressoffice/press_releases/2009/48.aspx), accessed November 4, 2013 | M. Dansky | | | | | | |
| 418 | 211 | 11/18/2013 | Long Term Evolution (http://www.etsi.org/technologies-clusters/technologies/mobile/long-term-evolution), accessed November 4, 2013 | M. Dansky | | | | | | |
| 420 | 212 | 09/00/2013 | Global LTE Subscription Growth (http://www.4gamericas.org/index.cfm?fuseaction=page&pageid=2197), accessed December 23, 2013 | M. Dansky | | | | | | |
| 421 | 213 | 11/8/2013 | AT&T Wireless Coverage Map (http://www.wireless.att.com/coverageviewer/popUp_3g.jsp), accessed November 9, 2013 | M. Dansky | | | | | | |
| 422 | 214 | 3/20/2013 | ETSI Intellectual Property Rights Policy (http://www.etsi.org/images/files/IPR/etsi-ipr-policy.pdf, p. 35-36), accessed November 5, 2013 | M. Dansky | | | | | | |
| 423 | 215 | 11/18/2013 | Common Patent Policy for ITU-T/ITU-R/ISO/IEC (http://www.itu.int/en/ITU-T/ipr/Pages/policy.aspx), accessed November 5, 2013 | M. Dansky | | | | | | |
| 424 | 216 | 1/9/2014 | Apple iPhone 3G (http://www.gsmarena.com/apple_iphone_3g-2424.php), accessed December 10, 2013. | M. Dansky | | | | | | |

| Plaintiff's Prelim PX No. | Final PTX No. | Date | Description and Bates Range | Sponsoring Witness(es) | Category | Marked | Offered | Objection | Admitted | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 432 | 217 | 6/9/2008 | AT&T and Apple to Launch iPhone 3G in the US on July 11 (http://www.apple.com/pr/library/2008/06/09AT-T-and-Apple-to-Launch-iPhone-3G-in-the-US-on-July-11.html), accessed November 6, 2013. | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |
| 434 | 218 | 8/12/2003 | Appraisal of Digicomm technology, dated 8/12/2003 GPNE-APP00181979-2017 | E. Wong; G. Wong | | | | | | |
| 435 | 219 | 11/4/2008 | APP-GPNE0230982-231019 | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |
| 436 | 220 | 7/29/2011 | Report APP-GPNE0993888-994009 | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |
| 437 | 221 | 00/00/2012 | Report APP-GPNE0994010-994112 | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |
| 440 | 222 | 9/2/2011 | APP-GPNE0996295-996298 | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |
| 441 | 223 | 12/5/2012 | iPhone 3GS - Technical Specifications (http://support.apple.com/kb/SP565), accessed 12/5/2012 APP-GPNE0000300-302 | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |
| 442 | 224 | 5/15/2012 | iPad 2 - Technical Specifications (http://support.apple.com/kb/SP622), accessed 12/5/2012 APP-GPNE0000310-312 | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |

| Plaintiff's Prelim PX No. | Final PTX No. | Date | Description and Bates Range | Sponsoring Witness(es) | Category | Marked | Offered | Objection | Admitted | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 443 | 225 | 1/19/2012 | iPhone 4S - Technical Specifications (http://support.apple.com/kb/SP643), accessed 12/5/2012 APP-GPNE0000313-316 | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |
| 445 | 226 | 00/00/2012 | iPhone User Guide for iOS 6 Software, dated 2012 APP-GPNE0000137-292 | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |
| 446 | 227 | | Agreement with HTC America, Inc., HTC Corporation, S3 Graphics Co., Ltd. APP-GPNE0863921-4058 | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |
| 447 | 228 | | APP-GPNE1012750 | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |
| 448 | 229 | 03/00/2012 | Report APP-GPNE0948689-954 | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |
| 451 | 230 | 2/12/2009 | Apple Presentation APP-GPNE0695171-216 | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |
| 452 | 231 | 9/00/2010 | APP-GPNE1013504-1013582 | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |
| 453 | 232 | 1/00/2012 | APP-GPNE0949213-949259 | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |

| Plaintiff's Prelim PX No. | Final PTX No. | Date | Description and Bates Range | Sponsoring Witness(es) | Category | Marked | Offered | Objection | Admitted | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 455 | 233 | 07/00/2010 | APP-GPNE0994415-994424 | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |
| 456 | 234 | 4/29/2011 | Report APP-GPNE0993743-993887 | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |
| 457 | 235 | 9/15/2011 | APP-GPNE0996279-996294 | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |
| 458 | 236 | | iPhone 4 APP-GPNE0283133-283137 | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |
| 459 | 237 | | iPhone 4 APP-GPNE0283146-283151 | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |
| 460 | 238 | 00/00/2013 | iPad User Guide for iOS 6.1 Software, dated 2013 APP-GPNE0696106-696242 | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |
| 461 | 239 | 00/00/2012 | APP-GPNE0000001-136 | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |
| 462 | 240 | 12/00/2011 | APP-GPNE0950602-950697 | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |

| Plaintiff's Prelim PX No. | Final PTX No. | Date | Description and Bates Range | Sponsoring Witness(es) | Category | Marked | Offered | Objection | Admitted | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 465 | 241 | 09/00/2012 | APP-GPNE1013207-1013318 | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |
| 466 | 242 | 11/00/2012 | Report APP-GPNE0949314-949585 | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |
| 467 | 243 | 00/00/2013 | Survey APP-GPNE0950337-950419 | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |
| 468 | 244 | 07/00/2012 | Report APP-GPNE0994768-994905 | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |
| 470 | 245 | 9/00/2009 | APP-GPNE0988015-988108 | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |
| 471 | 246 | 9/00/2009 | APP-GPNE0988109-988262 | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |
| 472 | 247 | 10/00/2009 | APP-GPNE0988308-988361 | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |
| 473 | 248 | 12/00/2009 | APP-GPNE0991750-1801 | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |

| Plaintiff's Prelim PX No. | Final PTX No. | Date | Description and Bates Range | Sponsoring Witness(es) | Category | Marked | Offered | Objection | Admitted | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 474 | 249 | 07/00/2012 | APP-GPNE0875827-875844 | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |
| 475 | 250 | 3/30/2010 | APP-GPNE0996268-996278 | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |
| 479 | 251 | | Agreement with Nokia Corporation APP-GPNE0947141-161 | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |
| 484 | 252 | 7/28/2008 | Apple Presentation APP-GPNE0696754-696824 | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |
| 487 | 253 | 8/00/2012 | Report APP-GPNE0948430-948688 | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |
| 488 | 254 | 1/00/2010 | APP-GPNE0945253-945444 | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |
| 489 | 255 | 00/00/2013 | Reporting - iPad APP-GPNE1016647-1016649 | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |
| 490 | 256 | 9/00/2007 | APP-GPNE0229362-229420 | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |

| Plaintiff's Prelim PX No. | Final PTX No. | Date | Description and Bates Range | Sponsoring Witness(es) | Category | Marked | Offered | Objection | Admitted | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 491 | 257 | 2/2/2010 | APP-GPNE0996335-996347 | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |
| 492 | 258 | 11/00/2010 | APP-GPNE1013441-1013503 | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |
| 493 | 259 | 6/22/2012 | APP-GPNE0996402-996415 | Apple's Document Custodian; Apple's Corporate Representative | | | | | | |
| 495 | 260 | 6/00/2012 | Ericsson Traffic and Market Report on the Pulse of the Networked Society June 2012 | M. Dansky | | | | | | |
| 498 | 261 | 3/7/1998 | Memo to United Overseas Bank Group from Mario Chang re: Preliminary Conversation Draft Statement of Forecasted Expenses Digicomm, Inc., dated 3/7/1998 GPNE_MPM_004264 - 305 | G. Wong | | | | | | |
| 499 | 262 | 12/24/1994 | Digicomm WVC Prototype Testbed Development Plan, dated 12/241997 GPNE_MPM_005397-5400 | G. Wong | | | | | | |
| 501 | 263 | 3/7/1998 | Memo to United Overseas Bank Group from Mario Chang re: Preliminary Conversation Draft Statement of Forecasted Expenses Digicomm, Inc. dated 3/7/1998 GPNE_MPM_004313-360 | G. Wong | | | | | | |
| 504 | 264 | 6/23/1996 | Assignment GPNECorp00006579-80 | G. Wong; E. Wong | | | | | | |
| 505 | 265 | 6/18/1996 | Assignment GPNECorp00005150-51 | G. Wong; E. Wong | | | | | | |
| 507 | 266 | 12/00/2006 | Articles of Merger GPNE-APP00021277-78 | G. Wong; E. Wong | | | | | | |
| 508 | 267 | 11/30/2006 | Merger Document GPNE-APP00021279-80 | G. Wong; E. Wong | | | | | | |
| 509 | 268 | 12/00/2006 | Certificate of Merger GPNE-APP00021281-84 | G. Wong; E. Wong | | | | | | |
| 510 | 269 | 11/30/2006 | Agreement and Plan of Merger GPNE_APP00021285-96 | G. Wong; E. Wong | | | | | | |

| Plaintiff's Prelim PX No. | Final PTX No. | Date | Description and Bates Range | Sponsoring Witness(es) | Category | Marked | Offered | Objection | Admitted | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 511 | 270 | 11/30/2006 | Merger Document GPNE-APP00021297-99 | G. Wong; E. Wong | | | | | | |
| 512 | 271 | 11/30/2006 | Merger Document GPNE-APP00021300-01 | G. Wong; E. Wong | | | | | | |
| 513 | 272 | 11/30/2006 | Certificate of Amendment GPNE-APP00021303-04 | G. Wong; E. Wong | | | | | | |
| 514 | 273 | 11/30/2006 | Merger Document GPNE-APP00021305 | G. Wong; E. Wong | | | | | | |
| 515 | 274 | 11/30/2006 | Unanimous Written Consent of the Board of Directors in Lieu of Special Meeting GPNE-APP00021306-10 | G. Wong; E. Wong | | | | | | |
| 516 | 275 | 11/30/2006 | Merger Document GPNE-APP00021311-12 | G. Wong; E. Wong | | | | | | |
| 517 | 276 | 12/4/2006 | Certificate of Merger GPNECorp00006575-78 | G. Wong; E. Wong | | | | | | |
| 519 | 277 | 3/16/2011 | Bill of Materials Document for Apple Device APP-GPNE0684368-4485 | N. Birkett | | | | | | |
| 520 | 278 | 10/27/2010 | Bill of Materials Document for Apple Device APP-GPNE 0681514-672 | N. Birkett | | | | | | |
| 522 | 279 | | Updated Apple Financial Data | Danksy | | | | | | |
| 523 | 280 | | Re-Exam Certificates | E. Dinan | | | | | | |
| 525 | 281 | | U.S. Patent App. No. 11/668,922 | G. Wong, E. Wong, E. Dinan | | | | | | |
| 526 | 282 | | U.S. Patent No. 7,200,406 | G. Wong, E. Wong, E. Dinan | | | | | | |
| 527 | 283 | | U.S. Patent No. 7,031,716 | G. Wong, E. Wong, E. Dinan | | | | | | |
| 528 | 284 | | U.S. Patent No. 6,282,406 | G. Wong, E. Wong, E. Dinan | | | | | | |
| 529 | 285 | | U.S. Patent No. 6,108,520 | G. Wong, E. Wong, E. Dinan | | | | | | |
| 530 | 286 | | U.S. Patent No. 5,729,827 | G. Wong, E. Wong, E. Dinan | | | | | | |
| 531 | 287 | | 3GPP TS 36.104 V9.0.0 (2009-05): 3rd Generation Partnership Project; Technical Specification Group Radio Access Network; Evolved Universal Terrestrial Radio Access (E-UTRA); Base Station (BS) radio transmission and reception (Release 9) | E. Dinan | | | | | | |

| Plaintiff's Prelim PX No. | Final PTX No. | Date | Description and Bates Range | Sponsoring Witness(es) | Category | Marked | Offered | Objection | Admitted | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 537 | 288 | | ETSI TS 123 228 v9.2.0 (2010-01)Digital cellular telecommunications system (Phase 2+); Universal Mobile Telecommunications System (UMTS); LTE; IP Multimedia Subsystem (IMS); Stage 2 (3GPP TS 23.228 version 9.2.0 Release 9) | E. Dinan | | | | | | |
| 264 | 289 | 3/26/2013 | E-mail from Steve Thomas·to E. Dinan@E. Dinantech.com  re: Your TRS-RenTelco order has shipped, dated 3/26/13 2:13 p.m. (E. Dinan Depo Ex. 2) | E. Dinan | | | | | | |