| | |
|---|---|
| FISH & RICHARDSON P.C. | WILMER CUTLER PICKERING HALE AND DORR LLP |
| Katherine K. Lutton (CSB No. 194971)<br>lutton@fr.com<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Tel: (650) 839-5070 Fax: (650) 839-5071 | Joseph J. Mueller (*pro hac vice*)<br>joseph.mueller@wilmerhale.com<br>60 State Street<br>Boston, MA 02109<br>Tel: (617) 526-6000 Fax: (617) 526-5000 |
| Ruffin B. Cordell (*pro hac vice*)<br>cordell@fr.com<br>1425 K Street, NW, Suite 1100<br>Washington, DC 20005<br>Tel: (207) 783-5070 Fax: (207) 783-2331 | Matthew Hawkinson (CSB No.248216)<br>matthew.hawkinson@wilmerhale.com<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, California 90071<br>Tel: (213) 443-5300 Fax: (213) 443-5400 |
| Christopher O. Green (*pro hac vice*)<br>cgreen@fr.com<br>Aamir A. Kazi (*pro hac vice*)<br>kazi@fr.com<br>Jacqueline Tio (*pro hac vice*)<br>tio@fr.com<br>1180 Peachtree Street, 21st Floor<br>Atlanta, GA 30309<br>Tel: (404) 892-5005 Fax: (404) 892-5002 | Mark D. Selwyn (CSB No. 244180)<br>mark.selwyn@wilmerhale.com<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Tel: (650) 858-6000 Fax: (650) 858-6100<br><br>Attorneys for Defendant APPLE INC. |
| Benjamin C. Elacqua (*pro hac vice*)<br>elacqua@fr.com<br>Brian G. Strand (*pro hac vice*)<br>strand@fr.com<br>1221 McKinney Street, Suite 2800<br>Houston, TX 77010<br>Tel: (713) 654-5300 Fax: (713) 652-0109 | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)

| | |
|---|---|
| GPNE, CORP.,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 5:12-cv-02885-LHK<br><br>**DEFENDANT APPLE INC.'S REVISED TRIAL EXHIBIT LIST** |

## APPLE INC.'S REVISED TRIAL EXHIBIT LIST

Defendant Apple Inc. ("Apple") hereby submits its Revised Trial Exhibit List, attached as <u>Exhibit 4</u>, pursuant to the Court's Pretrial Conference Order (Dkt. No. 327) and the parties' Joint Pretrial Statement (Dkt. No. 305).  Apple identifies these exhibits subject to the Court's ruling on the parties' Motions *in Limine* and any future Court rulings restricting evidence and testimony offered by the parties.  By providing the information in Apple's Revised Trial Exhibit List, Apple does not waive its right to object to an exhibit or to the use of an exhibit with a witness called by GPNE, nor does it agree to the admissibility of any such exhibit.  Apple reserves the right to amend or to supplements its exhibit list and to object to any exhibit used by GPNE, including on the basis of circumstances that may evolve prior to the commencement of trial (including but not limited to GPNE's pretrial disclosures), and/or in response to any evidence offered by GPNE at trial.  Apple reserves the right to object to any exhibit used by GPNE pursuant to the Federal Rules of Evidence, including but not limited to Rules 104, 105, 402, 403, 408, 501, 602, and 802, and the Court's present and future rulings and Standing Orders.

Dated:  September 17, 2014                      FISH & RICHARDSON P.C.

                                                By:   */s/ Christopher O. Green*
                                                       Christopher O. Green

                                              Attorneys for Defendant
                                              APPLE INC.

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that on September 17, 2014, all counsel of record who are deemed to have consented to electronic service are being served with a copy of **DEFENDANT APPLE INC.'S REVISED TRIAL EXHIBIT LIST** via the Court's CM/ECF system.

        */s/  Christopher O. Green*
        Christopher O. Green