UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
COURTROOM NO. 8-4th FLOOR

**CIVIL MINUTES**

# GPNE CORP. v. APPLE INC.
**Case Number:** 5:12-cv-02885-LHK

**Court Proceedings:** Final Pretrial Conference, Wednesday, September 24, 2014

**Courtroom Deputy Clerk:** Stacy Sakamoto
**Court Reporter:** Irene Rodriguez

**Time in Court:** 2 hours (2:05-4:05pm)

**Attorneys Present:**   Barry J. Bumgardner, Frances S. Lewis, Howard J. Susser, and Max Lalon Tribble, Jr. on behalf of Plaintiff GPNE Corp.
Christopher Owen Green, Joseph J. Mueller, Mark Daniel Selwyn, Kalpana Srinivasan, and Trevor P. Stutz on behalf of Defendant Apple Inc.

The Final Pretrial Conference is held. A written order is to be issued regarding the details of the conference.

Jury selection and trial remains set for October 6, 2014 at 9:00am.

Court is adjourned.