UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GPNE CORP., <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Case No.: 12-CV-02885-LHK <br><br> ORDER REGARDING GPNE'S MOTION FOR LEAVE |

Regarding GPNE's motion for leave to re-assert claim 37 of the '492 patent (ECF No. 389), in light of imminent trial deadlines, Apple shall file any response by 3:00 P.M. on October 2, 2014. Apple's response shall also indicate the status of Apple's counterclaims regarding the patent claims that GPNE dropped at the September 24, 2014 pretrial conference (claim 37 of the '492 patent, and claim 42 of the '267 patent). GPNE shall not file any reply.

**IT IS SO ORDERED.**

Dated: October 1, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-02885-LHK
ORDER REGARDING GPNE'S MOTION FOR LEAVE