1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GPNE CORP., | ) Case No.: 12-CV-02885-LHK |
| Plaintiff, | ) |
| v. | ) ORDER ON TRIAL SCHEDULE |
| APPLE, INC., | ) |
| Defendant. | ) |

Some evidence may be presented on October 6, 2014.  Presentation of evidence shall continue through October 7, 10, 14, 17, 20, and 21, as previously ordered.  There will be no trial on October 24, 2014.  The Court expects that final jury instructions and closing arguments will be presented on October 28, 2014.  The Jury will deliberate on consecutive days after October 28, 2014.

**IT IS SO ORDERED.**

Dated: October 2, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 12-CV-02885-LHK
ORDER ON TRIAL SCHEDULE