UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GPNE CORP., | ) Case No.: 12-CV-02885-LHK |
| Plaintiff, | ) |
| v. | ) ORDER CLARIFYING TRIAL SCHEDULE |
| APPLE, INC., | ) |
| Defendant. | ) |

    For clarification, the trial dates are as follows: Monday, October 6, 2014; Tuesday, October 7, 2014; Friday, October 10, 2014; Tuesday, October 14, 2014; Friday, October 17, 2014; Monday, October 20, 2014; Tuesday, October 21, 2014; and **Monday, October 27, 2014**.  As previously ordered, the Jury will deliberate on consecutive days after October 27, 2014.

    The parties shall include the dates above in their joint list of witnesses, deponents, attorneys, law firms, and trial dates and times to be used during jury selection.  *See* ECF No. 327 at 2.  The parties shall file the joint list by 5:00 P.M. on October 2, 2014 and e-mail a copy in Microsoft Word format to lhkcrd@cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: October 2, 2014

                                                                *Lucy H. Koh*
LUCY H. KOH
United States District Judge