UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GPNE CORP., | Case No.: 12-CV-02885-LHK |
| Plaintiff, | |
| v. | ORDER ON JOINT LIST FOR JURY SELECTION |
| APPLE, INC., | |
| Defendant. | |

The parties' joint list for jury selection (ECF No. 405) does not sufficiently disclose the parties or individuals associated with the case such that potential juror bias or familiarity with the parties or individuals associated with the case can be determined.  The parties' joint list must also identify the following:

(1) all counsel, paralegals, and assistants as well as all law firms who have worked on GPNE's case against Apple (No. 12-CV-02885), and

(2) all parties in all related cases stemming from the original Hawaii lawsuit (No. 11-CV-00426 (D. Haw.)).

If the parties prefer not to identify for which party the various individuals and law firms have worked, the parties may title their list "witnesses, attorneys, law firms, parties, and individuals associated with the case."  The parties should then list all witnesses, attorneys, and individuals associated with the case in alphabetical order by last name, then list all law firms in

alphabetical order, and then list all parties in alphabetical order.  The parties shall file their revised list by 9:00 A.M. on Friday, October 3, 2014.

**IT IS SO ORDERED.**

Dated: October 2, 2014

_____
LUCY H. KOH
United States District Judge