UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GPNE CORP., | Case No.: 12-CV-02885-LHK |
| Plaintiff, | |
| v. | ORDER ON JOINT LIST FOR JURY SELECTION |
| APPLE, INC., | |
| Defendant. | |

The Court files the attached joint list of names for jury selection, amending the parties' submission (ECF No. 408-1) to reflect the schedule for jury deliberation. The parties are requested to bring 40 copies of this list by 4:00 P.M. on October 3, 2014.

**IT IS SO ORDERED.**

Dated: October 3, 2014

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-02885-LHK
ORDER ON JOINT LIST FOR JURY SELECTION