**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GPNE CORP., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> APPLE, INC., ) <br> ) <br> Defendant. ) <br> ) | Case No.: 12-CV-2885-LHK <br><br> NOTICE OF TRIAL STATUS |

The parties are hereby notified that the jury in the Court's current trial reached a verdict on October 3, 2014. Thus, jury selection in the instant case will begin at 9 a.m., Monday, October 6, 2014.

**IT IS SO ORDERED.**

Dated: October 3, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-2885-LHK
NOTICE OF TRIAL STATUS