UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| GPNE CORP., | ) | Case No.: 12-CV-02885-LHK |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER RE: HIGH-PRIORITY OBJECTIONS ON OPENING SLIDES |
| APPLE, INC., | ) ) | |
| Defendant. | ) ) | |

## I. GPNE'S OBJECTIONS TO APPLE'S OPENING SLIDES

GPNE has filed objections to Apple's Opening Slides. ECF No. 397. Apple has filed a response. ECF No. 398. After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on GPNE's objections as follows:

| GPNE OBJECTION | COURT'S RULING ON OBJECTION |
|---|---|
| Slide 107 | Overruled. |
| Slide 157 | Overruled. |
| Slide 158 | Overruled. |
| DTX 189 | Overruled. |
| DTX 383 | Overruled. |
| DTX 384 | Overruled. |
| Slides 150-51 | Overruled. |
| DTX 55 | Overruled. |
| Slide 111 | Overruled. |
| Slide 145 | Overruled. |
| Slide 152 | Sustained. |
| Slide 105 | Sustained. |

| DTX 314 p.1 | Overruled. |
| DTX 360 | Overruled. |
| DTX 361 | Overruled. |
| DTX 404 | Sustained. |

## II. APPLE'S OBJECTIONS TO GPNE'S OPENING SLIDES

Apple has filed objections to GPNE's Opening Slides. ECF Nos. 398, 402. GPNE has filed a response. ECF No. 397. After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on Apple's objections as follows:

| APPLE OBJECTION | COURT'S RULING ON OBJECTION |
|---|---|
| Slides 10, 17 | Sustained. |
| Slides 31, 32 | Sustained. |
| Slide 13 | Sustained as to "9.99" and otherwise overruled. |
| Slide 29 | Overruled. |
| Slides 35, 41 | Overruled. |
| Slide 37 | Overruled. |
| Slide 44 | Sustained as to "prototype built." Sustained as to "Dr. Tan Report." GPNE shall substitute "Dr. Tan Report" with "Dr. Tan's or UCI's relationship with GPNE." |
| Slide 48 | Overruled. |
| Slide 57 | Overruled. |

GPNE acknowledges that it served its opening slides out of order. GPNE's opening slides are also not numbered. This made ruling on the objections to GPNE's slides more difficult. The Court requests that GPNE serve future demonstratives in order with page numbers.

**IT IS SO ORDERED.**

Dated: October 5, 2014

_____
LUCY H. KOH
United States District Judge