1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GPNE CORP., | ) Case No.: 12-CV-02885-LHK |
| Plaintiff, | ) |
| | ) ORDER ON GPNE'S OBJECTIONS TO |
| v. | ) DISCLOSURES REGARDING |
| | ) GABRIEL WONG, EDWIN WONG, |
| APPLE, INC., | ) AND HARRY TAN |
| | ) |
| Defendant. | ) |
| | ) |

On October 4, 2014, GPNE filed objections to Apple's disclosures. ECF No. 415-2. On

October 4, 2014, Apple filed a response. ECF No. 416-4. After reviewing the parties' briefing,

considering the record in the case, and balancing the considerations set forth in Federal Rule of

Evidence 403, the Court rules on GPNE's objections as follows:

| GPNE OBJECTION | COURT'S RULING ON OBJECTION |
|---|---|
| DTX 123 | The objection is sustained as to the following, which shall be redacted:<br>• DTX123.0002: redact the phrase "fund additional patent litigation"<br>• DTX123.0003: redact the phrase "Fund outside third party IP litigation" and redact the entire bullet beginning "GPNE to fund…"<br>• DTX123.0006: redact the entire slide<br>• DTX123.0007: redact the entire slide<br>• DTX123.0008: redact the entire slide<br>• DTX123.0012: redact the entire 2nd bullet beginning "GPNE has made…"<br>• DTX123.0013: redact the phrase "and third party" from the 4th bullet.<br>• DTX123.0014: redact the entire 4th bullet beginning "GPNE |

1

| | has a retention…" The objection is otherwise overruled. |
|---|---|
| DTX 169 | Overruled. |
| DTX 293 | Overruled. |
| DTX 302 | Sustained. |
| DTX 299 | Sustained. |
| DTX 413 | Overruled. |
| Tan Deposition Cross-Designations | Sustained. |

**IT IS SO ORDERED.**

Dated: October 5, 2014

_Lucy H. Koh_
_____

LUCY H. KOH
United States District Judge

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2