UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| GPNE CORP., | ) | Case No.: 12-CV-02885-LHK |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER ON APPLE'S OBJECTIONS TO GPNE'S DISCLOSURES REGARDING |
| APPLE, INC., | ) ) | GABRIEL WONG, EDWIN WONG, AND HARRY TAN |
| Defendant. | ) ) | |

On October 4, 2014, Apple filed objections to GPNE's disclosures. ECF No. 416-4. On October 4, 2014, GPNE filed a response. ECF No. 415-2. After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on GPNE's objections as follows:

| APPLE OBJECTION | COURT'S RULING ON OBJECTION |
|---|---|
| Demonstratives | As to the slide entitled "Timeline of GPNE's Efforts to Build Invention," sustained only as to "prototype built." Sustained in full as to the other demonstratives. |
| PTX 144 | Overruled. |
| PTX 202 | Overruled. |
| PTX 203 | Overruled. |
| PTX 280, 354 | Overruled. |
| Tan Deposition Designations | Overruled. |

1

Case No.: 12-CV-02885-LHK
ORDER ON APPLE'S OBJECTIONS TO GPNE'S DISCLOSURES

**IT IS SO ORDERED.**

Dated: October 5, 2014

_____
LUCY H. KOH
United States District Judge