UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GPNE CORP., <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Case No.: 12-CV-02885-LHK <br><br> ORDER ON ACCUSED PRODUCTS |

In light of the Court's rulings on motions *in limine* and GPNE's dropped patent claims, the Court requests that the parties file an updated joint list of accused products and infringement theories by 8:30 A.M. on October 6, 2014.

**IT IS SO ORDERED.**

Dated: October 5, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge