KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
FRANCES S. LEWIS (291055)
flewis@susmangodfrey.com
TREVOR P. STUTZ (296882)
tstutz@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California  90067-6029
[Tel.] (310) 789-3100
[Fax] (310) 789-3150

MAX L. TRIBBLE, JR. (*pro hac vice*)
mtribble@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas  77002-5096
[Tel.] (713) 651-9366
[Fax] (713) 654-6666

Attorneys for Plaintiff GPNE Corp.

(See Signature Page for Names and Addresses of Additional Counsel for Plaintiff)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| GPNE CORP., <br><br> Plaintiff, <br><br> vs. <br><br> APPLE, INC. <br><br> Defendant. | Case No: 12-cv-02885-LHK <br><br> **NOTICE OF PLAINTIFF'S ANNOUNCEMENT OF TRIAL WITNESSES WHO WILL BE CALLED ON OCTOBER 7, 2014** |

**PLEASE TAKE NOTICE:**

Pursuant to the Court's Order, Doc. No. 379, Plaintiff GPNE, Corp. announces that they will continue to call witness Gabriel Wong. Then, they will call Edwin Wong. If timing permits, Plaintiff may play the deposition testimony of Harry Tan and then may call expert witness Dr. Esmael Dinan.

Dated: October 6, 2014

KALPANA SRINIVASAN
MAX L. TRIBBLE, JR.
FRANCES S. LEWIS
TREVOR P. STUTZ
SUSMAN GODFREY LLP

BARRY J. BUMGARDNER (*Pro Hac Vice*)
barry@nbclaw.net
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
[Tel.] (817) 377-9111
[Fax] (817) 377-3485

HOWARD J. SUSSER (*Pro Hac Vice*)
hsusser@burnslev.com
ZACHARY R. GATES (*Pro Hac Vice*)
zgates@burnslev.com
ALEXANDRA CAPACHIETTI (*Pro Hac Vice*)
acapachietti@burnslev.com
BURNS & LEVINSON LLP
125 Summer Street
Boston, Massachusetts 02110-1624
[Tel.] (617) 345-3000
[Fax] (617) 345-3299

By:   */s/ Kalpana Srinivasan*
Kalpana Srinivasan
Attorneys for Plaintiff GPNE Corp.

1

Notice of Witnesses to Be Called 10/07/2014
Case No 12-cv-02885-LHK

3353841v1/014346