UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GPNE CORP., <br><br>                    Plaintiff, <br><br>     v. <br><br> APPLE, INC., <br><br>                    Defendant. | Case No.: 12-CV-02885-LHK <br><br> ORDER ON PARTIES' OBJECTIONS TO DISCLOSURES REGARDING DINAN AND BIRKETT |

On October 5, 2014, Apple filed objections to GPNE's disclosures. ECF No. 418. On October 5, 2014, GPNE filed a response. ECF No. 420-4. After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on GPNE's objections as follows:

GPNE "objects to Apple's bulk objection to 11 separate demonstratives and two exhibits styled as one high priority objection." ECF No. 420-4 at 1. The parties may object to only 3 total exhibits per witness, pursuant to the Court's order. *See* ECF No. 327. Here, the Court will entertain Apple's objections to 11 demonstratives for Dr. Dinan because GPNE has disclosed 160 total demonstratives for Dr. Dinan. Moreover, the Court notes that demonstratives should not be used as a mechanism to circumvent the parties' discovery obligations. Failure to produce timely discovery cannot be cured by merely claiming the inadmissible exhibit is a demonstrative.

1

| APPLE OBJECTION | COURT'S RULING ON OBJECTION |
|---|---|
| **Dinan** | |
| Slide 53, DTX 400 | Sustained. |
| Slide 54, DTX 142 | Sustained. |
| Slide 56 | Overruled. |
| Slide 57 | Sustained as to photo of test equipment in bottom right corner. Otherwise overruled. |
| Slide 96 | Sustained as to the photos of test equipment above the headings "Certifications" and "Personally Tested." Overruled as to the ETSI Standard. |
| Slide 126 | Sustained as to photo of Agilent test equipment and adjacent screenshot. Otherwise overruled. |
| Slides 99, 102, 111 | Sustained. |
| Slide 101 | Overruled. |
| Slide 158 | Overruled. |
| Slides 45, 46, 48, and animation | Overruled. |
| GPNE's use of any admitted exhibits | Sustained. The parties must identify any exhibits to be used with a witness. GPNE's use of exhibits for Dr. Dinan and Dr. Birkett are limited to the exhibits that GPNE identified to Apple. |
| **Birkett** | |
| Slide 11 | Sustained. |

On October 5, 2014, GPNE filed objections to Apple's disclosures. ECF No. 420-4. On October 5, 2014, Apple filed a response. ECF No. 418. After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on GPNE's objections as follows:

| GPNE OBJECTION | COURT'S RULING ON OBJECTION |
|---|---|
| DTX 164 | Overruled. |

Apple also seeks to seal the courtroom from Dr. Dinan and the general public during portions of Dr. Birkett's testimony. *See* ECF No. 418 at 6. In light of the parties' statements regarding potential agreements on Apple's sealing request, the parties shall be prepared to address this issue (and specifically, whether to limit the disputed material to the jury screens) at the end of the day on October 7, 2014.

**IT IS SO ORDERED.**

Dated: October 6, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2

Case No.: 12-CV-02885-LHK
ORDER ON OBJECTIONS TO DISCLOSURES