UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GPNE CORP., <br><br> Plaintiff, <br> v. <br><br> APPLE, INC., <br><br> Defendant. | Case No.: 12-CV-02885-LHK <br><br> ORDER FOR CLARIFICATION ON ACCUSED PRODUCTS |

In light of the parties' joint list of accused products (ECF No. 429), the Court requests that the parties jointly provide the information indicated in the chart below by noon on October 7, 2014.

**IT IS SO ORDERED.**

Dated: October 6, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

| Product | GPRS? | LTE? | '954 Patent | | | | '492 Patent | |
|---|---|---|---|---|---|---|---|---|
| | | | Claim 19 | | Claim 22 | | Claim 44 | |
| | | | Literal infringement | DOE: GPRS and/or LTE? | Literal infringement | DOE: GPRS and/or LTE? | Literal infringement | DOE: GPRS and/or LTE? |
| iPhone 4 (model A1332) | | | | | | | | |
| iPhone 4S (model A1387) | | | | | | | | |
| iPhone 5 (model A1428) | | | | | | | | |
| iPhone 5 (model A1429) | | | | | | | | |
| iPad 2 (model A1396) | | | | | | | | |
| iPad (3rd Generation) (model A1430) | | | | | | | | |
| iPad (3rd Generation) (model A1403) | | | | | | | | |
| iPad Mini Cellular (model A1454) | | | | | | | | |
| iPad Mini Cellular (model A1455) | | | | | | | | |

2

Case No.: 12-CV-02885-LHK
ORDER FOR CLARIFICATION ON ACCUSED PRODUCTS