UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GPNE CORP., | Case No.: 12-CV-02885-LHK |
| Plaintiff, | |
| v. | ORDER ON VERDICT FORM AND JURY INSTRUCTIONS |
| APPLE, INC., | |
| Defendant. | |

As stated at trial on October 7, 2014, the parties shall their revised proposed verdict forms by October 9, 2014.  The parties shall file their joint proposed final jury instructions by noon on October 13, 2014.  Copies of the proposed verdict forms and jury instructions shall be e-mailed in Microsoft Word format to lhkcrd@cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: October 7, 2014

LUCY H. KOH
United States District Judge