| | |
|---|---|
| **FISH & RICHARDSON P.C.**<br>Katherine K. Lutton (CSB No. 194971)<br>lutton@fr.com<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Tel: (650) 839-5070 Fax: (650) 839-5071<br><br>Ruffin B. Cordell (*pro hac vice*)<br>cordell@fr.com<br>1425 K Street, NW, Suite 1100<br>Washington, DC 20005<br>Tel: (207) 783-5070 Fax: (207) 783-2331<br><br>Christopher O. Green (*pro hac vice*)<br>cgreen@fr.com<br>Aamir A. Kazi (*pro hac vice*)<br>kazi@fr.com<br>Jacqueline Tio (*pro hac vice*)<br>tio@fr.com<br>1180 Peachtree Street, 21st Floor<br>Atlanta, GA 30309<br>Tel: (404) 892-5005 Fax: (404) 892-5002<br><br>Benjamin C. Elacqua (*pro hac vice*)<br>elacqua@fr.com<br>Brian G. Strand (*pro hac vice pending*)<br>strand@fr.com<br>1221 McKinney Street, Suite 2800<br>Houston, TX 77010<br>Tel: (713) 654-5300 Fax: (713) 652-0109<br><br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br><br>Joseph J. Mueller (*pro hac vice*)<br>joseph.mueller@wilmerhale.com<br>60 State Street<br>Boston, MA 02109<br>Tel: (617) 526-6000 Fax: (617) 526-5000<br><br>Matthew Hawkinson (CSB No.248216)<br>matthew.hawkinson@wilmerhale.com<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, California 90071<br>Tel: (213) 443-5300 Fax: (213) 443-5400<br><br>Mark D. Selwyn (CSB No. 244180)<br>mark.selwyn@wilmerhale.com<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Tel: (650) 858-6000 Fax: (650) 858-6100<br><br>**ATTORNEYS FOR DEFENDANT APPLE INC.** | **NELSON BUMGARDNER, P.C.**<br>Barry J. Bumgardner (*pro hac vice*)<br>barry@nbclaw.net<br>Jonathan H. Rastegar (*pro hac vice*)<br>jrastegar@nbclaw.net<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>Tel: (817) 377-9111 Fax: (817) 377-3485<br><br>**BURNS &LEVINSON LLP**<br>Howard J. Susser (*pro hac vice*)<br>hsusser@burnslev.com<br>Zachary R. Gates (*pro hac vice*)<br>zgates@burnslev.com<br>Alexandra Capachietti (*pro hac vice*)<br>acapachietti@burnslev.com<br>125 Summer Street<br>Boston, Massachusetts 02110<br>Tel: (617) 345-3000 Fax: (617) 345-3299<br><br>**SUSMAN GODFREY L.L. P.**<br>Kalpana Srinivasan (CSB No. 237460)<br>ksrinivasan@susmangodfrey.com<br>Frances S. Lewis (CSB No. 291055)<br>flewis@susmangodfrey.com<br>Trevor P. Stutz (CSB No. 296882)<br>tstutz@susmangodfrey.com<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, California 90067-6029<br>Tel: (310) 789-3100 Fax: (310) 789-3150<br><br>Max L. Tribble. (*pro hac vice*)<br>mtribble@susmangodfrey.com<br>1000 Louisiana, Suite 5100<br>Houston, Texas 77002-5096<br>Tel: (713) 651-9366 Fax: (713) 654-6666<br><br>**ATTORNEYS FOR PLAINTIFF GPNE CORP.** |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)

| | |
|---|---|
| GPNE Corp., <br>                 Plaintiff, <br> v. <br> APPLE INC. <br>                 Defendant. | Case No. 5:12-cv-02885-LHK <br><br> **JOINT SUBMISSION REGARDING REQUESTS TO SEAL FOR MR. DANSKY** <br><br> Judge:     Hon. Lucy H. Koh |

      The parties have met and conferred, and have resolved their objections regarding the exhibits and demonstratives to be used in connection with Mr. Dansky. However, the parties' direct and cross exhibits implicate a number of materials designated "Confidential – Attorneys' Eyes Only" under the Protective Order that contain commercially sensitive and valuable information to GPNE, Apple, and third parties. These include license agreements, financial information, bill of material documents, and invoices that have been sealed or redacted from reports and briefs pursuant to prior Court orders deeming the parties' request to seal these materials narrowly tailored to confidential business information. *See* Dkt. Nos. 240, 328, and 362. These exhibits include: DTX 60-65, DTX 83, DTX 88-90, DTX 100, DTX 107, DTX 115-16, DTX 205, DTX 331-50, JTX 8, JTX 21-23, JTX 32, JTX 36, JTX 42, JTX 57, JTX 59-60, PTX 148-51, PTX 179-81, PTX 227-28, PTX 233-34, PTX 250-51, and PTX 279. The parties have conferred and agree to the sealing of the materials. The parties have further agreed to confer over the next two days to propose a procedure to the Court for the sealing of these documents in the courtroom.

1 | Dated: October 8, 2014 | Dated: October 8, 2014
2 | **FISH & RICHARDSON P.C.** | **SUSMAN GODFREY L.L.P.**

4 | By:   */s/ Christopher O. Green* | By:   */s/ Kalpana Srinivasan*
  |         Christopher O. Green  |          Kalpana Srinivasan

6 | **ATTORNEYS FOR DEFENDANT APPLE INC.** | **ATTORNEYS FOR PLAINTIFF GPNE CORP.**