IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GPNE CORP., | ) | No. 12-CV-02885-LHK |
| Plaintiff, | )<br>)<br>) | **ORDER RE: FILING OF**<br>**SEALING MOTIONS** |
| vs. | ) | |
| APPLE, INC., | )<br>) | |
| Defendant. | )<br>) | |

    The parties cannot stipulate to sealing at trial without the approval of the Court, which must balance the public right of access with the parties' interest in sealing.  If the parties wish any exhibit or testimony to be sealed at trial, the parties must file a motion and declaration in support of sealing in compliance with the Civil Local Rules as previously ordered by the Court.  Past sealing orders, some of which required only the showing of good cause for sealing, are not sufficient to seal at trial, where the compelling reasons standard for sealing applies.  As for license agreements, the Court will follow Ninth Circuit case law, which does not allow sealing of entire license agreements.  The parties' motion to seal any exhibits or testimony to be presented at trial on Friday, October 10, 2014 was due at 8 a.m. today, Wednesday, October 8, 2014.  The Court will extend this deadline to 8 a.m. Thursday, October 9, 2014.

1  DATED:  321: 14236

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

12-CV-02885-LHK
ORDER RE: FILING OF SEALING MOTIONS            2