UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
COURTROOM NO. 8-4th FLOOR

**CIVIL MINUTES**

# GPNE Corp. v. Apple Inc.
5:12-cv-02885-LHK

**Court Proceedings:** Jury Trial – Day 2 (Tuesday, October 7, 2014)

**Courtroom Deputy Clerk:** Stacy Sakamoto
**Court Reporter:** Lee-Anne Shortridge and Irene Rodriguez

**Present in the Courtroom:**
Barry Bumgardner, Frances S. Lewis, Kaplana Srinivasan, Trevor Stutz, Howard Susser, and Max Lalon Tribble, Jr. for Plaintiff GPNE Corp.
Also present for Plaintiff: Gabriel Wong and Edwin Wong
Ruffin B. Cordell, Christopher Green, Joseph Mueller, Mark Selwyn for Defendant Apple Inc.
Also present for Defendant: Douglas Green, Jamie Laird, David Melaugh, and Cyndi Wheeler

**Time in Court:** 6 hours and 15 minutes (9:08am – 5:02pm)

Mr. Tribble resumes and completes his diret examination of Gabriel Wong. Mr. Cordell cross examines Mr. G. Wong and Mr. Tribble conducts his redirect until the Court recesses for lunch.

Following the lunch recess, Mr. Tribble concludes his redirect examination, and Mr. G. Wong is excused (subject to recall).

Plaintiff's next witness is Edwin Wong. Ms. Srinivasan begins and completes her direct examination of Mr. E. Wong, and Mr. Mueller begins and completes his cross examination of the witness. Ms. Srinivasan redirects and Mr. Mueller further crosses, and the witness is excused (subject to recall).

Jurors are directed to return at 9:00am on Friday, October 10, 2014.

The Parties briefly confer with the Court before court is adjorned for the day.

Exhibits admitted during Day 2:

JTX 002, JTX 005, JTX 007, JTX 012, JTX 040, JTX 054, and JTX 056.

PTX 003, PTX 144, PTX 202, PTX 214, PTX 280, and PTX 354.

DTX 077, DTX 189, DTX 331, DTX 332, DTX 333, DTX 334, DTX 335, DTX 336, DTX 337, DTX 338, DTX 339, DTX 340, DTX 341, DTX 342, DTX 343, DTX 344, DTX 345, DTX 346, DTX 347, DTX 348, DTX 349, DTX 350, DTX 411, DTX 412, and DTX 413