UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GPNE CORP., | ) |
| Plaintiff, | ) Case No.: 12-CV-02885-LHK |
| v. | ) ORDER RE: HIGH-PRIORITY |
| APPLE, INC., | ) OBJECTIONS TO CASANOVA, |
| | ) MANNING, & BODNER |
| Defendant. | ) |

## I.   GPNE'S OBJECTIONS

GPNE has filed objections to Apple witness's proposed testimony and a demonstration. ECF No. 458. Apple has filed a response. ECF No. 459. After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on Apple's objections as follows:

| GPNE'S OBJECTIONS | COURT'S RULING ON OBJECTION |
|---|---|
| Bodner Deposition Lines 64:1-3; 72:17-24 | Overruled. |
| Bodner Deposition Lines 68:23-69:15; 93:2-17 | Overruled. |
| Bodner Deposition Lines 98:2-13; 98:23-99:1; 99:8-19 | Sustained as to 98:23-99:1, and otherwise overruled. |
| Manning SIM Demonstration | Sustained. |

## II. APPLE'S OBJECTIONS

Apple has filed objections to GPNE's cross disclosures. ECF No. 459. GPNE has filed a response. ECF No. 458. After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on Apple's objections as follows:

| APPLE'S OBJECTIONS | COURT'S RULING ON OBJECTION |
|---|---|
| PTX 147 | Sustained. |
| PTX 329 | Overruled. |
| PTX 351 | Overruled. |
| Bodner Counter-Designations | Sustained as to 46:8-46:12 and otherwise overruled. |

## III. SEALING

Having considered Apple's motion to seal, and compelling reasons having been shown, the Court seals the following documents as follows:

| DOCUMENTS | COURT'S RULING ON SEALING REQUEST |
|---|---|
| PTX 182 | Denied as to cover pages PTX 182.0023, .0027, and .0030. Denied as to "Concept Review" but otherwise granted on PTX 182.0001. Granted as to the remaining proposed redactions. |
| PTX 183 | Denied as to cover pages PTX 183.0007, .009, .0012, .0027, and .0029. Denied as to "Antenna" but otherwise granted on PTX 183.0022. Granted as to the remaining proposed redactions. |

**IT IS SO ORDERED.**

Dated: October 13, 2014

_____
LUCY H. KOH
United States District Judge