UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GPNE CORP., <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Case No.: 12-CV-02885-LHK <br><br> ORDER ON APPLE'S REQUEST TO SEAL |

Apple has renewed a request to seal certain exhibits for trial, previously raised in connection with high priority objections (ECF No. 418).  ECF No. 464.  Apple did not file any highlighted proposed redactions in the documents for sealing.  This violates Civ. L. R. 79-5(d)(1)(D) and this Court's recent express order requiring the parties to "highlight proposed redactions in the unredacted versions of the documents."  ECF No. 453.  Apple's failure to file highlighted versions makes it very difficult for the Court to identify and assess proposed redactions.  Accordingly, as stated at trial on October 14, 2014, Apple's request to seal is DENIED without prejudice.  Continued failure to comply with this Court's sealing requirements in connection with this sealing request will result in denial with prejudice.

**IT IS SO ORDERED.**

Dated: October 14, 2014

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-02885-LHK
ORDER ON APPLE'S REQUEST TO SEAL