UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GPNE CORP., <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Case No.: 12-CV-02885-LHK <br><br> ORDER RE: HIGH-PRIORITY OBJECTIONS TO WILSON AND RYSAVY |

**I.   GPNE'S OBJECTIONS TO APPLE'S OPENING SLIDES**

GPNE has filed objections to Apple's disclosures. ECF No. 474. Apple has filed a response. ECF No. 473. After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on GPNE's objections as follows:

| GPNE'S OBJECTION | COURT'S RULING ON OBJECTION |
|---|---|
| DTX 163 | Overruled. |
| ADX 330 | Overruled. |
| ADX 313 | Overruled. |
| ADX 314 | Apple must include the signature dates.  Otherwise the objection is overruled. |
| ADX 315 | Overruled. |
| ADX 383 | Overruled. |
| ADX 384 | Overruled. |

1

Case No.: 12-CV-02885-LHK
ORDER RE: HIGH-PRIORITY OBJECTIONS TO WILSON AND RYSAVY

## II. APPLE'S OBJECTIONS TO GPNE'S OPENING SLIDES

Apple has filed objections to GPNE's disclosures. ECF No. 473. GPNE has filed a response. ECF No. 474. After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on Apple's objections as follows:

| APPLE'S OBJECTION | COURT'S RULING ON OBJECTION |
|---|---|
| PTX 141/147 | Sustained as to the use of expert reports as exhibits against a witness who did not rely on or author the report. |
| Apple's unused slides | Sustained. |

## III. SEALING

Apple requests to seal portions of trial exhibits PTX 20-25. ECF No. 474. These exhibits are the subject of a separate, prior sealing motion by Apple (ECF No. 472) and will be addressed in connection with that motion.

**IT IS SO ORDERED.**

Dated: October 16, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2
Case No.: 12-CV-02885-LHK
ORDER RE: HIGH-PRIORITY OBJECTIONS TO WILSON AND RYSAVY