| | |
|---|---|
| FISH & RICHARDSON P.C. | WILMER CUTLER PICKERING HALE AND DORR LLP |
| Katherine K. Lutton (CSB No. 194971)<br>lutton@fr.com<br>Rebecca Charnas Grant (CSB No. 264214)<br>rgrant@fr.com<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Tel: (650) 839-5070 Fax: (650) 839-5071 | Joseph J. Mueller (*pro hac vice*)<br>joseph.mueller@wilmerhale.com<br>60 State Street<br>Boston, MA 02109<br>Tel: (617) 526-6000 Fax: (617) 526-5000 |
| Ruffin B. Cordell (*pro hac vice*)<br>cordell@fr.com<br>1425 K Street, NW, Suite 1100<br>Washington, DC 20005<br>Tel: (207) 783-5070 Fax: (207) 783-2331 | Matthew Hawkinson (CSB No. 248216)<br>matthew.hawkinson@wilmerhale.com<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, California 90071<br>Tel: (213) 443-5300 Fax: (213) 443-5400 |
| Christopher O. Green (*pro hac vice*)<br>cgreen@fr.com<br>Aamir A. Kazi (*pro hac vice*)<br>kazi@fr.com<br>Jacqueline Tio (*pro hac vice*)<br>tio@fr.com<br>1180 Peachtree Street, 21st Floor<br>Atlanta, GA 30309<br>Tel: (404) 892-5005 Fax: (404) 892-5002 | Mark D. Selwyn (CSB No. 244180)<br>mark.selwyn@wilmerhale.com<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Tel: (650) 858-6000 Fax: (650) 858-6100<br><br>Attorneys for Defendant APPLE INC. |
| Benjamin C. Elacqua (*pro hac vice*)<br>elacqua@fr.com<br>Brian G. Strand (*pro hac vice*)<br>strand@fr.com<br>1221 McKinney Street, Suite 2800<br>Houston, TX 77010<br>Tel: (713) 654-5300 Fax: (713) 652-0109 | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)

| | |
|---|---|
| GPNE, CORP.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | Case No. 5:12-cv-02885-LHK<br><br>**APPLE INC.'S NOTICE OF WITNESSES TO BE CALLED OCTOBER 17, 2014**<br><br>Trial Date: October 17, 2014 |

TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that on October 17, 2014, and after Plaintiff GPNE Corp. rests its case-in-chief, Defendant Apple Inc. intends to call the following witnesses: Frank Casanova, Dr. Sarah Kate Wilson, Ernest Bodner (by deposition designation), and Peter Rysavy, time permitting.

Dated: October 16, 2014                                        Respectfully submitted,

                                                                               By: */s/ Christopher O. Green*
                                                                                        Christopher O. Green

                                                                     Attorneys for Defendant
                                                                     APPLE INC.