| | |
|---|---|
| FISH & RICHARDSON P.C. | WILMER CUTLER PICKERING HALE AND DORR LLP |
| Katherine K. Lutton (CSB No. 194971) lutton@fr.com | Joseph J. Mueller (*pro hac vice*) joseph.mueller@wilmerhale.com |
| Rebecca Charnas Grant (CSB No. 264214) rgrant@fr.com | 60 State Street Boston, MA 02109 |
| 500 Arguello Street, Suite 500 Redwood City, CA 94063 | Tel: (617) 526-6000 Fax: (617) 526-5000 |
| Tel: (650) 839-5070 Fax: (650) 839-5071 | Matthew Hawkinson (CSB No.248216) matthew.hawkinson@wilmerhale.com |
| Ruffin B. Cordell (*pro hac vice*) cordell@fr.com | 350 South Grand Avenue, Suite 2100 Los Angeles, California 90071 |
| 1425 K Street, NW, Suite 1100 Washington, DC 20005 | Tel: (213) 443-5300 Fax: (213) 443-5400 |
| Tel: (207) 783-5070 Fax: (207) 783-2331 | Mark D. Selwyn (CSB No. 244180) mark.selwyn@wilmerhale.com |
| Christopher O. Green (*pro hac vice*) cgreen@fr.com | 950 Page Mill Road Palo Alto, CA 94304 |
| Aamir A. Kazi (*pro hac vice*) kazi@fr.com | Tel: (650) 858-6000 Fax: (650) 858-6100 |
| Jacqueline Tio (*pro hac vice*) tio@fr.com | |
| 1180 Peachtree Street, 21st Floor Atlanta, GA 30309 | Attorneys for Defendant APPLE INC. |
| Tel: (404) 892-5005 Fax: (404) 892-5002 | |
| Benjamin C. Elacqua (*pro hac vice*) elacqua@fr.com | |
| Brian G. Strand (*pro hac vice*) strand@fr.com | |
| 1221 McKinney Street, Suite 2800 Houston, TX 77010 | |
| Tel: (713) 654-5300 Fax: (713) 652-0109 | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)

| | |
|---|---|
| GPNE, CORP.,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 5:12-cv-02885-LHK<br><br>**APPLE INC.'S NOTICE OF LODGING DEPOSITION CLIPS** |

TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Apple Inc. ("Apple") hereby lodges the following deposition clips used at trial by Apple:

| Deposition Clip | Reference in Trial Transcript |
|---|---|
| Gabe Wong, 4/12/13, p. 312:19 | 279:9 |
| Gabe Wong, 4/12/13, p. 253:4-10 | 304:24 |
| Gabe Wong, 4/12/13, p. 253:25-254:5 | 325:2 |
| Edwin Wong, 10/24/13, 71:24-72:4 | 403:22 |
| Esmael Dinan, 2/20/14, 78:16-22 | 688:6 |
| Esmael Dinan, 2/20/14, 97:71-20 | 710:4 |
| Dr. Neil Birkett, 2/24/14, 30:19-24 | 838:24 |

Dated:  October 16, 2014			FISH & RICHARDSON P.C.


					By:  */s/ Christopher O. Green*
					       Christopher O. Green

					Attorneys for Defendant
					APPLE INC.