UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GPNE CORP., <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Case No.: 12-CV-02885-LHK <br><br> PROPOSED VERDICT FORM |

    The parties shall file any objections to the proposed verdict form by October 20, 2014, at 8 a.m. Objections should not exceed 2 pages in length.

**IT IS SO ORDERED.**

Dated: October 17, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

## I. INFRINGEMENT

**1. For each of the following products, has GPNE proven by a preponderance of the evidence that Apple has infringed Claim 44 of the '492 patent:**

Please answer in each cell with "Infringed" (for GPNE) or "Not infringed" (for Apple). Do not provide an answer for any cell that is blacked out.

| Apple Product | | Literal Infringement | Doctrine of Equivalents |
|---|---|---|---|
| **iPhone 4 (A1332)** | GPRS | | |
| | LTE | ■ | ■ |
| **iPhone 4S (A1387)** | GPRS | | |
| | LTE | ■ | ■ |
| **iPhone 5 (A1428)** | GPRS | | |
| | LTE | ■ | ■ |
| **iPad 2 (A1396)** | GPRS | | |
| | LTE | ■ | ■ |
| **iPad 3 (A1430)** | GPRS | | |
| | LTE | ■ | ■ |
| **iPad mini (A1454)** | GPRS | | |
| | LTE | ■ | ■ |

2. **For each of the following products, has GPNE proven by a preponderance of the evidence that Apple has infringed Claim 19 of the '954 patent:**

Please answer in each cell with "Infringed" (for GPNE) or "Not infringed" (for Apple). Do not provide an answer for any cell that is blacked out.

| Apple Product | | Literal Infringement | Doctrine of Equivalents |
|---|---|---|---|
| **iPhone 4 (A1332)** | GPRS | | |
| | LTE | | |
| **iPhone 4S (A1387)** | GPRS | | |
| | LTE | | |
| **iPhone 5 (A1428)** | GPRS | | |
| | LTE | | |
| **iPad 2 (A1396)** | GPRS | | |
| | LTE | | |
| **iPad 3 (A1430)** | GPRS | | |
| | LTE | | |
| **iPad mini (A1454)** | GPRS | | |
| | LTE | | |

3

Case No.: 12-CV-02885-LHK
PROPOSED VERDICT FORM

3. **For each of the following products, has GPNE proven by a preponderance of the evidence that Apple has infringed Claim 22 of the '954 patent:**

Please answer in each cell with "Infringed" (for GPNE) or "Not infringed" (for Apple). Do not provide an answer for any cell that is blacked out.

| Apple Product | | Literal Infringement | Doctrine of Equivalents |
|---|---|---|---|
| iPhone 4 (A1332) | GPRS | | |
| | LTE | | |
| iPhone 4S (A1387) | GPRS | | |
| | LTE | | |
| iPhone 5 (A1428) | GPRS | | |
| | LTE | | |
| iPhone 5 (A1429) | GPRS | | |
| | LTE | | |
| iPad 2 (A1396) | GPRS | | |
| | LTE | | |
| iPad 3 (A1430) | GPRS | | |
| | LTE | | |
| iPad 3 (A1403) | GPRS | | |
| | LTE | | |
| iPad mini (A1454) | GPRS | | |
| | LTE | | |
| iPad mini (A1455) | GPRS | | |
| | LTE | | |

Case No.: 12-CV-02885-LHK
PROPOSED VERDICT FORM

## II. INVALIDITY

**4. Has Apple proven by clear and convincing evidence that GPNE's patent claims are invalid?**

Please answer in each cell with "Invalid" (for Apple) or "Valid" (for GPNE).

| GPNE Asserted Claim | Invalid or Valid |
|---|---|
| '954 patent, Claim 19 | |
| '954 patent, Claim 22 | |
| '492 patent, Claim 44 | |

5

Case No.: 12-CV-02885-LHK
PROPOSED VERDICT FORM

### III. DAMAGES (IF APPLICABLE)

**You must find that an Apple product infringed a valid patent claim to award damages.**

5. **What is the total dollar amount that GPNE is entitled to receive from Apple on the claims on which you have ruled in favor of GPNE?**

   $ _____

6. **For the total dollar amount in your answer to Question 5, please indicate whether you calculated the amount based on a lump sum royalty or a per unit royalty by writing down either "lump sum royalty" or "per unit royalty" on the line below.**

   _____

7. **For the total dollar amount in your answer to Question 5, please provide in the chart below the dollar breakdown for each product.**

| Apple Product | Damages (in total dollars) |
| --- | --- |
| **iPhone 4 (A1332)** | $ |
| **iPhone 4S (A1387)** | $ |
| **iPhone 5 (A1428)** | $ |
| **iPhone 5 (A1429)** | $ |
| **iPad 2 (A1396)** | $ |
| **iPad 3 (A1430)** | $ |
| **iPad 3 (A1403)** | $ |
| **iPad mini (A1454)** | $ |
| **iPad mini (A1455)** | $ |

**The individual amounts in each cell of Question 7 should add up to the total you have listed in your answer to Question 5.**

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Bailiff that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

DATED: _____, 2014      By:_____
                                           Presiding Juror