UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GPNE CORP., <br><br>　　　　　Plaintiff, <br><br>　v. <br><br>APPLE, INC., <br><br>　　　　　Defendant. | Case No.: 12-CV-02885-LHK <br><br> ORDER REQUESTING CLARIFICATION ON TRIAL PRESENTATION |

In their September 17, 2014 joint case management statement, the parties stipulated that only GPNE would present a rebuttal case at trial following the close of Apple's case in chief. ECF No. 374 at 4. However, at the close of trial on October 17, 2014, the parties indicated that Apple also plans to present a rebuttal case after GPNE's rebuttal case. By noon on October 18, 2014, the parties shall file a joint statement clarifying their ordering of proof for trial, and the points at which they expect to file further motions for judgment as a matter of law under Fed. R. Civ. P. 50(a).

**IT IS SO ORDERED.**

Dated: October 17, 2014

_____
LUCY H. KOH
United States District Judge