UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| GPNE CORP., | ) | Case No.: 12-CV-02885-LHK |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER RE: HIGH-PRIORITY OBJECTIONS FOR TARANEH MAGHAME, JASON SHI, EDWIN WONG, AND ESMAEL DINAN |
| APPLE, INC., | ) | |
| Defendant. | ) | |

## I.  GPNE'S OBJECTIONS TO APPLE'S DISCLOSURES FOR EDWIN WONG

GPNE has filed objections to Apple's disclosures. ECF No. 492. Apple has filed a response. ECF No. 494. After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on GPNE's objections as follows:

| GPNE'S OBJECTION | COURT'S RULING ON OBJECTION |
|---|---|
| Edwin Wong Depo. Tr. 80:15-81:5 | Overruled. |
| Edwin Wong Depo. Tr. 94:11-94:23 | Overruled. |

1

Case No.: 12-CV-02885-LHK
ORDER RE: HIGH-PRIORITY OBJECTIONS FOR TARANEH MAGHAME, JASON SHI, EDWIN WONG, AND ESMAEL DINAN

| Edwin Wong Depo. Tr. 123:20-124:4, 124:11-13 | Overruled. |
| Edwin Wong Depo. Tr. 180:5-9 | Overruled. |
| Edwin Wong Depo. Tr. 192:22-193:9 | Overruled. |
| Edwin Wong Depo. Tr. 197:19-22 | Overruled. |

## II. APPLE'S OBJECTIONS TO GPNE'S DISCLOSURES FOR EDWIN WONG, TARANEH MAGHAME, JASON SHI, AND ESMAEL DINAN

Apple has filed objections to GPNE's disclosures. ECF No. 494. GPNE has filed a response. ECF No. 492. After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on Apple's objections as follows:

| APPLE'S OBJECTION | COURT'S RULING ON OBJECTION |
|---|---|
| Maghame Deposition | Sustained. |
| Shi Deposition | Overruled. |
| Recall of Edwin Wong | Overruled. |
| PTX 2-3, PTX 280, PTX 354 | Sustained as to documents available prior to Dr. Dinan's September 2014 deposition and otherwise overruled. |

**IT IS SO ORDERED.**

Dated: October 18, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

2

Case No.: 12-CV-02885-LHK
ORDER RE: HIGH-PRIORITY OBJECTIONS FOR TARANEH MAGHAME, JASON SHI, EDWIN WONG, AND ESMAEL DINAN