UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GPNE CORP., | Case No.: 12-CV-02885-LHK |
| Plaintiff, | |
| v. | ORDER RE: ORDER OF PROOF AND JMOL MOTIONS |
| APPLE, INC., | |
| Defendant. | |

The preliminary jury instruction on order of proof will govern the order of proof in this trial. The Court orders the parties to meet and confer regarding the order of closing arguments and file a joint proposal by 8:00 A.M. on October 20, 2014.

The Court will not entertain any oral argument regarding the parties' JMOL motions. The Court will base its rulings on the parties' written submissions.

**IT IS SO ORDERED.**

Dated: October 18, 2014

*Lucy H. Koh*

LUCY H. KOH
United States District Judge