UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GPNE CORP., <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Case No.: 12-CV-02885-LHK <br><br> ORDER GRANTING APPLE'S REQUEST TO REDACT REVENUE NUMBERS IN PTX 181 |

The Court previously sealed from the public the total unit sales for the accused products in PTX 181. Those unit sales numbers will be made available to the jury during deliberations, but will not be publicly disclosed.

Apple further requests that the jury not see the quarterly revenue totals for the accused products in PTX 181. After consideration of the parties' oral arguments, briefing (ECF Nos. 502, 503), and the record in this case, and balancing the factors in Fed. R. Evid. 403, the Court GRANTS Apple's request to redact the quarterly revenue totals from the version of PTX 181 that is made available to the jury during deliberations.

**IT IS SO ORDERED.**

Dated: October 20, 2014

*Lucy H. Koh*

LUCY H. KOH
United States District Judge