UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| GPNE CORP., | ) | Case No.: 12-CV-02885-LHK |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER RE: HIGH-PRIORITY OBJECTIONS ON CLOSING SLIDES |
| | ) | |
| APPLE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**I.   GPNE'S OBJECTIONS TO APPLE'S CLOSING SLIDES**

GPNE has filed objections to Apple's Closing Slides. ECF No. 519.  Apple has filed a response.  ECF No. 518.  After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on GPNE's objections as follows:

| GPNE'S OBJECTION | COURT'S RULING ON OBJECTION |
|---|---|
| ADX 702, 703 | Overruled. |
| ADX 715–17 | Overruled. |
| ADX 718 | Overruled. |
| ADX 740–41 | Sustained. |
| ADX 742 | Overruled. |
| ADX 743 | Sustained as to "Expert or Advocate?" and otherwise overruled. |
| ADX 744 | Overruled. |
| ADX 748 | Overruled. |
| ADX 770 | Overruled. |

United States District Court
For the Northern District of California

## II. APPLE'S OBJECTIONS TO GPNE'S CLOSING SLIDES

Apple has filed objections to GPNE's Closing Slides. ECF No. 518. GPNE has filed a response. ECF No. 519. After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on Apple's objections as follows:

| APPLE'S OBJECTION | COURT'S RULING ON OBJECTION |
|---|---|
| Slides 8, 39 | Overruled. |
| Slides 36, 37 | Overruled. |
| Slide 44 | Overruled. |
| Slide 51 | Sustained as to the image of the man perjuring himself and "Apple didn't copy." Otherwise overruled. |
| Slide 54 | Overruled. |
| Slide 63 | Overruled. |
| Slide 66 | Overruled. |

## III. SEALING

Apple requests to seal one of GPNE's closing slides. ECF No. 518. Having considered Apple's motion, and compelling reasons having been shown, the Court seals the following slide as follows:

| GPNE Slide | COURT'S RULING ON SEALING REQUEST |
|---|---|
| Slide 63 | Granted as to the proposed redactions. |

**IT IS SO ORDERED.**

Dated: October 20, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge