UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GPNE CORP., </br>            Plaintiff, </br>    v. </br> APPLE, INC., </br>            Defendant. | Case No.: 12-CV-02885-LHK </br></br> ORDER RE: HIGH-PRIORITY OBJECTIONS ON REVISED CLOSING SLIDES |

**I.    GPNE'S OBJECTIONS TO APPLE'S CLOSING SLIDES**

GPNE has filed objections to Apple's Revised Closing Slides. ECF No. 539. After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on GPNE's objections as follows:

| GPNE'S OBJECTION | COURT'S RULING ON OBJECTION |
|---|---|
| ADX 740–41 | Overruled. |

**IT IS SO ORDERED.**

Dated: October 21, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge