UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GPNE CORP., <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Case No.: 12-CV-02885-LHK <br><br> ORDER RE: HIGH-PRIORITY OBJECTIONS ON GPNE'S REVISED CLOSING SLIDE |

### I. APPLE'S OBJECTIONS TO GPNE'S CLOSING SLIDES

Apple has filed an objection to GPNE's Revised Closing Slide 40. ECF No. 544. GPNE filed a response. ECF No. 546. After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on Apple's objection as follows:

| Apple's OBJECTION | COURT'S RULING ON OBJECTION |
|---|---|
| Slide 40 | Overruled. |

**IT IS SO ORDERED.**

Dated: October 21, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-02885-LHK
ORDER RE: HIGH-PRIORITY OBJECTIONS ON GPNE'S REVISED CLOSING SLIDE