UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| GPNE CORP., | ) | Case No.: 12-CV-02885-LHK |
|             Plaintiff, | ) ) | |
| v. | ) ) | ORDER DENYING VARIOUS ADMINISTRATIVE MOTIONS TO SEAL |
| APPLE, INC., | ) ) | |
|             Defendant. | ) ) | |

The Court previously granted in part and denied in part various administrative motions to seal materials in connection with the parties' high priority objections for trial. ECF No. 478. The Court denied certain sealing requests without prejudice because no highlighted proposed redactions or supporting declarations were filed, and ordered the parties to file any renewed sealing requests no later than October 20, 2014. *Id.* No renewed sealing requests have been filed. Accordingly, the remaining sealing requests that were previously denied without prejudice are hereby DENIED with prejudice, as stated below:

| Motion to Seal | Document to be Sealed | Ruling |
|---|---|---|
| 401 | Ex. D (ECF No. 404) | DENIED with prejudice. |
| 401 | Green Decl. Ex. 1 (ECF No. 401-4) | The Court previously denied this request with prejudice as to slides 14 and 31 because the redacted information was publicly disclosed at trial.<br><br>Sealing of slide 32 was denied in ECF No. 500.<br><br>Accordingly, this sealing request is DENIED with prejudice and the entire exhibit will be public. |
| 401 | Green Decl. Ex. 2 (ECF No. 401-8 to -11) | DENIED with prejudice. |
| 415 | Plaintiff's Objections and Responses to Objections Regarding Gabriel Wong, Edwin Wong and Harry Tan. (ECF No. 415-2) | DENIED with prejudice. |
| 416 | Green Decl. Ex. A (ECF No. 417) | DENIED with prejudice. |
| 416 | Green Decl. Ex. B (ECF No. 416-6) | DENIED with prejudice. |
| 416 | Apple's High Priority Objections (ECF No. 416-4) | DENIED with prejudice. |
| 420 | Plaintiff's Objections and Responses to Objections Regarding Drs. Esmael Dinan and Neil Birkett (ECF No. 420-4) | Previously denied with prejudice because the redacted information was publicly disclosed at trial. ECF No. 478. |

**IT IS SO ORDERED.**

Dated: October 21, 2014

_____
LUCY H. KOH
United States District Judge