UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GPNE CORP., | Case No.: 12-CV-02885-LHK |
| Plaintiff, | |
| v. | ORDER SETTING SCHEDULE FOR POST-TRIAL MOTIONS |
| APPLE, INC., | |
| Defendant. | |

Pursuant to the parties' agreements at trial, the Court sets the following schedule for briefing on post-trial motions:

- Motions are due 14 days after entry of a jury verdict.
- Oppositions are due 14 days after filing of motions.
- Replies are due 7 days after filing of oppositions.
- Page limits:
    - Apple's motion on indefiniteness: 15 pages for motion, 15 pages for opposition, 10 pages for reply.
    - All other motions: 25 pages for motion, 25 pages for opposition, 15 pages for reply.
- Hearing on post-trial motions: January 29, 2015 at 1:30 P.M.

**IT IS SO ORDERED.**

Dated: October 21, 2014

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-02885-LHK
ORDER SETTING SCHEDULE FOR POST-TRIAL MOTIONS