UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

## GPNE Corp. v. Apple Inc.
## 5:12-CV-02885-LHK

### NOTE FROM THE JURY DURING DELIBERATIONS

Note No. 1

The Jury has the following question:

Does a decision of "valid" or "invalid" with these claims apply only to Apple, or to the patent in general?

Date: Oct. 21, 2014
Time: 4:15 pm.

_____
Signature of Juror
Theresa Miller

Response from the Court:

Date: _____
Time: _____

Lucy H. Koh
United States District Judge