UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

## GPNE Corp. v. Apple Inc.
### 5:12-CV-02885-LHK

### NOTE FROM THE JURY DURING DELIBERATIONS

Note No. 1

The Jury has the following question:

Does a decision of "valid" or "invalid" with these claims apply only to Apple, or to the patent in general?

Date: Oct. 21, 2014
Time: 4:15 pm.

_Theresa Miller_
Signature of Juror

Response from the Court:

A decision that an asserted patent claim is valid applies only to Apple. A decision that an asserted patent claim is invalid applies in general.

Date: 10/21/14
Time: 4:40 p.m.

_Lucy H. Koh_
Lucy H. Koh
United States District Judge