UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

## GPNE Corp. v. Apple Inc.
### 5:12-CV-02885-LHK

### NOTE FROM THE JURY DURING DELIBERATIONS

Note No. 2

The Jury has the following question: *We have reached a verdict*

Date: 10-22-14
Time: 10:58

Signature of Juror: *Theresa A. Miller*

Response from the Court:

Date: _____
Time: _____

Lucy H. Koh
United States District Judge