UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
COURTROOM NO. 8-4th FLOOR

**CIVIL MINUTES**

# GPNE Corp. v. Apple Inc.
5:12-CV-02885-LHK

**Court Proceedings:** Jury Trial – Day 7 (Tuesday, October 21, 2014)

**Courtroom Deputy Clerk:** Stacy Sakamoto
**Court Reporter:** Lee-Anne Shortridge and Irene Rodriguez

**Present in the Courtroom:**
Barry Bumgardner, Frances S. Lewis, Kalpana Srinivasan, Trevor Stutz, Howard Susser, and Max Lalon Tribble, Jr. for Plaintiff GPNE Corp.
Ruffin B. Cordell, Christopher Green, Joseph Mueller, Mark Selwyn for Defendant Apple, Inc.

**Time in Court:** 3 hours and 10 minutes (9:08am – 2:29pm) (not including breaks)

Mr. Cordell resumes and completes his cross-examination of Dr. Dinan. The Parties re-direct and re-cross, and then excuse the witness (not subject to recall).

GPNE rests their rebuttal case.

Apple, Inc. does not put forth any further evidence.

The Court reads the final instructions (Doc. 550) to the jurors.

Mr. Tribble gives a closing presentation on behalf of the Plaintiff and Mr. Cordell gives a closing presentation on behalf of the Defendant.

The jury begins deliberations until adjourning at 4:30pm. Deliberations shall resume at 9:00am on Wednesday, October 22, 2014 and the Parties will be notified when a verdict is reached.