| | | |
|---|---|---|
| 1 | **FISH & RICHARDSON P.C.** | **NELSON BUMGARDNER, P.C.** |
| | Katherine K. Lutton (CSB No. 194971) | Barry J. Bumgardner (*pro hac vice*) |
| 2 | lutton@fr.com | barry@nbclaw.net |
| | Rebecca Charnas Grant (CSB No. 264214) | Jonathan H. Rastegar (*pro hac vice*) |
| 3 | rgrant@fr.com | jrastegar@nbclaw.net |
| | 500 Arguello Street, Suite 500 | 3131 West 7th Street, Suite 300 |
| 4 | Redwood City, CA 94063 | Fort Worth, Texas 76107 |
| | Tel: (650) 839-5070 Fax: (650) 839-5071 | Tel: (817) 377-9111 Fax: (817) 377-3485 |
| 5 | | |
| | Ruffin B. Cordell (*pro hac vice*) | **BURNS & LEVINSON LLP** |
| 6 | cordell@fr.com | Howard J. Susser (*pro hac vice*) |
| | 1425 K Street, NW, Suite 1100 | hsusser@burnslev.com |
| 7 | Washington, DC 20005 | Zachary R. Gates (*pro hac vice*) |
| | Tel: (207) 783-5070 Fax: (207) 783-2331 | zgates@burnslev.com |
| 8 | | Alexandra Capachietti (*pro hac vice*) |
| | Christopher O. Green (*pro hac vice*) | acapachietti@burnslev.com |
| 9 | cgreen@fr.com | 125 Summer Street |
| | Aamir A. Kazi (*pro hac vice*) | Boston, Massachusetts 02110 |
| 10 | kazi@fr.com | Tel: (617) 345-3000 Fax: (617) 345-3299 |
| | Jacqueline Tio (*pro hac vice*) | |
| 11 | tio@fr.com | **SUSMAN GODFREY L.L. P.** |
| | 1180 Peachtree Street, 21st Floor | Kalpana Srinivasan (CSB No. 237460) |
| 12 | Atlanta, GA 30309 | ksrinivasan@susmangodfrey.com |
| | Tel: (404) 892-5005 Fax: (404) 892-5002 | Frances S. Lewis (CSB No. 291055) |
| 13 | | flewis@susmangodfrey.com |
| | Benjamin C. Elacqua (*pro hac vice*) | Trevor P. Stutz (CSB No. 296882) |
| 14 | elacqua@fr.com | tstutz@susmangodfrey.com |
| | Brian G. Strand (*pro hac vice*) | 1901 Avenue of the Stars, Suite 950 |
| 15 | strand@fr.com | Los Angeles, California 90067-6029 |
| | 1221 McKinney Street, Suite 2800 | Tel: (310) 789-3100 Fax: (310) 789-3150 |
| 16 | Houston, TX 77010 | |
| | Tel: (713) 654-5300 Fax: (713) 652-0109 | Max L. Tribble. (*pro hac vice*) |
| 17 | | mtribble@susmangodfrey.com |
| | **WILMER CUTLER PICKERING HALE AND DORR LLP** | 1000 Louisiana, Suite 5100 |
| 18 | | Houston, Texas 77002-5096 |
| | | Tel: (713) 651-9366 Fax: (713) 654-6666 |
| 19 | Joseph J. Mueller (*pro hac vice*) | |
| | joseph.mueller@wilmerhale.com | Attorneys for Plaintiff GPNE CORP. |
| 20 | 60 State Street | |
| | Boston, MA 02109 | |
| 21 | Tel: (617) 526-6000 Fax: (617) 526-5000 | |
| 22 | Matthew Hawkinson (CSB No.248216) | |
| | matthew.hawkinson@wilmerhale.com | |
| 23 | 350 South Grand Avenue, Suite 2100 | |
| | Los Angeles, California 90071 | |
| 24 | Tel: (213) 443-5300 Fax: (213) 443-5400 | |
| 25 | Mark D. Selwyn (CSB No. 244180) | |
| | mark.selwyn@wilmerhale.com | |
| 26 | 950 Page Mill Road | |
| | Palo Alto, CA 94304 | |
| 27 | Tel: (650) 858-6000 Fax: (650) 858-6100 | |
| 28 | Attorneys for Defendant APPLE INC. | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)

| | |
|---|---|
| GPNE Corp.,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC.<br><br>    Defendant. | Case No. 5:12-cv-02885-LHK<br><br>**JOINT NOTICE OF LODGING OF ADMITTED EXHIBITS, DEPOSITION CLIPS, AND DEMONSTRATIVES** |

TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on the morning of October 29, 2014, Plaintiff GPNE Corp. and Defendant Apple Inc. jointly lodged flash drives containing copies of the admitted trial exhibits, the deposition clips used at trial, and demonstratives used at trial with the Court.

| | |
|---|---|
| Dated: October 29, 2014 | Dated: October 29, 2014 |
| FISH & RICHARDSON P.C. | SUSMAN GODFREY LLP |
| By: */s/ Christopher O. Green* | By: */s/ Kalpana Srinivasan* |
| Attorneys for Defendant<br>APPLE INC. | Attorneys for Plaintiff<br>GPNE CORP. |