# EXHIBIT D

## TO THE DECLARATION OF CHRISTOPHER O. GREEN IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. NO. 401) UNREDACTED

Case5:12-cv-02885-LHK Document566 Filed10/29/14 Page2 of 9

| Highly Confidential | GPNE CORP. vs. APPLE, INC.<br>Gabriel Wong on 04/11/2013 | 5:12-cv-02885-LHK<br>Page 1 |

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                   (SAN JOSE DIVISION)

 4   GPNE CORP.,                    ) Case No.
                                    ) 5:12-cv-02885-LHK
 5           Plaintiff,             )
                                    )
 6       vs.                        ) Deposition of
                                    ) Gabriel Wong
 7   APPLE, INC.,                   ) Volume I
                                    ) April 11, 2013
 8           Defendant.             )
     _____)
 9   GPNE CORP.,                    ) Case No.
                                    ) 5:12-cv-03055-LHK
10           Plaintiff,             )
                                    )
11       vs.                        )
                                    )
12   AMAZON.COM, INC.,              )
                                    )
13           Defendant.             )
     _____)
14   GPNE CORP.,                    ) Case No.
                                    ) 5:12-cv-03056-LHK
15           Plaintiff,             )
                                    )
16       vs.                        )
                                    )
17   NOKIA CORP. AND NOKIA, INC.,   )
                                    )
18           Defendant.             )
     _____)
19   GPNE CORP.,                    ) Case No.
                                    ) 5:12-cv-03057-LHK
20           Plaintiff,             )
                                    )
21       vs.                        )
                                    )
22   PANTECH CO., LTD and           )
     PANTECH WIRELESS, INC.,        )
23                                  )
             Defendant.             )
24   _____)

25       -- HIGHLY CONFIDENTIAL   ATTORNEYS EYES ONLY --
```

Case5:12-cv-02885-LHK   Document566   Filed10/29/14   Page3 of 9

GPNE CORP. vs. APPLE, INC.                          5:12-cv-02885-LHK
Gabriel Wong on 04/11/2013                          Page 159
Highly Confidential

 1   this, more than ten pages of document first.  We
 2   approach MPM first.
 3       Q.   To produce a prototype?
 4       A.   Yes.
 5       Q.   Are you referring to the investment
 6   requirement on Page 10 of this document?
 7       A.   Page 10?  Yes.
 8       Q.   That's the quote MPM gave you for
 9   producing?
10       A.   That's the quote MPM give me.
11       Q.   And you weren't able to raise funds to
12   produce a prototype according to this budget; is
13   that correct?
14       A.   No, because we thought, you know, it's
15   just at the prototyping stage to prove the concept
16   we could do it cheaper.  That's how we went to
17   Cybermation Systems.
18       Q.   And, Mr. Tang here wrote in the first
19   bullet, "The goals of the project are to show that
20   the Digicomm protocol is physically viable by
21   committing the theoretical concept to hardware and
22   software."
23            Do you see that?
24       A.   Yes.
25       Q.   So prior to this time, the Digicomm

Case5:12-cv-02885-LHK   Document566   Filed10/29/14   Page4 of 9

GPNE CORP. vs. APPLE, INC.                    5:12-cv-02885-LHK
Highly Confidential        Gabriel Wong on 04/11/2013        Page 160

```
 1   protocol hadn't been reduced to hardware; is that
 2   right?
 3       A.   Just to prove the concept, we did not
 4   have to, what you might call reinvent the wheel,
 5   you know.  If there's existing hardware and
 6   software that they can combine to produce the
 7   invention, that's even cheaper, okay?  So we did
 8   not want them to do it from scratch.
 9       Q.   So they didn't have to invent any new
10   hardware to put your protocol in play?
11       A.   Yes.  They didn't.  But in order to
12   prove the concept, even the hardware may be bulky,
13   you know.  Even though the computer unit, it's not
14   as bulky as what you and I have in here, in those
15   days, they have the PDA, something like that,
16   which is about this size (indicating).
17            So you equipped them with a controller,
18   you know, and then equip them with antenna, you
19   know, modified by the modulation type of technique
20   you can modulate the frequency.
21            And then utilizing the existing art
22   stage of the technology, there was no need to
23   start from making a computer.  Put it this way.
24       Q.   Okay.  Thank you.
25            And did Mr. Tang actually do that?
```

Case5:12-cv-02885-LHK   Document566   Filed10/29/14   Page5 of 9

GPNE CORP. vs. APPLE, INC.                    5:12-cv-02885-LHK
**Highly Confidential**   Gabriel Wong on 04/11/2013         Page 161

```
 1      A.    Yes.
 2      Q.    Do you know, did you see that prototype?
 3      A.    Yes.
 4      Q.    Do you know where that prototype is
 5   today?
 6      A.    It's been long time ago, you know.
 7   Mr. Tang kept the prototype in his possession,
 8   yeah.
 9      Q.    Have you asked whether he still
10   possesses it today?
11      A.    We haven't been in touch with him for
12   several years already.  And I believe he still had
13   the prototype, which we took to do a road show in
14   China.
15      Q.    Let me make sure I understand.
16            You believe Mr. Tang still has the
17   prototype today?
18      A.    I believe so, because I don't have it.
19      Q.    Okay.  Going to the second part of your
20   answer, you took it to a road show to China.
21            Was that you showed it to China
22   Telecommunications; is that correct?
23      A.    Yes, yes.
24      Q.    And did China Telecommunications elect
25   to actually produce a product?
```

Case5:12-cv-02885-LHK   Document566   Filed10/29/14   Page6 of 9

| GPNE CORP. vs. APPLE, INC. | 5:12-cv-02885-LHK |
|---|---|
| Highly Confidential  Gabriel Wong on 04/12/2013 | Page 208 |

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                     (SAN JOSE DIVISION)

 4   GPNE CORP.,                    ) Case No.
                                    ) 5:12-cv-02885-LHK
 5           Plaintiff,             )
                                    )
 6       vs.                        ) Deposition of
                                    ) Gabriel Wong
 7   APPLE, INC.,                   ) Volume II
                                    ) April 12, 2013
 8           Defendant.             )
     _____)
 9   GPNE CORP.,                    ) Case No.
                                    ) 5:12-cv-03055-LHK
10           Plaintiff,             )
                                    )
11       vs.                        )
                                    )
12   AMAZON.COM, INC.,              )
                                    )
13           Defendant.             )
     _____)
14   GPNE CORP.,                    ) Case No.
                                    ) 5:12-cv-03056-LHK
15           Plaintiff,             )
                                    )
16       vs.                        )
                                    )
17   NOKIA CORP. AND NOKIA, INC.,   )
                                    )
18           Defendant.             )
     _____)
19   GPNE CORP.,                    ) Case No.
                                    ) 5:12-cv-03057-LHK
20           Plaintiff,             )
                                    )
21       vs.                        )
                                    )
22   PANTECH CO., LTD and           )
     PANTECH WIRELESS, INC.,        )
23                                  )
             Defendant.             )
24   _____)

25      -- HIGHLY CONFIDENTIAL   ATTORNEYS EYES ONLY --
```

```
 1              Can you identify for me any specific
 2   reason why GPNE did not approach Apple and offer
 3   to license the patents that are asserted in this
 4   lawsuit before filing suit?
 5        A.   I do not know why.  I do not know why,
 6   honestly.
 7        Q.   Well, Apple never refused a license or
 8   any inquiry from GPNE; is that fair?
 9        A.   We haven't approached them.
10              How do they refuse or accept?
11        Q.   Exactly.  Apple never showed an
12   unwillingness to license any products; is that
13   correct -- strike that -- Apple never --
14   withdrawn.
15              You weren't angry with Apple at the time
16   you filed this lawsuit; is that correct?
17        A.   No.  No.
18        Q.   And Apple --
19        A.   I am a big admirer of Steven Jobs.
20        Q.   Thank you.  And Apple did not do
21   anything to GPNE to provoke the filing of this
22   lawsuit; is that fair?
23        A.   That's fair.  And I even bought the
24   iPad.
25        Q.   Mr. Wong, is it correct that the
```

Case5:12-cv-02885-LHK   Document566   Filed10/29/14   Page8 of 9

GPNE CORP. vs. APPLE, INC.                       5:12-cv-02885-LHK
Highly Confidential      Gabriel Wong on 04/12/2013        Page 260

 1   revenues GPNE has made as a corporation, all of
 2   those revenues come from efforts to license and
 3   enforce its patents, rather than from the sale of
 4   products; is that correct?
 5        A.   Yes, to my knowledge.
 6        Q.   Thank you.  And, Mr. Wong, it's also
 7   fair to say GPNE is not claiming that it has
 8   invented an iPad or an iPhone; is that correct?
 9             MR. BUMGARDNER:  Objection.
10        A.   I don't know how to answer that
11   question.  We never manufactured a product.
12   BY MR. GREEN:
13        Q.   GPNE never manufactured a product?
14        A.   No, we -- only to the stage of
15   prototyping.
16        Q.   And that prototype is not within your
17   possession today?
18        A.   No, it's not in my possession.  It's not
19   to the stage of a marketable product.
20        Q.   GPNE has never had a marketable product;
21   is that fair?
22        A.   Yeah, that's fair to say that.
23        Q.   Would you agree with me that Apple is an
24   innovative company?
25        A.   Very innovative.

Case5:12-cv-02885-LHK   Document566   Filed10/29/14   Page9 of 9

GPNE CORP. vs. APPLE, INC.                                    5:12-cv-02885-LHK
Gabriel Wong on 04/12/2013                                    Page 261

Highly Confidential

```
 1      Q.   Thank you.  As someone who holds the
 2   title of Chairman and Director of GPNE, can you
 3   tell me whether GPNE has a standard policy for
 4   licensing its patents?  Something like a rate
 5   schedule or a series of specific factors that it
 6   applies in every licensing situation?
 7      A.   No, I haven't seen a specific policy
 8   with guidelines to determine using factors or
 9   criteria to determine how to license it.  I
10   haven't seen it.
11      Q.   Would you expect to be aware of such a
12   policy if it existed?
13      A.   Oh, yeah.  If that's the -- yeah, I
14   would be -- I would be told about that policy,
15   right.
16      Q.   That makes sense.  Thank you.
17           Who were the other individuals at GPNE
18   that have the authority to participate in
19   decisions on whether GPNE will license or not
20   license its patents?
21      A.   Chris -- can I call you Chris?
22      Q.   You may.
23      A.   Okay Chris.  We don't have a guideline
24   of licensing.  When you say "licensing," does it
25   mean, you know, you knock on the door of a certain
```