# EXHIBIT A

## TO THE DECLARATION OF CHRISTOPHER O. GREEN IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. NO. 416) UNREDACTED

```
 1                UNITED STATES DISTRICT COURT

 2                           FOR THE

 3                CENTRAL DISTRICT OF CALIFORNIA

 4                            - - -

 5   GPNE Corp.,                ) Case No. 5:12-cv-02885;
                                )            3056; and 3057
 6             Plaintiff,       )
                                )
 7        Vs.                   )
                                )
 8   Apple, Inc., et al.,       )
                                )
 9             Defendant.       )
     _____)
10

11

12            DEPOSITION OF DR. HARRY H. TAN

13                         TAKEN ON

14              WEDNESDAY, NOVEMBER 6, 2013

15                 9:12 A.M. - 3:49 P.M.

16

17

18

19

20

21

22

23

24   Reported by:   LISA RAE SOMMERHAUSER

25                    CSR NO. 10985
```

```
ERROR: stackunderflow
OFFENDING COMMAND: exch

STACK:

/_ct_na
```