# EXHIBIT B

## TO THE DECLARATION OF CHRISTOPHER O. GREEN IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. NO. 416) UNREDACTED

Case5:12-cv-02885-LHK   Document569   Filed10/29/14   Page2 of 9

GPNE CORP. vs. APPLE, INC.
Highly Confidential-AEO        Edwin Wong 30(b)(6) on 10/24/2013                    Page 1

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                   (SAN JOSE DIVISION)

 4   GPNE CORP.,                    ) Case No.
                                    ) 5:12-cv-02885-LHK
 5           Plaintiff,             )
                                    )
 6      vs.                         ) Deposition of
                                    ) Edwin Wong
 7   APPLE, INC.,                   ) Volume I
                                    ) October 24, 2013
 8           Defendant.             )
     _____)
 9   GPNE CORP.,                    ) Case No.
                                    ) 5:12-cv-03056-LHK
10           Plaintiff,             )
                                    )
11      vs.                         )
                                    )
12   NOKIA CORP. AND NOKIA, INC.,   )
                                    )
13           Defendants.            )
     _____)
14   GPNE CORP.,                    ) Case No.
                                    ) 5:12-cv-03057-LHK
15           Plaintiff,             )
                                    )
16      vs.                         )
                                    )
17   PANTECH CO., LTD and           )
     PANTECH WIRELESS, INC.,        )
18                                  )
             Defendants.            )
19   _____)

20

21

22
       -- HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY --
23

24

25
```

Case5:12-cv-02885-LHK   Document569   Filed10/29/14   Page3 of 9

GPNE CORP. vs. APPLE, INC.
Highly Confidential-AEO        Edwin Wong 30(b)(6) on 10/24/2013                Page 2

 1

 2

 3

 4

 5

 6

 7

 8        VIDEOTAPED DEPOSITION OF EDWIN WONG

 9                      Volume I

10   Taken on behalf of Defendant Apple, Inc. at

11   McCorriston, Miller, Mukai, MacKinnon, LLP, Five

12   Waterfront Plaza, 4th Floor, 500 Ala Moana

13   Boulevard, Honolulu, Hawaii 96813, commencing at

14   9:15 a.m. on October 24, 2013, pursuant to

15   Individual Notice and 30(b)(6) Notice.

16

17

18

19

20

21

22

23

24   Before:    WILLIAM T. BARTON, RPR, CSR NO. 391
                Notary Public, State of Hawaii
25

Case5:12-cv-02885-LHK   Document569   Filed10/29/14   Page4 of 9

GPNE CORP. vs. APPLE, INC.
Highly Confidential-AEO       Edwin Wong 30(b)(6) on 10/24/2013       Page 93

 1   in the field of wire line and wireless data
 2   communications; the company generates revenues by
 3   licensing its patents or enforcing against
 4   companies that infringe upon its patents"?
 5           Do you see that statement?
 6       A.  Yes.
 7       Q.  What was GPNE's research and development
 8   budget in 2009?
 9       A.  Research and development budget in --
10   what's the date of this?  2009.  What was our
11   budget?  I don't recall.
12       Q.  What was GPNE's research and development
13   budget in the year 2010?
14       A.  I don't recall.
15       Q.  What was -- for the years between 2009
16   and present day can you tell me what GPNE's
17   research and development budget was at any point
18   in that period?
19       A.  I don't remember things in terms of
20   budget.  I mean, I just remember things in terms
21   of activity.  Like what we did with the
22   simulations and things like that.
23       Q.  You're the Chief Executive Officer of
24   GPNE, correct?
25       A.  Yes.

Case5:12-cv-02885-LHK Document569 Filed10/29/14 Page5 of 9

GPNE CORP. vs. APPLE, INC.
Highly Confidential-AEO    Edwin Wong 30(b)(6) on 10/24/2013    Page 94

1    Q.   So as the Chief Executive Officer can
2 you tell me how much money GPNE budgeted for
3 research and development in any of the years
4 between 2009 and present day?
5         MR. SUSSER:  Objection.  Asked and
6 answered.
7    A.   I just don't remember budgets.
8    Q.   What is your best recollection?
9    A.   I don't have a recollection.  I just --
10 we just do it.  Back then it was just do it.
11   Q.   Does GPNE have any income other than
12 money it makes from licensing and litigating its
13 patent portfolio?
14   A.   No.
15   Q.   In the year 2009 did GPNE have any
16 income other than money it made from litigating
17 its patent portfolio?
18   A.   No.
19   Q.   When was the last time that GPNE earned
20 any revenue from an activity other than litigating
21 its patent portfolio?
22   A.   It hasn't earned anything from --
23   Q.   All right.  Thank you.  Let's take that
24 bathroom break.
25         THE VIDEOGRAPHER:  We're going off the

Case5:12-cv-02885-LHK   Document569   Filed10/29/14   Page6 of 9

GPNE CORP. vs. APPLE, INC.
Highly Confidential-AEO        Edwin Wong 30(b)(6) on 10/24/2013        Page 95

 1  record at 11:54 a.m.
 2          (Whereupon, a recess was taken from
 3  11:54 a.m. to 12:13 p.m.)
 4          (Whereupon, a spreadsheet was marked as
 5  Exhibit 7 for Identification.)
 6          THE VIDEOGRAPHER:  We're back on the
 7  record at 12:13 p.m.
 8      Q.  Mr. Wong, I will hand you what the
 9  reporter has marked as Exhibit 7.  This is a
10  document bearing production number GPNE-APP
11  00021313.  And it's entitled, "GPNE Corp. as of
12  November 20, 2012."  And it appears to be a list
13  of shareholders.
14          Do you recognize this document, Exhibit
15  7, Mr. Wong?
16      A.  Yes.
17      Q.  Does the document marked as Exhibit 7
18  correctly reflect GPNE's current shareholders and
19  their respective ownership interest in GPNE?
20      A.  Yes.  I believe so.
21      Q.  Is that also true for Ernest Bodner who
22  I understand recently terminated his employment
23  with GPNE?
24      A.  Yes.
25      Q.  Is GPNE required to make any disclosures

Case5:12-cv-02885-LHK Document569 Filed10/29/14 Page7 of 9

GPNE CORP. vs. APPLE, INC.
Highly Confidential-AEO    Edwin Wong 30(b)(6) on 10/24/2013    Page 148

```
 1              It's not -- I don't base it on a study.
 2   It's just common sense, I guess.
 3         Q.   All right.  How many different
 4   technology standards are implemented in an iPhone?
 5         A.   I apologize, I'm not trying to laugh at
 6   you.  Sometimes it just sounded so funny.  Anyway.
 7   It has nothing to do with you.
 8         Q.   I'll ask my question again, sir.
 9         A.   Go ahead.
10         Q.   How many different technology standards
11   are implemented in an iPhone?
12         A.   How many technology standards are in an
13   iPhone?  I don't know.
14         Q.   How many different technology standards
15   are implemented in an iPad?
16         A.   I don't know.
17         Q.   Are you able to define for me any
18   methodology for valuing one technology standard
19   over another technology standard?
20         A.   I guess if something has a central
21   function it's going to be worth more than
22   something that's not.
23         Q.   Sir, that's not my question.  I'm asking
24   if you can identify for me any methodology for
25   valuing one technology standard over another
```

Case5:12-cv-02885-LHK   Document569   Filed10/29/14   Page8 of 9

GPNE CORP. vs. APPLE, INC.
Highly Confidential-AEO        Edwin Wong 30(b)(6) on 10/24/2013                Page 149

```
 1  technology standard?
 2          MR. SUSSER:  Objection.  Asked and
 3  answered.
 4      A.  Yeah, I mean intuitively that's what I
 5  would think, what I just said previously.
 6      Q.  I'm going to repeat the question, sir,
 7  because I don't think you're answering it.  Maybe
 8  we're not speaking to each other.
 9          I'm asking if you can identify any
10  methodology such as any economic theory for
11  valuing one technology standard over another one?
12      A.  I'm not an expert.
13      Q.  Is that a no?  You're not aware of any
14  such methodology or economic standard for valuing
15  differing technology standards?
16      A.  Yeah, I rely on my attorneys and their
17  experts to figure it out.  Other than the common
18  sense answer I gave you earlier, that's all I have
19  for you now.
20      Q.  All right.  How many letters -- strike
21  that.
22          How many companies has GPNE sent
23  licensing letters to?
24      A.  I think a few hundred.
25      Q.  What do you mean by "a few hundred"?
```

Case5:12-cv-02885-LHK   Document569   Filed10/29/14   Page9 of 9

GPNE CORP. vs. APPLE, INC.
Highly Confidential-AEO        Edwin Wong 30(b)(6) on 10/24/2013        Page 150

```
 1  More than two hundred?
 2      A.  I don't know the exact number.  I just
 3  think it's around a few hundred.
 4      Q.  As you sit here today can you give me --
 5  strike that.
 6          As you sit here today what is your best
 7  understanding of the number of companies GPNE has
 8  approached for the purpose of offering a license
 9  to the GPNE patent portfolio?
10      A.  Number of people that we've approached.
11  Sorry.  Could you repeat that.
12          (Record read by the Court Reporter.)
13      A.  It's the same answer.  I just know it's
14  ballpark of 300.
15      Q.  Who would know for sure?
16      A.  Well, we hired a licensing firm, GSP,
17  George Street Partners.  They are the ones in
18  charge of it.  So they would know for sure.
19      Q.  Why did GPNE hire George Street Partners
20  -- strike that.
21          When did GPNE hire George Street
22  Partners?
23      A.  The earlier part of this year I think.
24      Q.  Earlier part of 2013?
25      A.  That's correct.
```