1  KALPANA SRINIVASAN (237460)
   ksrinivasan@susmangodfrey.com
2  FRANCES S. LEWIS (291055)
   flewis@susmangodfrey.com
3  TREVOR P. STUTZ (296882)
   tstutz@susmangodfrey.com
4  SUSMAN GODFREY L.L.P.
   1901 Avenue of the Stars, Suite 950
5  Los Angeles, California  90067-6029
   [Tel.] (310) 789-3100
6  [Fax] (310) 789-3150

7  MAX L. TRIBBLE, JR. (*pro hac vice*)
   mtribble@susmangodfrey.com
8  SUSMAN GODFREY L.L.P.
   1000 Louisiana, Suite 5100
9  Houston, Texas  77002-5096
   [Tel.] (713) 651-9366
10 [Fax] (713) 654-6666

11 Attorneys for Plaintiff GPNE Corp.

12 (See Signature Page for Names and Addresses of
   Additional Counsel for Plaintiff)

13

14

15                **UNITED STATES DISTRICT COURT**

16                **NORTHERN DISTRICT OF CALIFORNIA**

17                       **SAN JOSE DIVISION**

18

| | |
|---|---|
| 19  GPNE CORP., | Case No: 12-cv-02885-LHK |
| 20             Plaintiff, | **NOTICE OF ERRATA OF HEARING DATE OF PLAINTIFF'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW, OR ALTERNATIVELY A NEW TRIAL (DOC. NO. 572)** |
| 21  vs. | |
| 22  APPLE, INC. | |
| 23             Defendant. | |

24

25

26

27

28

1  **PLEASE TAKE NOTICE:**

2  On November 5, 2014, Plaintiff GPNE Corp. filed a Renewed Motion for Judgment as a Matter of Law or, Alternatively a New Trial and listed November 6, 2014 as the Hearing date for this motion in error.  Pursuant to the Court's Order dated October 21, 2014 (Doc. No. 552), the hearing date for the motion will be at Jan 29, 2015 1:30 pm.

Dated: November 5, 2014

KALPANA SRINIVASAN
MAX L. TRIBBLE, JR.
FRANCES S. LEWIS
TREVOR P. STUTZ
SUSMAN GODFREY LLP

BARRY J. BUMGARDNER (*Pro Hac Vice*)
barry@nbclaw.net
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
[Tel.] (817) 377-9111
[Fax] (817) 377-3485

HOWARD J. SUSSER (*Pro Hac Vice*)
hsusser@burnslev.com
ZACHARY R. GATES (*Pro Hac Vice*)
zgates@burnslev.com
ALEXANDRA CAPACHIETTI (*Pro Hac Vice*)
acapachietti@burnslev.com
BURNS & LEVINSON LLP
125 Summer Street
Boston, Massachusetts 02110-1624
[Tel.] (617) 345-3000
[Fax] (617) 345-3299


By:  */s/ Kalpana Srinivasan*
Kalpana Srinivasan
Attorneys for Plaintiff GPNE Corp.

1

Notice of Errata
Case No 12-cv-02885-LHK

3399079v1/014346