United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GPNE CORP., <br><br>  Plaintiff, <br><br> v. <br><br> APPLE INC, et al., <br>  Defendants. | Case No.  12-CV-02885-LHK <br><br> **JUDGMENT** |

This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict in favor of Defendant on October 22, 2014. The Court denied Plaintiff's motion for judgment as a matter of law or alternatively, a new trial on June 9, 2015. Accordingly, the Clerk of the Court shall enter judgment in favor of Defendant. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 10, 2015

　　　　　　　　　　　　　　　_Lucy H. Koh_____
　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　United States District Judge

Case No. 12-CV-02885-LHK
JUDGMENT

1