AO 149 (6/88)

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Appeal Information Sheet

United States District Court for the Northern District of California

---

GPNE CORP-v-APPLE INC
Plaintiff(s)            Defendant(s)

(List all parties.  Use asterisk to indicate dismissed or withdrawn parties.  Use separate sheet if needed.  Explain any discrepancy with caption used on judgment, order or opinion.)

Type of case: **Patent Infringement**

Docket No.   CV 12-02885 LHK          Date of Judgment/Order:  **6/10/2015**

Cross or related appeal?          Date of Notice of Appeal:  **7/9/2015**

Appellant is:  (X)  Plaintiff     ()  Defendant     ()  Other (explain

---

DOCKET FEE STATUS:
    (X)  Paid     ()  Not Paid     Billed On:
    U.S. Appeal?  Yes ()  No  ()
    In forma pauperis?
      ()  Granted    ()  Denied    ()  Revoked      ()  Pending    ()  Never requested

---

COUNSEL
(List name, firm, address and telephone of lead counsel for each party.  Indicate party represented.

| | |
|---|---|
| Kaplana Srinivasan | Christopher Owen Green |
| Susman Godfrey | Fish & Richardson, PC |
| 1901 Avenue of the Stars, Suite 950 | 1180 Peachtree Street, NE |
| Los Angeles, CA.  90067 | 21st Floor |
| 310-789-3100 | Atlanta, GA 30309 |
| Fax:310-789-3150 | 404-892-5005 |
| Email:ksrinivasan@susmangodfrey.com | Fax: 404-892-5002 |
| | Email: cgreen@fr.com |
| Counsel for Plaintiff GPNE Corp. | Counsel for Defendant Apple Inc. |

PLEASE SEE ATTACHED FOR ADDITIONAL COUNSEL LISTED

COURT REPORTER: LeeAnne Shortridge 408-287-4580


IMPORTANT: Attach copy of opinion or order appealed from.  Forward together with copy of notice of appeal and certified docket entries.

**Plaintiff, Counter-defendant**

GPNE Corp.
represented by
Alexandra Capachietti
Burns and Levinson LLP
125 Summer Street
Boston, MA 02110
(617) 345-3000
Fax: (617) 345-3299
Email: acapachietti@burnslev.com
PRO HAC VICE

Howard J. Susser
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
(617) 345-3000
Email: hsusser@burnslev.com
PRO HAC VICE

Merton E. Thompson
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
617-345-3697
Fax: 617-345-3299
Email: mthompson@burnslev.com
PRO HAC VICE

Stephen Y. Chow
Burns & Levinson LLC
125 Summer Street
Boston, MA 02110
(617) 345-3000
Email: schow@burnslev.com
PRO HAC VICE

Zachary R. Gates ,
Burns and Levinson LLP
125 Summer St.,
Boston, MA 02110
(617) 345-3000
Fax: (617) 345-3299
Email: zgates@burnslev.com
PRO HAC VICE


Barry J Bumgardner
Nelson Bumgardner, PC
3131 W 7th St
Suite 300
Ft Worth, Tx 76107
817-377-9111
Email: barry@nelbum.com

Frances S. Lewis
Susman Godfrey L.L.P.
1901 Avenue of the Stars
Ste. 950
Los Angeles, CA 90067
310-789-3107
Fax: 310-789-3150
Email: flewis@susmangodfrey.com


Jonathan Hart Rastegar
Nelson Bumgardner, P.C.
3131 West 7th Street,
Suite 300
Fort Worth,, TX 76107
817-806-3814
Email: rastegar@nelbum.com

Max Lalon Tribble , Jr.
Susman Godfrey L.L.P.
1000 Louisiana
Suite 5100
Houston, TX 77002
713-653-7820
Fax: 713-654-6672
Email: mtribble@susmangodfrey.com
PRO HAC VICE

Trevor P. Stutz
Susman Godfrey L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
310-789-3100
Fax: 310-789-3150
Email: Trevor.Stutz@gmail.com

**Defendant, Counter-claimant**

Apple Inc
represented by
Erin E. Kaiser
Fish & Richardson PC
500 Arguello Street, Ste 500
Redwood City, CA 94063
(650) 839-5123
Fax: (650) 839-5071
Email: kaiser@fr.com
PRO HAC VICE

Katherine Kelly Lutton
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063-1526
(650) 839-5070
Fax: (650) 839-5071
Email: lutton@fr.com

Kelly C. Hunsaker
Fish & Richardson PC
500 Arguello Street, Suite 500
Redwood City, CA 94063
(650) 839-5070
Fax: (650) 839-5071
Email: hunsaker@fr.com
PRO HAC VICE

Ruffin B. Cordell
Fish & Richardson P.C.
1425 K St., NW
11th Floor
Washington, DC 20005
262-626-6449
Fax: 202-783-2331
Email: cordell@fr.com
PRO HAC VICE


Aamir Abdulqader Kazi
1180 Peachtree St
21st Floor
Atlanta, GA 30309
404-724-2811
Email: kazi@fr.com

Benjamin Charles Elacqua
Fish & Richardson P.C.
1221 McKinney
Suite 2800
Houston, TX 77010
713-654-5332
Email: elacqua@fr.com
PRO HAC VICE

Brian Gregory Strand
Fish and Richardson P.C.
1221 McKinney St
Suite 2800
Houston, TX 77010
713-654-5329
Email: strand@fr.com
PRO HAC VICE

Enrique Duarte
Fish & Richardson, P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063
650-839-5004
Email: duarte@fr.com

Jacqueline Tio
Fish and Richardson P.C.
21st Floor
1180 Peachtree St. NE
Atlanta, GA 30309
404-724-2849
Fax: 404-892-5002
Email: tio@fr.com


Joseph J. Mueller
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6000
Fax: 617-526-5000
Email: joseph.mueller@wilmerhale.com
PRO HAC VICE

Mark Daniel Selwyn
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
650-858-6031
Fax: 650-858-6100
Email: mark.selwyn@wilmerhale.com

Matthew James Hawkinson
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
650-858-6061
Email: matthew.hawkinson@wilmerhale.com


Rebecca Charnas Grant
Fish and Richardson, PC
500 Arguello St
Suite 500
Redwood City, CA 94063
650-839-5070
Fax: 650-839-5071
Email: rgrant@fr.com

Erin Elizabeth Kaiser
Fish Richardson
500 Arguello St
Redwood City, CA 94063
650-839-5123
Email: kaiser@fr.com

**Interested Party**
Intel Corporation
represented by
Christopher L. Kelley
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
650-838-4300
Fax: 650-838-4350
Email: CKelley@perkinscoie.com

**Interested Party**
Ericsson Inc
represented by
Courtland Lewis Reichman
McKool Smith Hennigan PC.
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
650-394-1401
Fax: 650-394-1422
Email: creichman@mckoolsmith.com

**Miscellaneous**
Pantech Co., Ltd., Pantech Wireless, Inc.
Party in related action, Case No. 12-cv-03057
represented by
Gordon I. Endow
Gordon & Rees LLP
275 Battery St.
20th Floor
San Francisco, CA 94111
415 986-5900
Email: gendow@gordonrees.com

**Miscellaneous**
InterDigital Holdings, Inc., InterDigital Technology Corporation, IPR Licensing, Inc.

represented by
Michael Brett Levin
Wilson Sonsini Goodrich & Rosati
A Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
650-493-9300
Fax: 650-565-5100
Email: mlevin@wsgr.com

**Miscellaneous**
Nokia Corporation
represented by
Ryan W. Koppelman
Alston & Bird LLP
1950 University Avenue
5th Floor
East Palo Alto, CA 94303
(650) 838-2000
Email: ryan.koppelman@alston.com